# EXHIBIT 5

UNITED STATES DISTRICT COURT
DISTRICT OT COLORADO

Civil Actin No. 1:19-cv-00799-JLK

ROBER KNERR, individually and on behalf of a class of other similarly situated persons,

Plaintiffs,

v.

BOULDER BJ, LLC, et. Al.,

Defendant.

DEPOSITION VIA ZOOM OF BASSAM "SAM" ASKAR

TAKEN ON BEHALF OF THE PLAINTIFFS

ON OCTOBER 28, 2022

Reported by
Rachelle Zigrang
Missouri CCR Number 608
Illinois CSR Number 084-004014

Bi-State Reporting, Inc.

1204 Seasons Drive
Godfrey, IL 62035
Missouri (636)225-9293 Illinois (618)466-2039

Q. (By Mr. Potashnick) Can you spell Schucman, please?
A. S-C-H-U-C-M-A-N.
Q. Okay. Who owns Papa Romano's?
MR. BELL: Foundation.
A. Casey Askar and myself.
Q. (By Mr. Potashnick) Who owns Westminster BJ?
MR. BELL: Foundation; form.
A. Casey Askar and myself.
Q. (By Mr. Potashnick) Just for the record Casey is your brother?
A. Yes.
Q. Who owns Tamiami BJ?
MR. BELL: Foundation.
A. Casey Askar and myself.
Q. (By Mr. Potashnick) Who owns Breadeaux Pizza?
MR. BELL: Foundation.
A. Casey Askar and myself.
Q. (By Mr. Potashnick) Okay. And you mentioned Westminster BJ. What is the business of Westminster BJ?
A. It's a pizza operation in Denver, Colorado, pizza store.
Q. Is that also known as the Westminster

Blackjack store?

A. Yes.

Q. What is the business of Tamiami BJ?

A. Same thing. It's a pizza store in Bonita Springs, Florida.

Q. In the past have you owned a company called Lakewood BJ?

A. I believe so.

Q. Okay. Who were the other owners of Lakewood Blackjack BJ?

MR. BELL: Foundation; vague as to timeframe.

A. That would have been Casey Askar and myself.

Q. (By Mr. Potashnick) In the past have you owned a company called Arvada BJ?

A. Yes.

Q. Who are the owners of Arvada BJ?

MR. BELL: Form; foundation.

A. Casey Askar.

MR. BELL: Mark, you said who are the owners. Are you talking about now?

Q. (By Mr. Potashnick) Who were the owners. Sorry.

A. Casey Askar and myself.

Q. In the past have you owned a company called

Boulder BJ?
A. Yes.
Q. And who were the owners of Boulder BJ?
MR. BELL: Foundation.
A. Casey Askar and myself.
Q. (By Mr. Potashnick) Okay. What was the business of Lakewood BJ?
A. It was a pizza store.
Q. In Lakewood, Colorado?
A. Yes.
Q. What was the business of Arvada BJ?
A. Same thing, pizza store.
Q. In Arvada, Colorado?
A. Yes.
Q. What was the business of Boulder BJ?
A. Same thing. It was a pizza store in Boulder, Colorado.
Q. Okay. Have you owned any other Blackjack Pizza stores other than the ones we have talked about?
A. I don't believe so.
Q. All right. Have you owned any other business entities that run or owner operate Blackjack Pizza stores?
MR. BELL: Objection to form.
A. Not that I know.

MR. BELL: Objection.
Q. (By Mr. Potashnick) I'm sorry?
A. I don't know.
Q. Does Askar Management Group maintain personnel files for Tamiami BJ?
MR. BELL: Objection to form.
A. I don't know.
Q. (By Mr. Potashnick) Did Askar Management Services maintain personnel files for Lakewood BJ.
MR. BELL: Objection to form; vague.
A. I don't know.
Q. (By Mr. Potashnick) Did Askar Management Services maintain personnel files for Arvada BJ?
MR. BELL: Form.
A. I don't know.
Q. (By Mr. Potashnick) Did Askar Management Services maintain personnel files for Boulder BJ?
MR. BELL: Objection to form.
A. I don't know.
Q. (By Mr. Potashnick) Does Askar Management Services administer payroll for Westminster BJ?
MR. BELL: Objection to form.
A. Ask that question one more time.
Q. (By Mr. Potashnick) Does Askar Management Services administer payroll for Westminster BJ?

MR. BELL: Form.
A. I believe so.
Q. (By Mr. Potashnick) Does Askar Management Services administer payroll for Tamiami BJ?
MR. BELL: Objection to form.
A. I believe so.
Q. (By Mr. Potashnick) Does Askar Management Services administer -- did -- strike that.
Did Askar Management Services administer payroll for Lakewood BJ?
MR. BELL: Objection to form.
A. I believe so.
Q. (By Mr. Potashnick) Did Askar Management Services administer payroll for Arvada BJ?
MR. BELL: Form.
A. I believe so.
Q. (By Mr. Potashnick) Did Askar Management Services administer payroll for Boulder BJ?
MR. BELL: Form.
A. I believe so.
Q. (By Mr. Potashnick) Did Lakewood BJ sell the store that it operated?
MR. BELL: Foundation.
A. Lakewood? I believe so.
Q. (By Mr. Potashnick) Okay. Approximately

when was that sale?
A. Maybe two or three years ago.
Q. Okay.
A. Two or three years ago.
Q. Did Arvada BJ sell the store that it operated?
A. Yes. The same time period I believe.
Q. Okay. Did Boulder BJ sell the store that it operated?
A. Yes.
Q. Approximately when?
A. Same timeframe I believe.
Q. Did Askar Management Group provide training of employees at the Westminster BJ store?
MR. BELL: Objection to form; vague.
A. I don't believe so.
Q. (By Mr. Potashnick) Do you know one way or the other?
A. I'm trying to think back. No, I think it's no.
Q. Did Askar Management Group provide accounting services for the Westminster Blackjack store?
MR. BELL: Objection to form.
A. I'm not sure.

A. I believe so, yes.
Q. Does he still work for Askar Management Group?
A. No.
Q. I'm sorry. I couldn't hear you.
A. No.
Q. Okay. What was Anthonty McCallum's position with Askar Management Group?
MR. BELL: Foundation.
A. I don't remember his title.
Q. (By Mr. Potashnick) Who did Anthonty McCallum report to when he worked for Askar Management Group?
A. One more time.
Q. Who did Anthonty McCallum report to when he worked for Askar Management Group?
A. I don't remember.
Q. Did Anthonty McCallum ever report to you when he worked for Askar Management Group?
A. No.
Q. Does Casey Askar own any portion of Askar Management Group?
MR. BELL: Foundation.
A. I believe so.
Q. (By Mr. Potashnick) Okay. And what portion

is that?
A. I don't know.
Q. Do you know any other owners of Askar Management Group?
A. No.
Q. You said you and Casey Askar are owners of Blackjack Enterprises. What does Blackjack Enterprises do? What is its business?
A. It sells franchises.
Q. Are those franchises of Blackjack Pizza stores?
A. Yes.
Q. Does Blackjack Enterprises sell any other type of franchise other than Blackjack Pizza store franchise rights?
A. No.
Q. Okay. Does Blackjack Enterprises observe franchisees' operations of Blackjack Pizza stores?
MR. BELL: Objection to form; vague.
A. You have to clarify that. I don't think they really observe operation.
Q. (By Mr. Potashnick) Does it inspect stores to make sure they're complying with standards?
A. Yes.
Q. Okay. Who are the employees of Blackjack

those?

A. Same thing.

Q. Where is the principal office of Westminster -- strike.

Where was the principal office of Westminster BJ located?

MR. BELL: Objection to form.

A. What do you mean by principal office? These are store operations. So, you know, it's a single store. So what do you mean by principal office?

Q. (By Mr. Potashnick) The principal office as it would have been reported to secretaries of state.

MR. BELL: Form and foundation.

A. More than likely it was -- actually I'm not sure to be honest. I don't want to speculate. So I'm not sure.

Q. (By Mr. Potashnick) Does Westminster BJ have officers?

MR. BELL: Foundation.

A. I'm not sure of the structure.

Q. (By Mr. Potashnick) Does Tamiami BJ have officers?

MR. BELL: Foundation.

A. I'm not sure of the structure.

Q. (By Mr. Potashnick) Who currently runs

Westminster BJ?
MR. BELL: Form.
A. Westminster is Kristina Blair.
Q. (By Mr. Potashnick) And who currently runs Tamiami BJ?
MR. BELL: Objection; form.
A. A gentleman by the name of Oscar, and I don't know his last name.
Q. (By Mr. Potashnick) Who does Kristina Blair report to?
MR. BELL: Form.
A. Kristina really doesn't report to anybody.
Q. (By Mr. Potashnick) As an owner of Westminster BJ do you have authority to terminate Kristina Blair?
A. Yes.
Q. As an owner of Tamiami BJ do you have authority to terminate Oscar?
A. Yes.
Q. As an owner of Westminster BJ do you have authority to supervise Kristina Blair?
MR. BELL: Objection to form.
A. Yes.
Q. (By Mr. Potashnick) As an owner of Tamiami BJ do you have authority to supervise Oscar?

MR. BELL: Form.
A. I don't but yeah.
Q. (By Mr. Potashnick) Okay. As an owner of Westminster BJ do you have authority to discipline Kristina Blair?
MR. BELL: Object to the form.
A. I don't but yes.
Q. (By Mr. Potashnick) You mean you don't discipline her but you have the authority?
A. Yes.
Q. Okay. All right.
As an owner of Tamiami BJ do you have authority to discipline Oscar?
MR. BELL: Objection to form.
A. Yes.
Q. (By Mr. Potashnick) Okay. As an owner of Lakewood BJ did you have the authority to terminate whoever was operating the store at the time?
MR. BELL: Objection to form.
A. I believe so.
Q. (By Mr. Potashnick) As an owner of Lakewood BJ did you have the authority to supervise whoever was operating the store at the time?
MR. BELL: Form.
A. I believe so.

Q. (By Mr. Potashnick) As an owner of Lakewood BJ did you have the authority to discipline whoever was operating the store at the time?

MR. BELL: Form.

A. Which entity was that? I'm sorry.

Q. (By Mr. Potashnick) Lakewood BJ.

A. I believe so.

Q. As an owner of Arvada BJ did you have the authority to terminate whoever was operating the store at the time?

MR. BELL: Form.

A. I believe so.

Q. (By Mr. Potashnick) As an owner of Arvada BJ did you have the authority to supervise whoever was operating the store at the time?

MR. BELL: Form.

A. I believe so.

Q. (By Mr. Potashnick) As an owner of Arvada BJ did you have the authority to discipline whoever was operating the store at the time?

MR. BELL: Form.

A. I believe so.

Q. (By Mr. Potashnick) All right. As an owner of Boulder BJ did you have the authority to terminate whoever was operating the store at the time?

MR. BELL: Form.

A. I believe so.

Q. (By Mr. Potashnick) As an owner of Boulder BJ did you have the authority to terminate whoever was operating the store at the time?

MR. BELL: Form.

A. I believe so.

Q. (By Mr. Potashnick) As an owner of Boulder BJ did you have the authority to supervise whoever was operating the store at the time?

MR. BELL: Objection to form.

A. I believe so.

Q. (By Mr. Potashnick) As an owner of Boulder BJ did you have the authority to discipline whoever was operating the store at the time?

MR. BELL: Form.

A. One more time.

Q. (By Mr. Potashnick) As an owner of Boulder BJ did you have the authority to discipline whoever was operating the store at the time?

MR. BELL: Same objection.

A. I believe so.

Q. (By Mr. Potashnick) Okay. As an owner of Westminster BJ do you have the authority to set or adjust work schedules?