# EXHIBIT 20

9070 Marshall Ct. Westminster, Colorado 80031 (303) 426-1921

# Acknowledgement of Receipt

**Company Information**

Company Name: ______________________________________________

Address: ______________________________________________

______________________________________________

______________________________________________

______________________________________________

**I acknowledge receipt on ____/____/____ of the Blackjack Pizza Operations Manual**

Received by: ______________________________

Title: ______________________________

Date: ____/____/____

# Introduction

Congratulations on your selection as a Blackjack Pizza franchisee, and welcome to Blackjack Pizza!

This reference guide is designed to help you with the establishment and operation of your Blackjack Pizza franchise. We will provide as much detail as possible with things like equipment specifications, recipes, food preparation procedures, etc., but for the most part, the information will be more general in nature. It would not be possible or practical to cover every situation that might occur during the operation of your franchise, but we hope that this manual will be helpful in answering most of your questions. If a question or concern does arise that is not addressed in this manual, please do not hesitate to contact your franchise consultant or the main office. We will be happy to answer your questions or direct you to someone who can. Remember also that, as a Blackjack Pizza franchisee, you are part of a growing association of independent business owners banded together under the Blackjack Pizza service marks with common goals and concerns. Our ability to pool our resources in whatever area, be it sharing marketing, volume purchasing, or store operating expertise, makes our whole organization greater than the sum of its parts. One of the greatest resources available to you as a Blackjack Pizza franchisee is the vast wealth of experience possessed by our current franchisees, acquired through years of trial and error, yours for the asking. Please don't fail to use this valuable resource.

As business needs dictate, we will periodically issue updates and/or additions to the operations manual along with instructions as to which section(s) needs to be replaced or expanded. Please be sure to keep your manual updated as using obsolete recipes, procedures, techniques, etc. may adversely affect your operation. This manual is for Blackjack Pizza franchisees only! Please take the necessary precautions to keep this manual and all other proprietary information confidential.

In addition to this manual, we publish a quarterly newsletter titled *Keeping in Touch,* and a monthly store ranking by sales which will be sent to you monthly. *Keeping in Touch* will help keep you abreast of current events and information, such as scheduled franchise meetings, current television offers, computer updates, etc. If you have information that you would like to share with other franchisees through *Keeping in Touch* please let us know at the main office.

One of the key ingredients to our mutual success is communication. Please do not hesitate to give us feedback so that we can continue to grow and improve together. Constant improvement will be a key ingredient to our continued success as our industry becomes more and more competitive. Again, congratulations on your selection as a Blackjack Pizza franchisee, and we wish you great success with your franchise.

©2015 Blackjack Pizza Enterprises LLC V2 0415

# Brief Company History and General Operating Philosophy

Blackjack Pizza was founded in 1983 by Vince Schmuhl and Matt Smith. After working several years for Domino's Pizza, the founders believed there was plenty of room for competitors in the fast growing pizza delivery business. At that time, Domino's Pizza was the only major player in the pizza delivery business in the Rocky Mountain region and we believed customers would appreciate an alternative to Domino's Pizza.

The first Blackjack Pizza store was opened on June 29, 1983 in Federal Heights, Colorado and was profitable within six months. The second store opened in Greeley, Colorado in February of 1984 and was profitable within two months, so we continued to open new stores. By 1986, there were six corporately owned stores and one licensee in operation in the Denver metro area. Because of our management inexperience at the time, company growth was greater than our ability to manage it. The logical solution to the problem was franchising. With an owner/operator at each location, our chances of success were much greater, so in 1988, we officially became a franchisor! Several corporate stores were sold to franchisees, and other franchisees were added to the system through conversions of independent operators who saw the value in being part of Blackjack Pizza. We have continued to add franchise outlets to the system under a policy of slow, controlled growth. As of July 2014 there were 41 stores in operation.

It's been said that if you don't have a compelling reason for customers to call you rather than your competitor, then you should not compete. Domino's Pizza built its business on fast service. The 30-minute guarantee was their trademark until lawsuits forced them to withdraw it. We would have to match the 30-minute service standard set by Domino's if we wanted to have any chance of surviving in this business, so we began by designing our system to provide our customers with the quickest delivery service possible. With delivery times about the same, why would customers call Blackjack Pizza instead of Domino's? Two reasons: our pizza is a better value (it costs less), and our pizza tastes better (better quality). One of our earliest advertising tag lines was "Better Pizza, Better Price," and that still holds true today.

Our policy of high quality and low prices has one problem: it makes for very high food costs. By dividing our actual food cost by a lower sales price, our food cost percentage is higher than that of most of our competitors' right off the bat. Because we have never given into the temptation to buy lower cost and lower quality ingredients, the average Blackjack Pizza store runs a 36% food cost—much higher than the industry average. So what is the solution to this problem? Volume! Although increases in sales don't typically lower food costs, they do lower just about every other cost (as a percentage of sales). Even with higher food costs than other franchised pizza delivery stores, Blackjack Pizza operates profitable stores by putting in the time and effort required and never wavering from the high standards we have set for ourselves for customer service, product quality, and company image.

Signed,

Vince Schmuhl
Founder

©2015 Blackjack Pizza Enterprises LLC V2 0415

# Product

## Line Content

### Pizza

Pizza is offered in four sizes and is available in thin (preformed crusts), hand-tossed regular, or square pan crusts.

| Crust Type | Size | Inches | Slices |
|---|---|---|---|
| Hand-tossed Regular | Small | 10" | 6 |
| | Medium | 12 | 8 |
| | Large | 14" | 10 |
| | Extra Large | 16" | 12 |
| Thin | Medium | 12 | 8 |
| | Large | 14" | 10 |
| | Extra Large | 16" | 12 |
| Square Pan | Small | 8" X 10" | 4 |
| | Large | 10" X 14" | 10 |

- Vegetable toppings include mushrooms, onions, green peppers, green chiles, tomatoes, pineapple, jalapeno, green olives, artichoke hearts, and black olives.
- Meat toppings include pepperoni, Italian sausage, beef, ham, bacon, chicken, and anchovies.
- The dough and pizza sauce are made from proprietary Blackjack recipes and are produced daily.



### Cheesebread

A hand-tossed Cheesebread is available in a 10" size and is cut in 16 pieces. Deep dish cheesebread is prepared in a small square pan and is cut in 10 pieces. Each order comes with one dipping sauce of the customer's choice of marinara, Ranch, or Spicy Ranch dressing. Additional sauces are available for purchase.

### CinnaBread

CinnaBread is available in a 10" size and is cut in 16 pieces. It is prepared with a 12" hand-tossed dough ball stretched to the size of a 10" screen. After baking, the bread is covered with Cinnasmear and icing.

©2015 Blackjack Pizza Enterprises LLC V2 0415

### Wings

Bone-in chicken wings can be purchased in quantities of 5, 8, and 16 wings and are offered in two flavors: hot and BBQ.

Boneless bites can be purchased in half-pound and one-pound sizes, and are offered in two flavors: BBQ and spicy.

### Salads

Salads are available in four varieties: Garden, Antipasto, Mediterranean, and Caesar. They are served with the customer's choice of Ranch, Spicy Ranch, Balsamic Vinaigrette, Italian, or Caesar dressing.

### Ice Cream

Assorted flavors of Blue Bell ice cream are available in pints.

### Soft Drinks

Pepsi products in 2-liter and 20-oz bottles are stocked at each Blackjack store. Included are Pepsi, Diet Pepsi, Mountain Dew, Dr. Pepper, and Slice.

### Miscellaneous

Individual packets of Hot peppers and parmesan cheese are available upon request.

©2015 Blackjack Pizza Enterprises LLC V2 0415

## Pricing Strategy

Pricing your product is always critical because it directly influences your food cost, sales volume, and overall profitability. Refer to the official Blackjack Pizza Recommended Price List below as a basis for your store pricing. There may be reasons why store pricing has to be different, but it is always desirable for pricing to be consistent through all Blackjack Pizza stores.

**Blackjack Recommended Price List** *(These charts do not include tax.)*

| Size | Cheese | Additional Toppings |
|---|---|---|
| Small (10") | 5.99 | 1.00 |
| Medium (12") | 7.99 | 1.25 |
| Large (14") | 9.99 | 1.50 |
| Extra Large | 10.99 | 1.75 |

| Other | | | |
|---|---|---|---|
| Wings | **5-pc** | **8-pc** | **16-pc** |
| | $4.49 | $6.99 | $12.99 |
| Boneless Bites | **Half-pound** | | **One-pound** |
| | $5.99 | | $10.99 |
| | **Each / Order** | | |
| Cheesebread | $4.99 | | |
| CinnaBread | $4.99 | | |
| Salad | $4.99 | | |
| Blue Bell Ice Cream | $3.59 | | |
| Soft Drinks | **20 oz.** | | **2-liter** |
| | $1.49 | | $2.89 |

©2015 Blackjack Pizza Enterprises LLC V2 0415

## Food Purchasing and Ordering Procedures

The amount of product you order depends on several factors:

- Amount of product on hand (Check inventory)
- Average weekly usage
- Seasonal trends, sales and community events

For example:

- Assume your weekly usage for an item is 100 pounds.
- Allowing for 25% buffer (safety stock), you would need 125 pounds.
- The buffer is to guard against late delivery or unexpected sales increases.

Your inventory shows you have 30 pounds in stock. Therefore, if you take 100 pounds of your average weekly usage and add 25 pounds of buffer (which is 25% of your average weekly usage) you will need 125 pounds. Subtract your 30 pounds of inventory. You then need to order an additional 95 pounds.

### Receiving

A store owner or manager should be present when goods are delivered to accommodate the following procedure:

1. Inspect the shipment overall for obvious damage such as torn boxes or dented cans.
2. Check the shipment for completeness.
3. Check off all items that are listed on the invoice that are delivered.
4. Immediately note any discrepancies on the invoice.
5. Immediately note any item delivered which is not on the invoice.
6. Have the delivery person issue a credit for any missing or damaged items.
7. Inspect all products immediately to check for freshness and/or damage. This is particularly important for items with an expiration date.
8. Make sure delivered goods are Blackjack Pizza approved brands.

©2015 Blackjack Pizza Enterprises LLC V2 0415

### Storage and Rotation

All food items must be properly stored according to local and/or state health codes. Please review the following general guidelines:

- Return products requiring refrigeration to the cooler or walk-in immediately. A temperature of 33° to 38 ° must be maintained in the coolers and walk-in.
- Make sure all boxes of cheese, meats and produce are marked clearly with the date of delivery.
- Do not store food products on floor regardless of whether they are in the back room, cooler or walk-in. Make sure all food products are stored at least 6" off the floor.
- Date and rotate all inventory items so the oldest is used first.
- Store cleaning supplies and all non-food items in a separate storage area away from the food items.
- Storage shelving and refrigeration units should be well-organized for accessibility and ease of inventory. If possible, place food items on the shelves as they appear on the Inventory Sheet to help in the inventory process.
- Keep storage areas clean and dry.
- Do not store trash in food storage areas.

### Relationship with your Distribution Warehouse

It is important that you have good communication with your distribution warehouse. Your rapport with them will develop as you become a good and steady customer. Inevitably, mistakes or situations will occur that you need to deal with. These may include the following:

- Incorrect quantities being delivered.
- Substitution of brands without notification or approval.
- Sending incomplete shipments without adjusting the invoice.
- Shipping damaged goods.

Make sure you follow the proper check-in procedures and contact the distributor immediately if there is any error.

Your relationship with your distributor is a partnership. To maintain a long-term and mutually beneficial relationship with them, you will need to be very professional. Extend these courtesies to your distribution warehouse. Make every effort to:

1. Pay your bills promptly.
2. Place your orders on time.
3. Order twice a week.
4. Give your distribution warehouse advance notice of upcoming sales or special promotions so they can order accordingly.

# Food Preparation

The information contained in this section is critical to the successful operation of a Blackjack pizza store. The most important part of the pizza—dough—is the major contributor to pie quality. Dough can make or break your pizza operation. While toppings, cheese and sauce are of major importance, no factor contributes more to the taste of a pizza than dough. Blackjack's dough management system will provide you the best taste and consistency in the industry provided you adhere to our recipe and time and temperature standards.

## Making the Round Dough

Blackjack's proprietary dough recipe is absolute and should never be adjusted or compromised in any way.




This section contains information related to making round dough. Refer to page 20 for Square Pan Dough information.

Dough is made each morning. If demand dictates, every other day may be satisfactory. For the sake of consistency, it is best to have only one or two people per store make dough.

**Round Dough Recipe**

| Ingredient | 40-lb batch | 60-lb batch | 80-lb batch |
|---|---|---|---|
| Salt | 5 oz. | 7.5 oz. | 10 oz. |
| Sugar | 3 oz. | 4.5 oz. | 6 oz. |
| Oil | 6 oz. | 9.0 oz. | 12 oz. |
| Yeast cake | 1.25 oz. | 1.9 oz. | 2.5 oz. |
| Flour* | 25 lbs | 37.5 lbs | 50 lbs |
| Water | 14 lbs, 4 oz. | 21 lbs, 6 oz. | 28 lbs, 8oz |

*ConAgra "Full Power flour" is the Blackjack approved high-protein flour.

### Mixing Instructions

Note that the Hobart 60- or 80-quart mixer is the required Blackjack dough mixer.

1. Pour cold tap water into the mixer. Make sure water is ***cold*** and weighed out ***exactly***. Be sure to subtract the weight of the container.
2. Add in salt, sugar, oil and yeast.
3. Thoroughly dissolve these ingredients in water with a wire whisk. You can also mix for one minute in the Hobart mixer.
4. Add flour and mix 10 to 12 minutes on low speed.

©2015 Blackjack Pizza Enterprises LLC V2 0415

### Remove Dough from Mixer

***Follow directions carefully to avoid injury.***

1. Turn off the mixer.
2. ***Never attempt to remove dough until the mixer is off and all action has completely stopped.***
3. Move the gear level to neutral to allow easy movement of the hook.
4. Manually rotate the dough hook to move the hook clear of the dough.
5. Remove dough from the mixer. ***Do not try to lift the entire batch at once!*** Cut the dough into chunks and lift each chunk to the prep table separately. Remember to wear a clean apron at this stage.




### Cut the Dough (without the benefit of a divider/rounder)

The larger the dough ball, the longer it takes to cool. Always make the 16" dough balls first, then 14", followed by 12", and ending with 10".



1. Cut off a chunk of dough using a large knife or a dough scraper.
2. Weigh the dough.

   The Detecto scale and the Pelose electronic digital scale are the approved scales of Blackjack Pizza.

3. Add or remove dough in small chunks until the weight is correct (based on the portion chart for the size dough ball being made).

If possible, carefully mark the plastic face of the scale to show the weights for various pizza sizes. This aids in fast recognition of proper weight of dough chunks.



Weights for dough balls are as follows:

**Round Dough Ball Weights**

| 10" (small) | 12" (medium) | 14" (large) | 16" (extra large) |
|---|---|---|---|
| 10.0 oz. | 14.5 oz. | 20.0 oz. | 25.0 oz. |

### Knead the Dough

Roll dough into balls. This can be done by hand or using a dough rounder. High volume stores may want to purchase a divider-rounder, which both cuts and rolls. Remember to make the larger dough balls first since they need more time to cool.

Follow these steps to roll dough by hand.

- Take a pre-weighed chunk of dough in both hands.
- Knead the dough by forcing the outside of the dough toward the back and center of the ball. Turn the dough ball 90 degrees, and fold an additional two to four times until the dough is smooth, firm, and round.
- Finish by pinching the dough on the opposite side of the smooth finish.
- The surface of the finished dough ball should be smoothly stretched.
- The ball should be as round as possible. An unevenly shaped dough ball will proof unevenly.
- The result of uneven proofing is a "fat" edge on the "slapped" dough or tears in the dough as it is prepared.





### Placing Dough Balls in Trays

After you have cut and rolled the round dough, put the dough balls in trays. Dough will begin proofing soon after mixing, so we suggest you place the rounded dough balls in trays immediately:

- Use standard pizza dough trays made of fiberglass or polycarbonite (plastic).
- Do not put dough into wet trays, as this will start the proofing process faster than normal.

To place round dough balls in the trays, use the following guide:

**Dough Ball Placement and Number of Dough Balls per Tray**

| 10” | 12” | 14” | 16” |
|---|---|---|---|
| 11per tray | 8 per tray | 6 per tray | 5 per tray |
|  |  |  |  |

### Dough Proofing

You should always have one and one half days of proofed dough on hand. Ideally, dough should be proofed to double its original volume before using. With the way our dough is arranged in trays, dough balls should be just touching when properly proofed, which normally takes about 48 hours. Dough is most flexible and easiest to use when it is three days old. At this point it will have its best flavor, and be easiest to work with. Since it is impossible to use every dough ball at 1**00%** proof, you should remember that **75%** to **125%** proof will still make a very good product. Rotation is critical to good dough management.



After placing the dough balls in trays, you will place the bottom tray on a dough dolly and cross-stack the trays (i.e., placing trays on top of each other at 90 degree angles). Stacking at right angles allows the dough to cool more quickly. This helps prevent over-proofing of dough. Preventing over-proofing is very important when dough is being produced every other day, rather than daily.



If walk-in cooler space is limited and cross-stacking is not possible, you can alternatively off-stack the trays. Off-stacking is placing the dough trays slightly askew. This allows the dough to cool more slowly but saves space in the walk-in cooler.

### Placing Trays in the Cooler

Place a load of cross-stacked (of off-stacked) trays in the walk-in cooler after completing each batch.



The ideal cooler temperature is 36°F.

Trays remain in the cross-stacked or off-stacked position until the dough temperature is at 40 degrees or below. This takes four to five hours in most stores.

The prep person or day manager "down-stacks" (or “straight-stacks”) the trays, “locking” each tray together one on top of another).

©2015 Blackjack Pizza Enterprises LLC V2 0415

Label each tray with the day, date and size. "The Day Mark 3" labeling gun is required equipment.



- Leave one to two inches between cooler wall and dough trays so the air can circulate.
- Down-stacking is an important step in controlling the rate of proofing and in preventing over-drying of the product.
- To obtain optimum flavor quality, proof the down-stacked dough for 48 hours in the cooler.
- Never use dough that has been proofed for less than 45 hours. This is "*green dough.*" Green dough finishes proofing in the oven, resulting in large air bubbles in the dough and a dry, tough, flavorless product.

**The Final Proofing Step**

- Approximately one to four hours before slapping the dough, depending on how proofed the dough is, remove the desired number of dough trays from the cooler. (Refer to your Daily Delivery Report to determine the projected usage for that night.)
- Let the dough balls stand at room temperature. Keep the trays stacked in a place in the room away from the ovens to prevent over-proofing. This final stage of proofing helps relax the dough. The slapper handles relaxed dough more easily. The optimum temperature for dough use is 50 to 60 degrees.

©2015 Blackjack Pizza Enterprises LLC V2 0415

## Troubleshooting Dough Problems

The following pages contain symptoms of problems which may arise when working with dough. Each symptom is listed with possible reasons for the problem, as well as, possible solutions.

©2015 Blackjack Pizza Enterprises LLC V2 0415

## Symptom:



Dough balls are very small, firm, and hard to slap; shell shrinks badly on screen; constant large bubbles in oven.

## Probable Cause:

Under-proofed dough (also known as green dough)

If green dough is the only dough in the store, understand that the store didn't make enough dough days earlier. Consequently, the store must use dough that should be used one or more days in the future. Ideally, you will make dough on Tuesday that will be used on Friday; the dough that you will use on Saturday should be made on Wednesday, and so on.

| Mon. | Tues. | Wed. | Thurs. | Fri. | Sat. | Sun. |
|---|---|---|---|---|---|---|
| | Make dough here  |  Make dough here | | Use it here  |  Use it here | |

Having to use green dough should be a ***very*** rare problem. The best solution is to try to borrow properly proofed dough from a neighboring store, if possible.

## Solution:



1. Immediately bring out enough of the under-proofed dough to finish the day.
2. Spray each tray with warm water. Do not spray so much that water accumulates. Cross-stack and put in a warm place. (If next to the ovens, rotate every half hour or so to prevent drying. Spray with water frequently).
3. Mechanically dock each dough ball and "over slap" to compensate as green dough will shrink back during cooking more so than properly proofed dough. Watch constantly for bubbles in the pies coming out of the oven as this is a sign of "under" docking.
4. Dock both sides of dough if there is a problem with severe bubbling, concentrating on the outer 3" of dough ball. Pull out additional dough to begin quick-proofing for the following day. Leave out for two to four hours, checking dough condition for stage of proof.
5. Adjust dough order if necessary to make up for lack of proofed dough three to four days from now.

©2015 Blackjack Pizza Enterprises LLC V2 0415

## Symptom:

Occasional large bubbles, or consistent small to medium bubbles.

## Probable Causes:

Dough could be slightly under-proofed, or proper docking technique was not used.

## Solution:

If the dough is slightly under-proofed, pull out a few extra trays to warm so that they may be efficiently docked. If dough is proofed properly, make sure dough is being docked correctly (dock around the edges several times) and that it is at the correct temperature.



Remember dough should be between 50 to 60 degrees for optimum use.

## Symptom:

Thick, dry, “elephant skin” on dough balls

## Problem:

Cross-stacked too long, cover tray left ajar or off, dough under-proofed.

## Solution:

1. Immediately spray down any other dough to be used that day.
2. Finger-dock the edges to create a soft crust around the edges.
3. Place dough on the screen “skin” side up and sauce, attempting to cover the tough skin with sauce.
4. Make sure dough is being down-stacked at proper time and temperature.





©2015 Blackjack Pizza Enterprises LLC V2 0415

## Symptom:

Large bubbles in dough tray; dough is growing together; dough balls very large, wet and difficult to slap.

## Problem:

Over-proofed dough

## Possible Causes:

- Walk-in temperature too high or not working. Check refrigeration immediately.
- Water too warm during prep.
- Dough mixed too long during prep.
- Made too much dough; not used in the proper time frame.
- Dough left out to proof over night.

## Solution:

Use what you can, pulling one tray from the walk-in as needed, trying to keep it cool. Finger-dock as necessary (do not use mechanical docker), taking extra care to keep the dough round on the screen.



©2015 Blackjack Pizza Enterprises LLC V2 0415

### Symptom:

Dough ball is sticky, hard to handle

### Problem:

Proofed, over-proofed, or warm dough (possibly too much water in prep)

### Solution:

Sprinkle a light dusting of flour/corn meal over the entire tray of dough to facilitate handling. Check prep scales for accuracy *(*see also *Over-proofed Dough* on the previous page).



## Symptom:

Dough rises too quickly.

## Problem:

Refrigeration problem or too much yeast

## Solution:

- Make sure walk-in door is staying closed and that refrigeration is functioning properly (temperature should be 36 degrees)
- Adjust cooler doors to be self-closing.
- Check prep scales for accuracy.
- Dough must be cross-stacked until the temperature is down to 40 degrees or lower.
- Make sure your yeast measurement is correct.



©2015 Blackjack Pizza Enterprises LLC V2 0415

# Facts About Dough

## How do Times and Temperatures Affect Dough Proofing?

Yeast is a living organism, and as such is sensitive to temperature changes. The following list can give you an idea of the effects of temperature on the dough. The temperatures listed are for the temperature of the dough itself, and not the air or conditions around it. For example, if you've just removed a tray of dough from the walk-in and brought it up to the slap table, the dough temperature is probably much lower than the air around it.

**Affects of Temperature on Dough Proofing**

| Temperature | Affect on Proofing |
|---|---|
| Below 28°F | Yeast is not activated |
| 40°F | Very slow proofing (over several days) |
| 80°F | Fast proofing (within hours) |
| 140°F | Yeast dies |

## Please note these important points about proofing.

- The key words to proofing are "time" and "temperature."
- Our dough needs to be at least 48 hours old to be considered ready to use.
- The warmer the room, the faster the dough will proof. We recommend keeping enough dough sitting out so that the dough temperature is 50-60 degrees when it is used. Undersized, under-proofed dough will need to sit out longer.

©2015 Blackjack Pizza Enterprises LLC V2 0415

### Why is under proofed dough also called green dough?



Under-proofed dough has not developed a strong mesh of elongated gluten strands, and is therefore very inelastic in texture.

It has not been proofed to at least 75%. This makes for longer and more difficult slapping times and greater rates of shrinkage once the dough hits the screen. It is also more prone to bubbling. If the pie shrinks too much in the oven or on its way down the line being itemized, it will not retain its volume and will have to be remade.

In addition, because the gluten structure is so tight, gas bubbles are trapped very easily during cooking. When this happens, very large bubbles can appear when cooking the pizza, causing the toppings and cheese to slide off, and often rendering the finished product unusable.

## When Should Green Dough Be Used?




You should never use green dough unless it is an absolute emergency. The best solution is to try to borrow properly proofed dough from a neighboring store, if possible.

However, if you experience an unexpected sales increase, or your dough is unsatisfactory (over proofed), green dough may be used if the following procedures are met:

1. First, pull enough dough to last the night from the walk-in cooler. Ideally, the day manager will do this after he checks to see whether he has enough dough for the day on his shift.

   Dough that is 36 hours old may be usable by that night if pulled all day.

2. Spray the dough with hot water to speed proofing and retard the drying effects of fast proofing. After the dough is proofed, return to the walk-in cooler.
3. Check to see if there will be enough proofed dough for the next day's business. If not, pull some dough out for an hour or two to speed up the proofing process. It is best to do this the night before.

## What is Over-proofed (Sheeted) Dough?

Dough becomes over proofed either because it is too old (has proofed too long) or has been exposed to warm temperatures or both.

As the dough begins to over-proof, the sides of the individual balls begin to flow together, often forming a solid mass of dough in the tray. This is known as “sheeting”. The surface becomes moist and sticky, and eventually large gas bubbles appear. Eventually the over-proofed dough ball collapses and is unusable.

Working with this dough is difficult. It is difficult to remove from the tray, hard to get it round, and because the yeast has expended most of its useful life, it can’t rise well in the oven. The result is an ugly, flat, out-of-round pie, with a thin middle and a sour flavor.

## How Should You Work with Over-proofed Dough?

Over-proofed dough should be thrown out and good dough used whenever possible.

Follow these guidelines when using over proofed dough.

- Use care when removing the dough from the tray. This will require more time than usual.
- Sprinkle some flour/corn meal on the dough to keep it from sticking to your hands or the docker.
- Use the scraper to cut all the way around the dough ball, then slide it under the dough and lift it out carefully to avoid distorting it any more than necessary. Do not pull or tug on the dough ball so as not to stretch it out of shape.
- After removing the dough from the tray, apply more flour/corn meal and begin working the edges. You are working toward a round pie, so tuck in any corners while rounding out any squared edges.
- Gently finger-dock while attempting to maintain a round shape. ***Do not dock the middle.*** Use little or no mechanical docking so you can get the most rise possible out of the over-proofed dough.
- Slap the dough, taking care to keep your hands close to the edge and away from the middle.

Remember we want consistent thickness throughout the dough skin.

## Blown Dough

If a dough ball has deflated in the tray, and it is obvious that all of the gas has escaped, the dough ball will fail to rise properly in the oven and should ***never*** be used. This is referred to as "blown dough." Simply throw it away and let the shift supervisor know how many had to be discarded. If a substantial quantity of dough needs to be thrown away, you will need to adjust your dough order to avoid a "green dough" problem. If you are unsure of a dough ball's usability, consult your shift supervisor.

©2015 Blackjack Pizza Enterprises LLC V2 0415

## Emergency Procedures

When an emergency arises and you must quick-proof dough for the next day or two, these are the approved methods:

### Same-day Proofing

- Produce dough as usual but do not cross-stack.
- Down-stack dough immediately into cooler in stacks of eight trays.
- Check dough every hour for proofing.
- If dough starts to over-proof (more than double its original size), cross-stack to slow down the proofing process. Trays in center will proof quicker because they get less cool air.
- Prep extra dough for immediate future.

### Next-day Proofing

- Make dough recipe as usual.
- Let the dough sit out, down-stacked, until almost usable size (75% proofed)
- Cross stack in walk-in cooler until the dough reaches 40 degrees (about 5 hours).
- Down stack in sections of three trays.
- Check every hour (especially with middle trays).
- Down-stack the trays in the walk-in cooler.
- Let dough sit in walk-in cooler at least 12 hours before use, if possible.
- Prep extra dough for immediate future.

It is important to reiterate the fact that these measures should be used as an absolute last resort. The overall Blackjack dough management system is so sound that these types of emergencies should rarely occur.

## Makeline

Before the dough can be topped and baked, it needs to be prepared by docking and slapping**.** How well these procedures are performed will directly affect the quality of the pie.

### Proper Docking Procedures

The goal of docking is to break up and disperse the carbon dioxide bubbles in the dough to create even thickness throughout the pie. Docking also breaks up most of the large air bubbles in the dough so that the rise is even and consistent throughout the pie, helping to keep it from bubbling or rising unevenly in the oven.

©2015 Blackjack Pizza Enterprises LLC V2 0415

Mechanical and finger-docking is recommended for all dough. Finger-dock first, then use the mechanical, steel docker. Do not use a nylon docker. Use more pressure when docking over the edge of the pizza and lighter pressure in the center areas. After slapping, this will result in a dough patty that will be of consistent thickness throughout (no thin middles).



To finger-dock, lay the dough ball on the slap table right side up (as it was in the tray). Work your way around the edge thinning around the outer crust. Create a mound in the center and pop the bubbles. Leaving the edges slightly thin with thicker middles before slapping will help eliminate thin centers and make slapping even-thickness pies easier.

To properly dock with the mechanical docker, run the docker forward (away from yourself) over the edge of the pizza with the initial motion starting closer to the center. After the dough is flattened out, run the docker around the outside, including the edges.



Next, run the docker across the middle, popping the bubbles, but not pushing the middle too thin. ***Do not over-dock the dough.*** If necessary, the other side can be docked gently to remove any stubborn bubbles.

## Extra Thick Dough

| Extra Thick Dough Portions | | | |
|---|---|---|---|
| 10" (small) | 12" (medium) | 14" (large) | 16" (extra large) |
| Weight 14.5oz. | Weight 20.0oz. | Weight 25.0oz. | Weight 29.0oz. |

Now that we offer an excellent Square Pan Pizza, we do not recommend making an extra-thick hand-tossed dough. However, if the customer requests it, simply use the next size dough ball for small, medium and large. Use medium dough ball for extra thick 10" pie. Use large dough ball for extra thick 12" pie. Use x-large dough ball for extra thick 14" pie. Use two medium dough balls for extra thick 16" pie.



BLACKJACK000166

## Slapping the dough

The primary purpose for slapping the dough is to evenly stretch the dough. Proper slapping alleviates thin spots in the middle of the pie. The result will be more consistent, better tasting and cosmetically appealing pizza. When properly executed, the dough is thrown from one hand to the other approximately four (4) times.

Each time, the dough moves clockwise one-quarter turn. After four throws, the dough has made a complete circle in your hands. The result of this complete circular movement is evenly stretched dough. Place the stretched dough on the screen, skin down, overlapping the edges of the screen slightly.

## Proper Slapping Procedures



1. Pick up the docked dough with one hand. Throw the pressed dough against your other hand. Use wrist motion to turn the dough one-quarter turn, clockwise.

2. Throw the pressed dough back to the first hand. Again, turn the dough one-quarter turn, clockwise. With each throw, you will pull the dough towards the elbow as you throw into the other hand to stretch.

3. Throw the pressed dough back to the other hand. Again, turn the dough one-quarter turn, clockwise.

4. Throw the pressed dough back to the first hand. Again, turn the dough one-quarter turn clockwise and flip evenly stretched dough down on screen and form to shape of the screen.

©2015 Blackjack Pizza Enterprises LLC V2 0415

## Making the Square Dough

Blackjack's proprietary dough recipe is absolute and should never be adjusted or compromised in any way.

Square dough has a very limited shelf life: Two (2) hours through 36 hours.

Square dough must always be made in the morning. It can be used as soon as the proof is complete through the lunch rush on the following day. Square dough **must never be used** past its expiration time. The finished product made with over-aged dough will have a sour taste, less rise, less volume and fluffiness to the dough, and a less-crunchy texture.

It is very important to remember that the square deep dish dough is very sensitive and fragile. It must be handled properly in order to produce the highest quality finished product. ***Do not*** take short cuts in the doughmaking process. Follow all the steps, and you will have a great square product.

**Square Pan Recipe**

| Ingredient | Portion |
|---|---|
| Water | 7 quarts |
| Square Dough Mix | 1 package |
| Square flour | 26 pounds (one bag plus one pound) |

**Mixing Instructions**

1. Measure seven (7) quarts of water. Use the thermometer to make sure you have the ***proper water temperature of 110 degrees F***.
2. Open and pour the square dough mix into the water.
3. Whisk the ingredients together, making sure the dough mix dissolves in the water.
4. Let the mixture activate for 10 minutes. You will see thick brown foam forming on the top of the water. This is the beginning of the fermentation process and is natural.
5. After 10 minutes, stir the mixture again to make sure all ingredients are mixed.
6. Pour the activated dough mix into the mixing bowl.
7. Open and add one 25-pound bag of square flour to the dough mix.
8. Add 16 ounces of square flour to the dough mix. (Total amount of square dough is one bag plus one pound.)
9. Turn the mixer on to speed one and mix for a minimum of twelve (12) minutes. Note that the mix time may need to be adjusted based on your individual machine. Some machines may take longer. You will know the dough is finished mixing when it has a smooth texture.



Immediately after mixing, put the dough on the prep table.

©2015 Blackjack Pizza Enterprises LLC V2 0415

### Remove Dough from Mixer

These directions pertain to a Hobart 60-quart mixer. ***Follow directions carefully to avoid injury.***

1. Turn off the mixer.
   ***Never attempt to remove dough until the mixer is off and all action has completely stopped.***
2. Move the gear level to neutral to allow easy movement of the hook.
3. Manually rotate the dough hook to move the hook clear of the dough.
4. Remove dough from the mixer. ***Do not try to lift the entire batch at once!*** Cut the dough into chunks and lift each chunk to the prep table separately. Remember to wear a clean apron at this stage.




### Cut the Dough (without the benefit of a divider/rounder)

1. Cut off a chunk of dough using a large knife or a dough scraper.
2. Weigh the dough.

   The Detecto scale and the Pelose electronic digital scale are the approved scales of Blackjack Pizza.

3. Add or remove dough in small chunks until the weight is correct (based on the portion chart for the size dough ball being made).



If possible, carefully mark the plastic face of the scale to show the weights for various pizza sizes. This aids in fast recognition of proper weight of dough chunks.



Weights for dough balls are as follows:

**Dough Ball Weights**

| 10" (small) | 14" (large) |
| --- | --- |
| 12 oz. | 21 oz. |

### Knead the Dough

Roll dough into balls. This can be done by hand or using a dough rounder. High volume stores may want to purchase a divider-rounder, which both cuts and rolls. Remember to make the larger dough balls first since they need more time to cool.

Follow these steps to roll dough by hand:

- Take a pre-weighed chunk of dough in both hands.
- Knead the dough by forcing the outside of the dough toward the back and center of the ball. Turn the dough ball 90 degrees, and fold an additional two to four times until the dough is smooth, firm, and round.
- Finish by pinching the dough on the opposite side of the smooth finish.
- The surface of the finished dough ball should be smoothly stretched.
- The ball should be as round as possible. An unevenly shaped dough ball will proof unevenly.
- The result of uneven proofing is a "fat" edge on the "slapped" dough or tears in the dough as it is prepared.



You will not place square dough balls in trays. After kneading each square dough ball, you will place it back on the prep table, arranging in neatly in a row according to size.



### "Panning" the Dough

Allow the square dough to proof for 15-30 minutes sitting out on the table. While you are waiting for the dough to proof, gather the number of each size pan you will need to pan the dough and spread them out on the table.



Square pans should get cleaned, oiled and stacked underneath the prep table at the end of the shift on the previous day so they are ready to use at the time the dough is made. Refer to the section titled *Cleaning and Prepping Pans* on page 27 for instructions on cleaning and oiling pans.

When the dough is ready, you can begin to press it out. You can test the dough to see if it is ready to be pressed out by pressing down on the dough ball and see if the skin cracks or shows stretch marks. If it does then it is ready to press; if not, continue to let it sit until it does.

1. Use the dough scraper to remove a dough ball from the table.
2. Place the dough ball on the table where you are going to press it out. Using the three middle fingers on each hand and only the ***flat*** part of your finger tips, begin in the middle of the dough ball and use straight downward pressure. Work your way down and then up around the outside edges all the way around the dough ball, and then down from the top back to the middle.

Square dough ***does not*** get a crust. Make sure you are pressing all the way to the edge




As you press out the dough, you will leave indentations in the dough (divots), this is intentional and is perfectly normal for square dough.

Once you have pressed out the dough you will slap the dough the same way you would for making a pizza. This serves two purposes;

1. It is good practice for slapping
2. It helps to stretch the dough consistently



Once the dough has been slapped two or three times to reach the proper size, it is OK to give it one tug to make it oblong.

Place the dough in the pan with the skin side down. Do not try to shape the dough to the pan at this time.







Fill all the pans you have laid out and then put lids on them. Stack them so they can continue to proof at room temperature.



You should begin checking the square dough after 30 minutes to see if it has proofed enough. The dough will need to proof in the pan for approximately 30 minutes to one hour, depending on the temperature of your store. When it's ready, the dough should be soft, fluffy, tacky to the touch, and rising. You are going to press the dough out again to the size of the pan and it will need to rise a second time so you do not want too much of a rise on the first proof.

When the dough is ready to be pressed out for the final time, you need to uncover each pan and cross-stack them before beginning to press out any of the dough.



During the proofing process, the dough has become tacky to the touch and will easily stick to your fingers. The process of cross-stacking allows air circulation over the dough surface and dries it out slightly so that it is easier to work with.

Stack the lids next to the pans so that you can easily reach them after pressing out the dough.

***Do not*** let the dough sit after you have cross-stacked it; immediately begin to press the dough out into the pans. If left too long, the dough will dry out too much to be used.

©2015 Blackjack Pizza Enterprises LLC V2 0415

As you press out the dough a second time, you will be shaping the dough to the size of the pan. As before, use the three middle fingers on each hand and only the flat part of your finger tips. Begin in the middle of the dough and use straight downward pressure. Work your way down and then up around the outside edges of the pan, and then down through the top back to the middle. ***Do not*** get oil on top of the dough.








You can practice the correct finger placement by using flour. Spread some flour on the table and practice pressing out dough on the flour and you will be able to see the difference between the correct and the incorrect process.

**CORRECT**



Your fingers should be close together, and only your fingertips should be on the dough.



When you use just your fingertips, with the proper stance and using the rocking motion, you will press the dough and it will increase in size evenly.

**INCORRECT**



Your fingers should not be spread apart, and your fingers should not be flat on the dough.



When your fingers are flat on the dough, you will tend to push the dough. This forces the dough to stretch and causes thin spots.

©2015 Blackjack Pizza Enterprises LLC V2 0415

The proper stance and motion is important when pressing out square dough.



1. It is easier on your shoulders
2. It is more comfortable
3. It gives you the leverage you need

Always put one foot in front of the other so that you are balanced. Use your center of gravity. Your arms should be outstretched all the way so that your finger tips can reach the dough but you are not standing directly over it. Use a rocking motion when pressing out the dough.

Once you have pressed out the dough to the size of the pan, it is very important that you pay special attention to the corners of the dough. If you have a low corner, then it will fall in the pan and become a rounded corner. This will allow the cheese to fall into the corner and burn. That is not acceptable for a square deep dish pizza. You must have tall, well-formed corners.



It is important that you gently lift the dough and press it into the corner of the pan to properly form a high corner.

When finished, the corners of the dough should be higher than the dough around the edge.

It is very important that the dough in the pan be pressed out as evenly as possible so the dough is of equal thickness across the entire pan. This will help ensure an equal rise during the baking process.



When you finish pressing out all the square dough, place a lid on each pan. Re-stack them and let them sit to continue proofing. You can tell when the dough has proofed enough because it will be ½" to ¾" in height and over half way up the side of the pan.

Again, there is no set time for the proofing process to be complete; it depends on the temperature of the store. You may want to make your first check after 30-45 minutes have passed. This will let you see how quickly the proofing process is advancing so you can get a better idea of how long the entire process will take.



©2015 Blackjack Pizza Enterprises LLC V2 0415



Once proofing is complete, you must date the dough by putting a piece of paper with the date written on it under the lid of the first pan in each stack. Place the stacks in the walk-in cooler, being sure to rotate any previous pans so that they are used first. Remember FIFO: First In First Out.

## Cleaning and Prepping Pans

### Cleaning

Square dough pans do not get washed. After each use, you will:

1. scrape the pans free of any food
2. wipe the inside of the pans with a clean towel
3. re-oil the pans

### Prepping

1. Apply the appropriate portion of oil to the pans depending on the pan size:

**Oil Portions**

| Size | Portion |
|---|---|
| Small | 1 oz. |
| Large | 2 oz. |

2. Stack the pans underneath the prep table—nested inside each other—so they are ready to use the following morning when dough is made.

©2015 Blackjack Pizza Enterprises LLC V2 0415

## Sauce Preparation (Prepare every 1-3 days)






1. Open six cans (#10) of "7-11", and six cans of "Full Red" pizza sauce. Pour each can in mixer.
2. To sauce, add one 26 oz. package of Blackjack Pizza Sauce Seasoning (#T-1054).
3. Add 8 oz. of grated Romano/Parmesan cheese blend to sauce mixture.
4. Start mixer on slow speed. Mix for 15 minutes.* With high-speed mixer (VCM) mix for 90-120 seconds.

   With a slow-speed mixer during the first 5 minutes of mixing, take a large spatula and wipe the spices from the top of the mixer bowl. Stir spices back into bowl. Always stop the mixer before using the spatula in the bowl.

5. Stop mixer. Make sure blade is completely stopped.
6. Remove mixer bowl:
   a. Crouch down using legs, not back.
   b. Carefully pull bowl off one peg, then the other.
   c. Pick up bowl. (Always stand, using legs, not back.)



7. Pour sauce in two 5-gallon plastic buckets.
8. Cover with plastic lids. Date.
9. Place containers in walk-in cooler.

## Vegetable Prep

### Mushrooms

Mushrooms are shipped to the stores pre-sliced. If you do find yourself in a situation where you need to slice mushrooms, follow these procedures:

Note: Handle mushrooms as little as possible to avoid breakage.

1. Assemble slicer. Keep switch in OFF position to load.
2. Adjust slicing thickness to 3/16".
3. Fill vegetable chute with clean fresh mushrooms.
4. Make sure all safety guards are in place.
5. Start slicer. When desired amount of mushrooms are cut, replace in original cardboard box and place in walk-in cooler.

**Slicer Safety Tips:**

- Stay clear of the blade at all times during operation. Always use the weight to push down on the vegetables.
- If the machine jams, unplug before removing the blockage.
- Never clean the slicer while operating. Always unplug before removing safety guards or cleaning.
- Never use your hand to catch slices.




©2015 Blackjack Pizza Enterprises LLC V2 0415


BLACKJACK000177

**Onions (Cut daily)**

1. Prepare onions:

   Note: Handle onions as little as possible to retain shape.

   a. Place onions on prep table *(also you should use a cutting board).*
   b. Using large French knife or serrated butcher knife, cut off both ends of onion. (Make sure you remove all of root end.)
   c. Cut remaining onion in quarters.
   d. Remove onion skin from each quarter.
   e. Set prepared onions aside.
2. Assemble slicer. (See directions for mushrooms. Note all safety directions.)
3. Set slicer for 3/16". (Make thicker, up to 1/4" if they burn in the pizza oven.)
4. Fill vegetable chute with prepared onions.
5. Start slicer.
6. When desired amount of onions are sliced, turn off slicer motor.
7. Place onions in plastic buckets, cover with plastic lid.
8. Place the date of preparation on the lid using label gun with dissolvable labels.
9. Place containers in cooler.

**Green Peppers (Prepare daily)**

1. Prepare green peppers:
   a. Pick up green pepper in one hand. With the thumb, poke stem into inside of pepper. (This can be done in one motion using the same hand.)
   b. Place other thumb inside of pepper. Pull pepper apart. (2 sections).
   c. Remove stem.
   d. Remove seeds.
   e. Cut the green pepper into quarters before slicing.

2. Assemble slicer (See Mushroom directions, Follow all safety guidelines).
3. Set slicer for 3/16" slices.
4. Cut as in onion directions.
5. Place cut peppers in large plastic bucket.
6. Pour cold water into bucket of sliced green peppers, then pour water off to clean product.
7. For crisper green peppers, let them sit in cold water in walk-in for one hour, then pour water off.
8. Cover with lid. Date.
9. Store in walk-in cooler.

©2015 Blackjack Pizza Enterprises LLC V2 0415

## Cleaning Equipment



### Cleaning the Mixer

1. ***Unplug*** mixer.
2. Disassemble: Remove dough hook and mixing bowl.
3. Wash dough hook and mixer bowl in triple sink using wash/rinse/sanitize procedure.
4. Dry with clean towel.
5. Wipe entire mixer with clean cloth.
6. Reassemble mixer.

### Cleaning the Slicer

1. Unplug slicer.
2. Remove safety guards.
3. Spray water on entire slicer surface.
4. Using a Scotchbrite or similar product, wipe entire surface.
5. Sanitize
6. Using a clean, damp cloth, wipe all slicer surfaces & sanitize.
7. Replace safety guards.
8. Move slicer to an out-of-the-way place in the kitchen.
9. Leave cleaned slicer unplugged when not in use.

### Cleaning the Mixing Bowl after sauce preparation

1. Fill with hot soapy water and scrub.
2. Rinse with clean water.
3. Sanitize

©2015 Blackjack Pizza Enterprises LLC V2 0415

Case No. 1:19-cv-00799-JLK-CYC Document 187-30 filed 11/30/22 USDC Colorado pg 41 of 173



## Salads

Salads are an important part of Blackjack Pizza's product offering. Like all other Blackjack products, the salads are 100% fresh and are produced daily at each store using fresh ingredients. We offer a Garden Salad, Antipasto Salad, and a Mediterranean Salad—each served with the customer's choice of Ranch, Spicy Ranch, Balsamic Vinaigrette, or Italian dressing.

### Prepping Salads

All Blackjack salads are made from fresh-cut lettuce and topping ingredients. Blackjack uses a 50/50 mix of Iceberg Lettuce and Romaine Lettuce to make our salads. This is a proprietary recipe and is required by all stores. You can use either:

- fresh heads of lettuce and prep the mix yourself ***(preferred method)***
- bagged pre-mixed 50/50 blend

Use the following procedures to prep lettuce based on the type of lettuce you use.

#### Fresh Heads of Lettuce




Health Department regulations require you to use plastic gloves when preparing ready-to-eat foods, such as salads.

1. Cut out the core of the Iceberg lettuce and remove any brown leaves.
2. Cut off the end of the Romaine lettuce and remove any brown leaves.



Step 1



Step 2

3. Chop both types of lettuce into one-inch by ½ inch pieces.
4. Mix the Iceberg lettuce and the Romaine lettuce together in a 50/50 mix.
5. Fill the tub of mixed lettuce with cold water to rinse the lettuce.
6. Allow the lettuce to drain for 30 minutes.



Step 3

7. Cover the tub of drained lettuce with plastic wrap and a lid. Date the container with an expiration date of 24 hours from the time of prep. Store the tub in the walk-in cooler.



Step 4




Do not store lettuce tubs in the walk-in cooler with water in them.



Step 6



BLACKJACK000180

#### Bagged Pre-mixed 50/50 Blend

1. Open the bag and put the pre-mixed lettuce into the tub.
2. Cover the tub with plastic wrap and a lid.
3. Date the container with the expiration date provided by the supplier (if specified). If not specified, use an expiration date of 24 hours from the time of prep.
4. Store the tub in the walk-in cooler.



### Prepping Salad Dressings

All salad dressings are prepped in 3.25 ounce soufflé cups. Place prepped dressing cups in a container, label and date the container with the dressing type and expiration date, and store under refrigeration.

#### Ranch and Spicy Ranch

Make the Ranch and Spicy Ranch dressings according to the recipes and then portion them into the soufflé cups. When stored correctly, the dressings have a shelf life of seven days.

#### Balsamic and Italian Dressing

Open the gallon containers and prep the entire gallon. Do not prep partial gallons. Label the soufflé cups with the use-by date printed on the original container (if specified). If not specified, use an expiration date of seven days from the date the dressings are prepped.

### Assembling Salads

Salad ingredients are used right off the pizza makeline just as they are for pizza; no other prepping is needed. You ***must*** wear plastic gloves to assemble salads.

You will use the same procedures to assembly each type of salad; only the ingredients will differ:

1. Place the appropriate portion of lettuce mix in the salad container.
2. Add the appropriate toppings depending on the type of salad you are assembling. Distribute toppings evenly across the top of the entire salad to make a good presentation.
3. Place one cup of dressing in the corner of the salad container and close the lid.
4. Place salad in a T-sack along with a meal kit and any extra dressing cups the customer may have ordered.
5. Attach the product label to the sack. If the rest of the customer's order is not ready, or a driver is not available to deliver the order, place the bag in the cooler.

©2015 Blackjack Pizza Enterprises LLC V2 0415


BLACKJACK000181

**Salad Portions**

| Type of Salad | Ingredients | Portions |
|---|---|---|
| Garden | Lettuce Mix | 9 oz. |
| | Green Peppers | 8 pieces |
| | Red Onions | 8 pieces |
| | Tomatoes | 1.5 oz. |
| | Black Olives | .75 oz. |
| | Shredded Pizza Cheese | 2 oz. |
| Antipasto | Lettuce Mix | 9 oz. |
| | Green Peppers | 8 pieces |
| | Red Onions | 8 pieces |
| | Tomatoes | 1.5 oz. |
| | Ham | 10 pieces |
| | Pepperoni | 10 pieces |
| | Shredded Pizza Cheese | 2 oz. |
| Mediterranean | Lettuce Mix | 9 oz. |
| | Feta Cheese | 2 oz |
| | Red Onions | 8 pieces |
| | Tomatoes | 1.5 oz. |
| | Black Olives | .50 oz. |
| | Green Olives | .50 oz. |
| | Hot Pepper Rings | 1 oz. |




Job Aid

### Additional Toppings

Customers may sometimes ask for additional toppings or extra portions. Use the portions listed below to accommodate these requests:

- Extra Pizza Cheese or Feta Cheese: add 1 oz. (half of original portion)
- Extra Dressing: add 1 cup
- Grilled Chicken*: add 1 oz.

*Chicken must be cooked in the oven before adding it to the salad.



# The Blackjack Cycle

Orders flow through the Blackjack computer system from the moment an order is taken until the time a driver returns to the store from the delivery. Steps included in this cycle are as follows:

1. Taking the Order
2. Box Tags
3. Makeline screen
4. Cutting the pies
5. Dispatching the driver
6. Printing driver receipt and credit card receipt
7. Completing the delivery
8. Checking In the driver



## Taking the Order

An order is called in and entered into the computer system. The order entry screen is where all order information is captured. You will need to enter the following information for each order.

1. Customer phone number
2. Select order type
    a. Delivery: the majority of our orders
    b. Web Delivery: orders that customers have placed for delivery at Blackjackpizza.com
    c. Pick-up: orders that customers have placed by phone and will pick up at the store.
    d. Walk-in: orders that were placed by customers who came into the store to place their orders, and waited for their orders to be prepared.
    e. Web Pick-up: orders that customers placed online and will pick up at the store.
3. Customer's first and last names and address. Most customers have ordered in the past so their names and addresses are already in the system. Confirm the name and address with the customer.
4. Select size
5. Select crust
6. Select toppings. If the order is for a house special, select the house special rather than selecting the toppings individually.
7. Select coupon if informed by the customer.
8. Add additional pizzas, wings, salads, beverages, and sides.
9. Select "Collect" in the lower right corner of the screen.
10. Complete payment choices and process (cash, credit card, check, account).




On average, it should not take more than 60 seconds to take an order. After all of the necessary information is entered on the order entry screen, the order is processed. At that time, box tags will print, and the order information will go to the makeline screen(s).

©2015 Blackjack Pizza Enterprises LLC V2 0415

## Tagging the Boxes

After the order is processed, box tags are automatically printed on the label printer in the order in which they were taken.

Box tags contain the following information:

1. Pizza toppings
2. Size of pizza
3. Order total
4. Time order was taken
5. Order number
6. Customer name, address and phone number




Box tags are attached to the appropriate size boxes and placed on the shelf above the cut table in time-sequence order. Labels should be facing the manager working the oven.

## Making the Pie

The makeline screens show all of the order information in great detail, giving the pizzamakers all the information they need to complete the production of each item. Each pizza, wing, and cheesebread order displays on a separate line on the screen.

Standard detail includes:

1) Age of order
2) Size of pizza
3) Crust type
4) Light, regular or extra sauce
5) Desired toppings
6) Special instructions, such as well done




The average makeline production time is two to three minutes from the time the order is taken until the pizza is loaded into the oven. While your goal is to load all pizzas into the oven within five minutes of the order time, you ***never*** want to compromise quality for the sake of speed.

## Into the Oven

After the products are assembled, they are placed in the oven. Cooking time will be approximately seven to ten minutes.

The manager removes pies from the oven and places them in the appropriate boxes (matching the completed pizza to the corresponding box tag). The manager then cuts the pizza.

## Oventending, Cutting, and Routing

Oven tending involves all procedures from removing the pizza from the oven, to boxing and cutting the pizza, to routing drivers out the door. This seems like a simple enough set of tasks, however, this part of the pizzamaking system accounts for the majority of customer complaints.

Only the manager-in-charge or oventender is allowed to oventend. If the manager is extremely busy, he or she may authorize a driver to take the pizza out of the oven, cut it, and box it. However, the driver never routes the pizza without the manager's permission.

### Oventending

The oventender:

1. Must verify proper tagging of boxes, (i.e., a 14-inch box must have a 14-inch tag).
2. Next checks each pizza as it comes out of oven.
    a. Identifies toppings on pizza
    b. Identifies size of pizza



3. Looks for appropriate box (i.e., 14” pepperoni pizza goes in a box tagged 14” pepperoni [P]) and pulls it from the shelf. Boxes should be on the cut table in timed order sequence (oldest order up first). If no 14” P box is present, one of the following problems has occurred:
    a. Box is improperly tagged
    b. The tag has not been placed on a box
    c. Pizza was mis-made. Examples include:
        i. 10” P was made when order called for 14” P
        ii. 14” P was made when order called for 14” PM
        iii. 14” P was made when order called for 14” B



4. Opens the box, slides pizza peel under the screen on the conveyor, and lifts pizza to the cut table. The oventender should strictly enforce the “no traffic” rule between the end of the oven and the cut table. This is an extremely dangerous area. Not only could collisions result in pizzas being dropped, but team members could be severely burned by coming into contact with products being removed from the oven.
5. Removes the pizza peel from under the screen. He or she then slides the peel between the screen and the pizza, lifts the pizza and then places it into the box.
6. Picks up the pizza cutter and cuts each pizza into the appropriate number of slices.




7. Closes the lid on the pizza box and sets the box on the hot rack. At this point, the oventender checks the label to see how many items are included in this order. He or she then gathers all items for the order and stacks them together on the hot rack.

### Cutting

When cutting a pizza, it's important that you press down firmly on the pizza cutter with each motion, making sure you cut all the way through the pizza. It's also very important that each pizza is cut through the middle to help ensure the slices are the same size.



Pizzas and Cheesebread are cut as follows:

| SIZE | INCHES | SLICES |
|---|---|---|
| School | 8" | 4 |
| Small | 10" | 6 |
| Medium | 12" | 8 |
| Large | 14" | 10 |
| Extra large | 16" | 12 |
| Cheesebread sticks | 10" | 16 |

12"



14"



16"



After the manager cuts the pizza, he or she closes the box and places the order on the hot rack.

### Routing

The age of the pizza is critical. Be aware of how old each order is when it comes out of the oven. The goal is to leave the store in 15 minutes or less. This helps ensure a delivery time of 30 minutes or less.

As a rule, the oldest pizza must always go first.

Look ahead to see if another run can go with the oldest pizza that is ready to be delivered. However, do not let a pizza sit on the rack if it becomes more than 24 minutes old. If a driver takes two runs, the ideal routing is as follows:



- A run near the store, and the next one in any direction.
- Two runs in a straight line from each other.
- Two runs that are far from the store, but are close together.

The first driver in the door gets the next run. Always treat drivers in the same, fair manner. Any favoritism will cause problems. If the driver has to take three or more addresses at one time, another driver needs to be called in. The pizza simply will not get to the customer in time. When you have to call team members in, it's a good idea to reward them in some way. You might offer them a bonus, a free pizza, or a $10 gas card, for example. While this is not necessary, you might find that showing your appreciation will make it easier for you to find team members to come in early or on their days off.

The manager needs to be aware of each driver's ability. The average number of orders delivered in an hour by an experienced driver is four. New drivers should be given easier runs the first few days until they are familiar with the procedure and the delivery area. Estimate them being able to deliver about three runs per hour until they demonstrate being capable of delivering more.

Remember, the customer is the most important. If a driver complains they are taking small orders to the corner of the delivery area, reassure him or her that tomorrow it will be someone else, and they'll get the large order a block away. Everything eventually evens out.

Giving discounts for late deliveries is up to the manager. We suggest that a discount (or free pizza) be given if the pizza is 45 minutes old or older. It's a good idea to not only give a discount on the late pizza, but also mailing a late coupon discount card will help keep customers satisfied that you care about their business.

©2015 Blackjack Pizza Enterprises LLC V2 0415

## Dispatching




Orders are placed on the hot rack with two considerations in mind:

- Age of the order
- Area order is going to

Driver receipts contain the following information:

1. Customer name and address
2. Customer phone number
3. Delivery zone
4. Order number
5. Order total
6. Order extras (Drinks, salads, sauces)

To dispatch a driver:

1. Select the driver's name on the *Dispatch* screen.
2. Select "Dispatch."
3. Select the order(s) the driver will deliver on this run.

To meet our goal of providing exceptional service, we strive for out-the-door times of 15 minutes or less. This allows our drivers plenty of time to reach the customers safely.

## Checking in the Driver

When a driver returns from a delivery, he or she must be checked in through the computer system. To dispatch a driver in:

1. Navigate to the *Dispatch* screen.
2. Select the name of the driver.
3. Select "Return Driver" in the lower right corner of the screen.

©2015 Blackjack Pizza Enterprises LLC V2 0415

## Pizza Production

### Setting up the Makeline

When setting up the makeline, items are placed in bins in the order of use from start to finish. Thus, if the makeline moves from right to left, items would be positioned from right to left as follows:

1. Cheese
2. Flat meats (pepperoni and ham)
3. Fresh vegetables (mushrooms, green peppers, onions)
4. Bulky meats (Italian sausage, ground beef, bacon, chicken)
5. Other (tomatoes, olives, pineapple, pepper rings, jalapenos, anchovies)



### Product Rotation

#### Cheese

Cheese comes into the store from suppliers already diced or shredded. It comes in the following forms:

1. Frozen for school pizzas
2. Our primary fresh cheese, which is shredded and never frozen

Cheese is a "live" product. If it sits on your walk-in cooler shelf for over a week, it will begin to break down (due to enzymes and bacteria). The result will be an oilier product, which is unsatisfactory for pizza making. Additionally, older diced cheese will compact in its container. Compacted cheese requires more prep time and is generally more difficult to handle. Higher food costs may result.

We recommend you prep enough cheese to get you through your big pie hours. Do not prep more than you estimate you'll need. When placing your inventory order, you should only order enough cheese to get you one day beyond your next food delivery.

Using catch trays for your makeline helps conserve cheese. However, temperature will quickly affect the quality of cheese in the catch trays. Unless the cheese in the catch trays is held at 45 ° F, it will rapidly deteriorate. Empty catch trays every 15 minutes to avoid dry and oily cheese.



©2015 Blackjack Pizza Enterprises LLC V2 0415

Remember: "First-in, first-out" when replenishing items in bins. If you have a small amount of an item left in a bin, remove it, add the new item to the bin, and place the old item on top of the new. Never add new items on top of old, especially those likely to spoil quickly.

### Sauce

Sauce is placed on the dough table, not the makeline. We include it here because it must be rotated along with the other items.



Before preparation, watch for bulging or discolored cans. If you find these, do not open them; discard them immediately.

Do not pour new sauce on top of old. Watch for bubbling or a strange smell or taste. Discard all such sauce. Wash bucket in hot soapy water and dry before refilling with fresh sauce.

### Ham

Ham contains salty juices. If cheese drops in the ham bucket, do not use that cheese. It will be unusable because of the salty juices. Watch for a greenish tint to ham, a bloated air-tight bag, or a strange or unpleasant odor. Discard all such ham as it has spoiled and may be dangerous.

Get proper food credits from your supplier and change your inventory rotation strategy. Ham will dry out if it sits out uncovered for too long. Use a plastic or metal cover designed for the ham container.

### Sausage

All sausage shipped to Blackjack Pizza stores is pre-cooked because it is less likely to spoil during normal periods of use than fresh sausage.  You should never order more sausage than you expect to use within seven days.

### Beef

All beef shipped to Blackjack Pizza stores is pre-cooked because it is less likely to spoil during normal periods of use than fresh beef.  You should never order more beef than you expect to use within seven days.

©2015 Blackjack Pizza Enterprises LLC V2 0415

### Fresh Produce

Fresh produce includes mushrooms, green peppers, and onions. Quality varies by season and geographic source. We insist on the highest quality produce. These products look better and last significantly longer.

#### Mushrooms

Mushrooms should be medium in size and very white inside. Avoid all mushrooms that have begun to turn brown. If mushrooms become dark-colored or slimy, discard them. Be sure to accept only fresh, white mushrooms from the vendor.

#### Green Peppers

Green peppers should be firm without any soft spots, which can be a source of mold. Green peppers lose their dark green color as they age and turn yellow or orange. Discard these peppers because they will begin to taste moldy. Also watch for greenish liquid pooling at the bottom of the makeline bin. This is a sign the peppers are bad and should be discarded.

#### Onions

Use any size of yellow or white onions. Avoid old, bruised, split or cracked onions. Look for a white interior when sliced regardless of whether they are yellow or white onions. As onions age, they become dehydrated and should be discarded.

### Canned Fruits and Vegetables

Blackjack Pizza also uses a variety of canned toppings. Follow the guidelines below to help ensure these items stay as fresh as possible.

#### Green Olives

Keep green olives in a plastic covered tub under the makeline or in the walk-in cooler.

#### Black Olives

Keep black olives in a plastic covered tub under the makeline or in the walk-in cooler.

#### Green Chilies

Store green chilies under the makeline in a plastic, covered tub.

#### Anchovies

Discard any bulging or damaged cans or cans that appear discolored or otherwise abnormal. Keep anchovies in a plastic covered tub under the makeline or in the walk-in cooler.

©2015 Blackjack Pizza Enterprises LLC V2 0415

### Pineapple

Yeast and molds love sweet pineapple, and they grow rapidly once the can has been opened. This results in rapid fermentation which produces a yeasty or moldy aroma. The color will change from bright yellow to a pale white shade. Discard such pineapple immediately. Wash out the container with hot, soapy water and dry thoroughly before adding new pineapple. Never add new pineapple to spoiled or yeasty-smelling pineapple, as the batch will spoil quickly.

## Producing the Pizza

The procedures you follow to produce a pizza depend on the type of pizza you are making. Round pizzas require one procedure while square pizzas require a different procedure. Following are both procedures.

### Round

To make a round Blackjack pizza, the following items are needed:

- Pizza screen of appropriate size
- Flour/Cornmeal in bin
- Docker
- Spoodle

#### Working the Dough

Transforming a ball of dough into the proper shape for pizza requires a series of five steps. They are as follows:



1. Remove the dough ball from dough tray.
   a. Sometimes during the proofing process, dough balls will touch each other and must be cut apart. Use the dough scraper to cut cleanly between the dough balls. If you are not careful, you will cut off small amounts of dough balls on either side of the one you are removing. The result is “tails," which detract from the smooth, round appearance of the pizza. They are also more likely to burn during cooking.



   b. Push down on the dough scraper so the blade is flexing slightly.
   c. Push the flexed scraper approximately 1/3 of the way under the dough patty.




©2015 Blackjack Pizza Enterprises LLC V2 0415



BLACKJACK000193

d. Lift the loosened patty with your free hand.




e. Continue pushing the scraper under the dough patty until it is released from the tray.




f. Remove the dough ball from the tray

2. Generously flour/cornmeal both sides of the dough ball, and then place the dough skin side up on the table.




3. Finger dock the dough ball. The object of docking (pressing) the dough ball is to form an edge on the pizza, eliminate bubbles, and to flatten the ball somewhat.




   a. Begin pressing about ½" to 1" from the outer edge of the dough ball. Start on the far side of the dough ball and press away from you.
   b. Move along the sides, pressing toward the outer edge.
   c. Finish by pressing toward you on the side closest to you.
4. Mechanically dock the dough.
5. Slap the dough.

**Using a Mechanical Docker**



- Docking helps prevent bubbles in cold dough, and makes it easier to stretch or slap the dough. As a rule, the colder the dough, the more docking is needed. Use a circular motion, never a straight back and forth motion. (A back and forth motion will result in a thin center and no edge.)
- Start each circular motion in from the outer ring of dough. This will create the proper edge on the dough.

Do not use the docker on the center of the dough other than a single light strike, if at all. Repeat the procedure on the other side of dough. Beware of too much docking. This will create a pizza that is too thin.

Do not use a rolling pin or a sheeter to flatten the dough.

### Slapping the Dough

After docking, the dough is transformed through a series of hand movements commonly known as "slapping". While it certainly looks like slapping, this series of movements is misnamed. More accurately, slapping the dough is the process of stretching the ball into the proper shape and size for making a pizza.



1. Pick up the dough with one hand. Throw the pressed dough against your other hand. Use wrist motion at this time in order to turn the dough one-quarter turn.
2. Repeat Step 1 three times. After slapping the dough back and forth four times,.

When properly executed, and when using properly proofed dough, the dough should reach the appropriate size after four turns. In less than ideal conditions, you may need to slap the dough fewer or more times."

### Saucing the Pizza





1. Using a spoodle, place sauce in the middle of the pizza. (See the portion chart for the correct amount of sauce to use based on the size pizza).
2. Move the spoodle in a circular motion making larger circles with each round until the sauce is evenly distributed. Do not push down; let the spoodle float over the surface to avoid creating bald spots.
3. Sauce should be distributed up to within 3/4" of the edge.
4. Your goal is to evenly spread sauce with no ridges or bald spots.



### Cheesing

Because cheese is the most expensive ingredient per portion on a pizza, you should always weigh cheese to make sure you are using the correct amount. You want to make sure you are giving customers everything they are paying for while also controlling food cost.



1. Using both hands, scoop the proper amount of cheese out of the bin. (See the portion chart for the correct amount of cheese needed.) Always use a scale when measuring cheese.
2. Drizzle cheese over pizza until the entire pizza is covered evenly.

©2015 Blackjack Pizza Enterprises LLC V2 0415

### Itemizing the Pizza



Itemizing the pizza is the process of adding the toppings to the unbaked pizza. Slide the pizza down the makeline until positioned in front of the appropriate topping(s). Topping distribution is very important. Each slice of pizza should have equal amounts of each topping. Additionally, do not "center-load" the pizza (i.e., concentrate the toppings in the center of the pizza). Spread items evenly out to the edge of the pizza with less concentration of items in the center of the pizza.

The portion of toppings each pizza should have depends on the size and style of pizza (e.g., round or square), as well as, the number of toppings. Refer to the portion charts that are posted above the makeline for the correct portions for each pizza.

## Square

The technique used to make the square pan pizza is just as important as making the dough. We must make sure we are preparing this product to the proper specifications so the customer gets a consistent product no matter which Blackjack Pizza store they visit.

### Dough



Before you sauce the square pan pizza, you must first make sure there are no large air pockets in the dough. This is done by gently patting the top of the dough. Do not press the dough down; make sure you use a gentle tap. If you press the dough down, you will not get the proper rise during the bake.



If there is a large air pocket, lift up the corner of the dough to let the air escape.

©2015 Blackjack Pizza Enterprises LLC V2 0415

**Saucing**

Place the proper amount of sauce on the dough in lines according to the size you are making. Each spoon of sauce should be well-rounded.



**Square Sauce Portions**

| Size | No. of Spoons and Lines | No. of Ounces |
|---|---|---|
| Small | 1 | 3 |
| Large | 2 | 6 |

Spread the sauce evenly across the entire surface of the dough. Use the tip of the spoon to spread sauce into the corners. It is very important that the sauce gets into the corners so that they are not dry. Leave a ½" to ¾" border around the sides.



**Cheesing**

Because cheese is the most expensive ingredient per portion on a pizza, you should always weigh cheese to make sure you are using the correct amount. You want to make sure you are giving customers everything they are paying for while also controlling food cost.

Cheese portions vary depending on the number of items on the pizza. Check the customer's order closely for the number of toppings requested, and portion the cheese appropriately according to the portion chart.

Customers love the edges of the square pan pizza because of the unique crust that is formed when the cheese bakes along the edge of the pan. This is what helps give the square pan pizza the texture and crunch. Consequently, it's crucial that cheese is distributed all the way to the edge of the pizza.

When cheesing the square pan pizza, you must cheese the edges and corners first. This is very important because there is no crust on the square pan pizza, the cheese will bake against the pan and this forms the crunchy edge of the pizza.



After the edges and corners are cheesed, spread the remaining cheese evenly across the entire pizza, making sure not to leave any bare spots.



©2015 Blackjack Pizza Enterprises LLC V2 0415



BLACKJACK000197

**Pepperoni Placement**

Pepperoni placement is important to the overall look and consistency of the product. Follow these placement guides.

Small





Large





**Toppings**



As with all pizzas, you never want to center-load a pizza. All toppings should be spread evenly across the entire surface of the square pan pizza, up to and including the edges and corners. This helps make sure that each bite the customer takes has some of each topping. The average person eats a piece of square pan pizza in six bites.

©2015 Blackjack Pizza Enterprises LLC V2 0415

**Order of Itemization**

1. Flat Meats
    a. Pepperoni
    b. Ham
2. Fresh vegetables
    a. Mushrooms
    b. Green Peppers
    c. Onions
3. Bulky Meats
    a. Italian Sausage
    b. Ground Beef
    c. Bacon
    d. Chicken
4. Other
    a. Tomatoes
    b. Olives
    c. Pineapple
    d. Pepper Rings
    e. Jalapenos
    f. Anchovies

Refer to your Portion Charts for the proper portion of each item.

Ideally, you will have one person on the makeline make sure the pizza is correct before it goes into the oven. This could help avoid many mistakes.

## Troubleshooting

When pizzas have been mismade, this may result in having to remake the pizza, which will result in longer delivery times and higher food costs. This section provides some tips for dealing with mismade pizzas that may help food costs under control while keeping a satisfied customer.

If the pizza that was made:

- Was too big, call the customer and tell them you'll be sending a larger pizza at no extra charge.
- Was too small, call the customer, let them know what happened, and apologize. Tell them you will make the correct size and send both pizzas to them for the same price. You may, instead, choose to send the smaller pizza out as a "good will" gesture to local police, fire department, or a hospital emergency room.
- Was the wrong crust style, call the customer, let them know what happened, and apologize. Ask them how they would like the problem solved. They may choose to wait so you can remake the pizza, or they may be unable to wait and ask for a discount or a credit for their next order. Remember our Mission Statement: "To attract and keep very satisfied customers, who order often, and recommend us to their friends!" Customers understand that mistakes happen. ***How you handle*** the mistake will likely determine whether you keep that customer.
- Was missing an item, how you handle the problem depends on what topping was missing and what toppings are already on the pizza. If the pizza was lacking:
    - one or more of the following: mushrooms, black or green olives, jalapenos, pineapple, green chilies, add the item to the pizza after baking and slide the pizza back in the oven for one minute. (Slide pizza back into oven 1/5th from the outside of conveyor to get one minute of baking.)
    - onions, green peppers, pepperoni, Canadian bacon, or extra cheese, you must remake the pizza.
    - beef or sausage, put the meat on a screen and put in the oven so it cooks three 3 minutes, and then add it to the pizza.
    - Any toppings and it has extra cheese on it, you must remake the pizza.
- Has the wrong items, you must remake the pizza. Do not remove the items and replace with others. Not only will the flavor remain in the pizza, but some customers may be allergic to the items that were removed and any trace of them could cause serious health issues.

To help avoid many of these problems, have the last person on the makeline check every pizza before it goes into the oven.

©2015 Blackjack Pizza Enterprises LLC V2 0415

# Management

## Cost Controls – Food

The proper way to control food cost is to start by making make sure your ideal food cost is set up correctly in the computer. Depending on your product mix, ideal food cost can vary up to 4% daily. Your actual food cost goal should not be a static (fixed) percentage, but rather to be within 1% of ideal.

Why shoot for a goal that may not be correct? Repetition is an effective way to learn how to run correct food cost. You must know what the correct portions are.

Weigh pies! If you and all your pizzamakers weigh pies daily, you'll develop the correct feel for proper food costs per your portion chart.

It is impossible to run proper food costs without closely watching your cheese usage. If you're too light, you'll have a dissatisfied customer. If you're too heavy, profit suffers. To run cheese costs correctly you need to develop good habits, such as starting every inside shift with weighing five pizzas.

Often, a store that is running high cheese costs is also running high sauce costs. When there's too much sauce, the pizza looks like there's not enough cheese. Weighing sauce and cheese at the beginning of every shift, and leaving a correctly portioned pizza on the counter as an example to look at may help reduce this problem. Remakes raise food costs.

## Additional suggestions

1. Assign a key person to be the only person to cheese, and remind them they are accountable for cheese cost that night.
2. Take a cheese inventory between the day and closing shift, and have the closing manager take responsibility for cheese cost from 4 PM until close.
3. Opening managers verify cheese inventory from night before.
4. Keep your eyes open for theft.
5. Buy sauce spoodles in the correct portion weights.
6. Remakes raise food costs. Assign a key person to load pies, checking every one for accuracy. They should be the only person to clear pies off the computer.
7. Oven tender needs to give inside crew constant feedback.
8. Keep topping bins empty by cleaning them throughout the shift, or using toppings on house specials.

©2015 Blackjack Pizza Enterprises LLC V2 0415

## Cost Controls – Labor

It is generally more difficult to run good labor than good food cost. The difficulty lies in predicting sales for the upcoming week and scheduling to efficiently handle those sales.

- Was your projection correct? If not, why?
- Did the weather change?
- Are students on spring break?
- Did you forget about that mailer hitting Tuesday?

These and other challenges keep the best of managers on their toes. However, you can run great labor at almost any sales volume by doing three things well:

1. Hiring quality people to adequately staff your store
2. Scheduling effectively
3. Managing the schedule

Without efficient scheduling, even the highest volume stores can lose money. Scheduling should involve the following steps:

- Daily Delivery Report: Records the previous four weeks' pie half-hours, averages those pie hours, and projects man-hours. (The Revention computer system provides scheduling assistance.)
- Schedule Request: Records when employees are available. These should be posted at least one week in advance.
- Schedule: Employees are scheduled based on where the store needs them (Daily Delivery Report) and when they are available (schedule request).

### Daily Delivery Report

The Daily Delivery Report calculates projected sales information based on actual pie counts and delivery orders for the past four weeks. The report groups this information in half-hour increments and calculates the average. It uses this figure as the projected item and delivery order counts for each half-hour of the current day. The calculation assumes that one insider can handle 15 items per hour and one driver can deliver—on the average—four orders per hour.

©2015 Blackjack Pizza Enterprises LLC V2 0415

**Why half hours?**

Most managers would think projecting pie hours would be good enough. While pie hour projections may be better than none, our lives in the evening are scheduled by half hours (television schedules). Many stores see their rushes hit at 5:30. Think about our example:

Your store on Tuesday does 30 pies from 5:00pm to 5:30pm, and 90 pies from 5:30pm to 6:00pm. *(120 pie hour)* If your store schedules insiders at **15** pies per **hour**, you would schedule eight (8) people there for the hour, wasting labor the first half, and getting behind the second half.

By projecting by the half-hour, you will schedule four (4) insiders from 5:00pm to 5:30pm. This is based on the fact you will do **30** pies for that half-hour *(one (1) insider needed for every 7.5 pies per half hour)*. You will need **12** insiders from 5:30pm to 6:00pm. Labor dollars are the same, service is better, the customer is happier, and store is cleaner.

## Creating your Schedule

You will create your schedule in the Revention computer system. You will need next week's schedule requests and the Daily Delivery Reports for each day of the week.

***You must abide by all state and federal requirements in all employee areas including breaks, lunches, etc.***

Go into the Employee Schedule module of your Revention computer system and enter your projected schedule for that week.

- Scheduling is typically designed on a Monday through Sunday basis. We recommend doing next week's schedule Thursday afternoon, so you can concentrate on customers through the busy weekend.
- Team members need to fill out their schedule requests by Wednesday night.
- When reviewing your projections, notice any irregular peaks and valleys in previous weeks' pie or delivery order counts. You may want to disregard—or adjust accordingly for— those anomalies if circumstances like sporting events, weather, marketing, community events or other occasions may have affected business.
- It's important to trust the projected staffing levels your Daily Delivery Report calculates. For example, if you always have five drivers working on Monday night, but the report indicates you only need four, schedule four. It's possible that you can still provide great service with fewer team members ***and*** run better labor.
- After filling in all needed shifts, review the schedule, totaling the number of insiders and drivers for the rush each day and writing it at the bottom.
- Have another manager or assistant manager review the schedule before posting. Are all open and closing shifts covered, both inside and driving?

©2015 Blackjack Pizza Enterprises LLC V2 0415

Run the Weekly Summary Report (located in the *Management > Employee Schedule* module of your Revention system) to make sure your projected labor percent is within your labor goal. If not, review your Daily Delivery Report to see where you might have overscheduled.

## Managing Labor

As you come in to run your shift each day, run the Daily Delivery Report. Review projected labor dollars and labor percentage for that day.

### Comparing Projections to Actual Counts

The computer makes it easy for the manager in charge to check on the actual pies being produced that day. The manager can then compare actual sales volumes to projections and react if they are different. For example, if the system projected higher volumes that you're experiencing, you may want to let team members go earlier than scheduled. If actual volumes are higher than projected, you may need to keep team members longer or even call in extra help.

## Computer Reporting—Key Management Reports

### Caller ID Log

Use the Caller ID Log to monitor whether calls that were made to the store resulted in orders. This report can be helpful when investigating internal theft and/or complaints that the store is not operating during the posted store hours.

### Out the Door *(OTD)* Time Report

This report allows you to monitor adherence to rack time policy. It lists orders which were marked late. Usually an "**out the door time"** of 25 minutes is used to determine whether an order is late or not.

For each order, the OTD Report shows the order number, driver number, customer phone number and name. It also shows when the order was taken, when it was dispatched and when the driver was checked in. Finally, you'll see the total production time, the total dispatch time and the dollar amount for each order.

This report may be used to:

- Identify potentially disgruntled customers due to poor service.
- Indicate operations problems (production) if orders are consistently getting out the door late.

### Adjustment Detail Report

This report shows all orders that have been price-adjusted. Review this report regularly to make sure all discounts have been authorized.

©2015 Blackjack Pizza Enterprises LLC V2 0415

**Payroll Summary Report**

This report shows the times and hours each employee has worked each day during a specified week. It also shows totals for regular, over-time and double-time hours, the pay rate, driver commission, in-store bonus and amount paid.

This report will help resolve any problems which may arise concerning time worked by any employee. It is usually run on a payroll period basis also. It is a summary report as opposed to the detail you get from the daily report.

**Daily Operations Report**

This report will summarize the activities for your store for the entire day. Areas covered in this report include the sales recap compared to last week, daily count of pizzas, daily count of other ordered items and royalty sales by day for current and last week.

This report will give you a consolidated picture of the overall performance of your store on a daily basis. It can be run monthly on a consolidated basis. This is a report that shows a summary of your daily deposits.

**No Sale Report**

The No Sale Report displays each time the cash drawer was opened without a corresponding transaction. This report may be helpful when investigating internal theft.

**Time Clock Edit Report**

The Time Clock Edit Report displays changes to team members' clock-in and clock-out times. This report may be helpful when investigating internal theft or other manipulation of team members' hours.

**Inventory Usage Report**

This report lists all of the inventory items in your system and shows how much of each you have used that day. You will see such information as beginning quantity, quantity delivered, ending quantity, daily use, ideal use, and daily cost.

Before running the report, make sure your ending inventory, any deliveries, and any transferred items were entered into the system.

©2015 Blackjack Pizza Enterprises LLC V2 0415

## Inside Operation Efficiency

Inside operation efficiency translates into speed. If our operation is efficient, it is not necessary for a driver to speed to get the order to the customer on time. The goal for inside efficiency is as follows:

- The order should be taken within one minute.
- The pizza should be made within two minutes.
- The pizza should be baked within seven minutes (for a hand-tossed pizza).

Through inside efficiency, we should be able to put our driver out the door in 10-12 minutes with a hot, fresh, custom-made product.

Important: Not only is it unnecessary for drivers to speed, it is prohibited! There is no greater priority than that of your team members. Additionally, we spend hundreds of thousands of dollars a year in advertising to create a positive image in our communities. All of that money is wasted if a driver is seen driving recklessly.

To handle a rush with efficient labor cost, it is necessary to have well-trained insiders. The store manager must monitor four key areas:

- Quality
- Speed
- Cleanliness
- Courtesy

### Quality

The first and most important point is to make the pizza correctly. The key components of a well-made pizza are:

- Well prepped dough that is round and has even thickness throughout the pie.
- Even application of sauce in the correct portion.
- Right amounts of cheese and requested toppings.

Our goal is not only to deliver a great tasting pizza but also one that has attractive eye appeal. To look good the pie must be made neatly with the toppings distributed evenly and more toward the outside of the pie. We ***insist*** that our pizzas look good as well as taste great.

### Speed

The first priority in making pizzas is to do it right; the second priority is to do it in a timely manner. In other words, do it right and do it right quickly. The key to making a pizza quickly is repetition. As in any skill, improvement comes with practice and guidance.

©2015 Blackjack Pizza Enterprises LLC V2 0415

The first task insiders learn is to take orders. The manager will instruct the new team member how to take an order correctly. Once the insider knows the correct procedure for taking an order, it is just a matter of doing it repeatedly. The manager needs to continuously monitor the progress of the trainee. The insider's ultimate goal is to take an order in 45 seconds or less.

Working on the makeline will be the next learning process for an inside worker. There are several different tasks which they will be trained to do on the make line. They are as follows:

- Docking and slapping dough
- Saucing the pies
- Topping the pies

As with the order taking process, repetition and management supervision are the keys to learning to do the tasks correctly and quickly. Our goal is to get the pizza into the oven at four minutes or less.

**Cleanliness**

Cleanliness should be paramount in every facet of business in a Blackjack pizza store. Insiders must be especially diligent in this area since the customer can see a great deal of what they do. Think "clean!"

**Courtesy**

At Blackjack Pizza, we pride ourselves in putting out a high quality product in great volume. Putting out 150-200 pie hours takes a great deal of intensity. It is essential that all Blackjack employees treat each other and our customers with dignity and respect. Under the pressure of "the rush," insiders need to be even more aware of treating each other with courtesy. The insiders are part of a high-energy team that cannot function without the proper etiquette.

It will take approximately 3 months for an insider to get up-to-speed. Each shift during that time should show improvement and progress. Management needs to recognize improvement and communicate it to the employee.

With the proper attention given to quality, speed, cleanliness and courtesy, inside operations will operate with very high efficiency.

©2015 Blackjack Pizza Enterprises LLC V2 0415

Some suggestions to improve inside efficiency:

- Strive for 45-second order taking times
- Strive for 2-3 minute loads (pies into oven)
- Two tray times
- Weekly contests for fastest large pepperoni (quality 9 or better)
- Create a fun, upbeat atmosphere where no-one is standing, they quickly “slide” to the next pie
- Coach crew in beginning of rush to create intensity
- Call out load times
- Call Out-the-door times
- Call out delivery (or in-the-door) times
- Have runs bagged and ready for next driver when caught up
- Have dough for rush pulled and up front to eliminate going to walk-in during rush

Constantly critique store as an efficiency expert. What are we doing during the rush that could have been done earlier or more efficiently?

©2015 Blackjack Pizza Enterprises LLC V2 0415

## Manager Responsibilities

The day manager has three primary responsibilities:

1. Open store and set up for business
2. Handle day business
3. Prepare store for rush

### Opening Manager Checklist

To complete the above stated responsibilities of the opening manager he/she must go through the following checklist:

- ❑ Uniform on and ready.
- ❑ Initialize computer system in office.
- ❑ Clock yourself in.
- ❑ Turn on all lights, computer screens, oven, oven vent, heat rack, open sign, makeline computer, swamp cooler, and air conditioner.
- ❑ Check image of all day insiders and clock in.
- ❑ Check image of all day drivers, give bank and clock in.
- ❑ Stock makeline with all toppings.
- ❑ Turn on and fill crock pot with pizza sauce for cheesebread sticks.
- ❑ Bring dough up front from walk-in.
- ❑ Make pizzas when needed striving for appropriate load times.
- ❑ Figure dough for that days prep.
- ❑ Pull dough out that needs to be proofed that day, night and next morning.
- ❑ Stock up all items needed for that day's rush in makeline cooler and reach in cooler.
- ❑ Help with prep when possible.
- ❑ Make sure all prep is finished including dough, sauce, onions, green peppers, mushrooms, tomatoes, green chilies, cheesebread seasonings.
- ❑ Make sure you have enough of all products in the store.
- ❑ Enough boxes folded and topped for the night shift.
- ❑ Enough salads made for night shift.
- ❑ Stay on top of dishes and taking out the trash (3-4 times).

### Drivers Non-driving Responsibilities

1. Take out trash
2. Make salads
3. Fold and top boxes
4. Stock soft drink cooker
5. Fill Ranch sauce containers
6. Take orders

©2015 Blackjack Pizza Enterprises LLC V2 0415

## Pre-rush Preparation (PRP)

PRP refers to the tasks to be completed before the rush in order for the evening to go well. This is the direct responsibility of the opening manager.

These tasks need to be completed during the day. If day shift is exceptionally busy, and day manager realizes prep won't get completed before rush, they may want to call another team member in early to assist.

## Manager's Walk

The "rush" is usually a make-or-break time of the day for any pizza store. There are any number of problems that can happen during the rush to make it less than what it should be. A strong closing manager will anticipate these problems and solve them before they occur. The closing manager will do this by conducting a **"**Manager's Walk**"** before the rush begins.

The "Manager's Walk" basically entails confirming the checklist of the opening manager has been completed satisfactorily. It's important to concentrate on anything that has to do with pre-rush preparation. Key elements are as follows:

- Schedule yourself to do it properly and have time to correct any potential problems. Since the rush will normally start between 5:00pm and 5:30pm you should start the walk at 4:00pm.
- One way to envision all the different aspects to check before the rush is to imagine an order being placed for one of everything. Take the order preparation through every step, starting at the bottom of the product. What' involved? Box, dough, sauce, cheese, and toppings on a pizza for every size. Then focus on our other products. For example, on salads, again, starting at the bottom and working your way up, you need a container, salad, toppings, dressings, lid, and bag.
- Compare your schedule to the day's Daily Delivery Report to set your expectations for the night's business. Do you have enough people? Has anyone called in sick? Has their shift been covered? Solve staffing problems for the night immediately.
- Do you have enough of each size dough for the night? Is it proofed? Is it in the proper place?
- Do you have enough sauce for the night? Is it in the proper place, with a spoodle and a spare?
- Do you have enough cheese thawed, and in the proper place?
- You need toppings. same questions
- You need to bake the pizza. Check ovens and temp. (Turn on second oven?)
- You need to pull and cut the pizza. Are the peel and cutter on the cut table?
- You need to box the pizza. Do you have enough boxes of every size. Do they have box toppers? Do you have enough labels in printer, and back-up box of labels in position?
- You need sauces for cheesebread and wings. Are there enough and are they in the proper places?

©2015 Blackjack Pizza Enterprises LLC V2 0415

- You need to put pizzas on the rack. Are the hot plates on?
- Each driver needs a bank before going out. Check till to make sure there are enough banks for every driver, plus two.

Once you are in the habit of doing an intense manager's walk, it should not take more than 15 minutes. The closing manager needs to take a critical eye as to whether or not that store is perfectly prepared to handle that night's rush. The opening manager's goal should be that the closing manager will find nothing wrong!

After you have completed all the aspects of the Manager's walk, look over each driver before giving them a bank and inside personnel before they get on the floor to make sure they meet Blackjack Pizza image standards. By completing an effective Manager's Walk you will not only instill confidence in yourself but also in your staff that the store is totally prepared to handle that night business.

©2015 Blackjack Pizza Enterprises LLC V2 0415

## Closing Manager Procedures

The night manager has four primary responsibilities:

1. Check PRP and handle rush
2. Handle night business
3. Prepare store for next day's business
4. Close store

### Closing Manager Checklist

To complete the above stated responsibilities of the closing manager he/she must go through the following checklist:

- ❑ Clock yourself in.
- ❑ Confer with day manager on any problems that need your attention.
- ❑ Conduct cash balance procedures with day manager.
- ❑ Check image of all night insiders and clock in.
- ❑ Check image of all night drivers, give bank and clock in.
- ❑ Do Manager's Walk checklist.
- ❑ Handle rush.
- ❑ Manage night business.
- ❑ As business slows, send team members home.
- ❑ Make sure all pizzas are out of oven and turn off oven.
- ❑ Take all money into office, sort it, and put away.
- ❑ Count your end of night inventory.

a) Enter into the computer.
b) Print the Daily Inventory Report for total inventory
c) Check percentages and make sure the count was correct.

- ❑ Upstack dough so next day's dough can fit in walk-in.
- ❑ Check out all drivers so you control all of store's money.
- ❑ Make sure everyone is clocked out.
- ❑ Adjust closing team members' hours to add the time they need to finish cleaning, and then print the Payroll Summary Report. Team members must be paid for all hours worked.
- ❑ Run the Daily Performance Report. This report displays sales, labor, and deposit information, number of orders, and discount information including adjustments, voids, edits and coupons.
- ❑ Double check money in till for the next day. For example:
    - $100.00 ones
    - $100.00 fives
    - $300.00 banks
    - $100.00 twenty breaks
    - $100.00 change

©2015 Blackjack Pizza Enterprises LLC V2 0415

- Complete daily paperwork
    - Make sure all cash paid out receipts are entered into the system.
    - Count all money after till is set.
    - Prepare deposit and record it in the computer system.
    - Run Close Day.
- Turn off calculator.
- Make sure drivers have completed all of their closing duties.
- Confirm all hours worked were paid. If closing duties took longer than expected, make sure team members' hours get corrected on their next shift.
- Lock safe and cash drawer.
- Lock all doors and turn off lights.
- Make deposit following proper deposit procedures.

©2015 Blackjack Pizza Enterprises LLC V2 0415

# Marketing

The Blackjack Pizza Mission Statement is "To attract and keep very satisfied customers, who order often, and recommend us to their friends!"

To help accomplish this mission, it's important to keep in mind that all the marketing you do at your store is useless if the customer is not serviced properly when they call in an order. Great customer service is always your most potent marketing tool.

## Philosophy

The Blackjack marketing philosophy centers around aggressive direct mail done on a consistent and relentless basis by both the individual store and by the franchisor. Our objective is to keep in direct contact with our customers on such a regular basis that Blackjack will be first and foremost on their minds when it comes to ordering pizza. Whenever possible, we backup our mailing program with name / brand awareness building via TV, radio, and internet advertising.

## Marketing Goals

Through the execution of our marketing plan, we strive to achieve three main goals:

1. Increase our average ticket
2. Increase our customers' ordering frequency
3. Get more customers

## Store Marketing

### 1. Increase our Average Ticket

The most powerful technique you can use to increase your dollars per order is suggestive selling. Suggestive selling can substantially increase your bottom line and it costs you nothing to do it. If a customer orders a medium pepperoni pizza for $5.99, and the food cost is $1.50, the gross profit is $4.49. By adding, just a few extra sales dollars to this order, you can see what a significant impact it has on the bottom line (with no advertising expense).

| | Sale Price | Food Cost | Gross Profit |
|---|---|---|---|
| 12" pepperoni | 5.99 | 2.00 | 3.99 |
| 12" P and extra cheese | 6.99 | 2.50 | 4.49 |
| 12" P and cheesebread @ $4.99 | 10.98 | 3.75 | 7.23 |
| 2 12" P (2nd $5 more) | 10.99 | 4.00 | 6.99 |
| 2 12" P and 6 soft drinks @ $1.29 | 18.73 | 8.14 | 10.59 |

©2015 Blackjack Pizza Enterprises LLC V2 0415

For example:

| | |
|---|---|
| Store X had 1300 orders last week | 1300 |
| Up-sell an additional 50% of orders | X 50% |
| | 650 orders up sold |

Average up sell was for $3
650 x $3.00 = $1950
$ 1950 in additional sales in one week!
\- 40% food cost
$1,170 additional profit in 1 week!

**Suggestive Selling Tips**

- Go in logical progression and mix it up.
- After taking the pizza order, suggest getting the second. "How about a second medium pepperoni? It's only $5.00 more."
- After reviewing the order, ask "Would you like any wings, salads or cheesebread to go with that?"
- Before you close out the screen and give the customer the price, suggest drinks. "We carry Pepsi products, do you need any drinks?"

**Other Helpful Tips**

- Have phone specials posted so your team members know what to offer.
- Make sure all team members who take orders are trained extensively (through role-playing etc.) in suggestive selling.
- Have team member incentive programs. For example: Give a monthly or weekly bonus to the team member who takes the most orders for cheesebread. You can be assured all customers will be asked if they would like to add them to the order. Note that your Revention system can easily track specific items sold, which will make these contest results readily available.

Be aware that it is also very effective to do suggestive selling on your coupon offerings. Encourage your customers to purchase additional products in any coupon you put out.

©2015 Blackjack Pizza Enterprises LLC V2 0415

**2. Increase our Customers' Ordering Frequency**

This is the area most seldom thought of when thinking of increasing sales. Here's an illustration of order frequency.

Assumptions:
Store 0001 averages $15,000 a week with an average price per order of $18.00.

The average customer orders from them every 21 days. What would happen to weekly sales if the average customer began ordering every 14 days?

15,000 /$18 = 833 orders per week
X 3 weeks (21 days)
2,499 customers

If those 2,499 customers ordered every two weeks
X $18 average price per order
$44,982 sales in two weeks = $22,491 per week!

*$22,491*
*- $15,000*
*$7,491 sales increase per week!*

The way we do this is to stay in contact with our customer base better than our competitors. This is our customer base and we must nurture and grow it with relentless enthusiasm, value, and service to everyone on our customer mailing list.

**3. Get More Customers**

Your business must continue to grow in order to survive, and every good marketing plan includes tools for reaching new customers. Keep in mind that these new customers are your only chance to make a great first impression. It's crucial that you provide a great product, excellent service, and present an impeccable image in order to turn them into loyal customers.

## Store Marketing Plan

Marketing your store is usually your third largest store expense behind food and labor. To spend this money as efficiently as possible, it is imperative to have a comprehensive, well thought out plan. One of the difficulties of effective marketing is the amount of planning it takes. The Blackjack store Marketing Plan revolves around one-week increments.

Consistency is the key to an effective store-marketing program. Through consistency—by marketing every week—we will help our customer base develop a new habit, so when it's time to order pizza, they order from Blackjack. This results in more consistent sales from week to week, which helps in projecting food usage, dough prep, staffing, and scheduling.

©2015 Blackjack Pizza Enterprises LLC V2 0415

Elements for a successful store-marketing program include the following:

**Mega Sheets**

Mega Sheets are a prospecting tool intended to attract new customers. They are an over-sized, stand-alone piece that gets inserted into the Valassis Wrap, which is then delivered to residents via USPS. Delivery usually occurs on Tuesday or Wednesday. In most markets, Mega Sheets can be sent out weekly; in remote markets, delivery may only be once per month.

In addition to scheduled Corporate Drops, you can set up additional drops on the "off-weeks". You can look at the various zones that are available to mail in your area and select as many or as few as you wish, up to the number of pieces you want to drop or dollars you want to spend. Zones cannot be split; most zones include approximately 3,000 to 5,000 addresses. Most stores drop around 10,000 pieces per week in the zones nearest to their stores. The cost is approximately 5.5 cents each, or $550.00 for 10,000 pieces.

There is a 50,000-piece print minimum for Mega Sheets. Each month, several stores group together on the same ad to meet the print minimum, so that they do not each have to commit to 50,000 pieces. If you do your own ad, you can spread out the 50,000 pieces over as many weeks as you need and would only be billed when they go out, not all at once.

After the ad drops, you will be sent an invoice and payment will be taken via EFT (Electronic Funds Transfer) from Askar Management Group.

**Box toppers on every box**

Each 12", 14" and 16" pizza box that leaves the store should be topped with a coupon that contains several buying options for your customer's next pizza experience. What better way to communicate with your customer than to give them a good reason to order from you in the future as you're delivering their current order to them. Make sure your box toppers reflect great values. The approximate cost is $25.00 per month.

**Late Card**

Mail a $2.00 off coupon to any customer whose order left the store 25 minutes or later from the time it was ordered (from the previous week's business). These late cards should be mailed out each Saturday so they reach the customer by Monday. Not only will this make the customer feel we value their business, but it will help boost sales on Monday and Tuesday, which are typically the slowest business days.

©2015 Blackjack Pizza Enterprises LLC V2 0415

### Weekly Computer Database Mailings

Weekly computer database mailings are to be done weekly and should reach about 25% of your active customer base. (We consider active customers those who have ordered within the past 90 days.) This will result in your entire area being mailed every month. By mailing only 25% of these active customers at a time, it will allow your operation to handle the increased business while providing better service. It's best to design these mailings to reach the customers late in the week to help fuel the weekend's business. This program assumes your existing customer database has approximately 4,000 addresses. To be effective you want to be sending out about 1,000 pieces per week.

### Sample Plan for New Stores

When opening a new store, you have three objectives for your marketing plan:

- Start the telephone ringing.
- Start the cash flowing.
- Grow into the business as your crew gains experience.

You won't have existing customers to market to immediately, but you can take advantage of other marketing tools. Follow the plan below for the first month you're open. After that, implement the tactics listed in the section that begins on page 3.

1. With your landlord's approval, use one of the corporate A-frame trailers to draw attention to your new location.
2. Mega Sheets are the foundation of our marketing efforts. For the first month you're open, mail to 15,000 addresses. The approximate cost will be $825 per week.
3. Computer database mailings. In your second week, do a database mailing of all customers who ordered the previous week. Continue this pattern until you have four week of sales.
4. Mail your late cards each Saturday morning. This will not only help increase customer ordering frequency but also go a long way in soothing customer relations (approximate cost: $20/week).
5. Make sure all 12", 14" and 16" pizza boxes are topped with your coupon specials. These will have a tremendous effect on maintaining and improving customer order frequency**.**

## Evaluating the Results

Review your coupon report for the past month. When evaluating which offers worked best, keep in mind that you have probably sent out many more coupons of one offer than another. If a coupon is new, it is not necessarily bad if the response is less than a coupon you have run for two years.

©2015 Blackjack Pizza Enterprises LLC V2 0415

## Micro-manage the Marketing

Whether you are a new or existing store, you will need to micro-manage the marketing of your store. As an owner/operator, you need to be acutely aware of the conditions and factors which surround your store. Some of these factors may be:

- Weather conditions
- Unexpected sickness of a manager
- Unusual employee absences

For example:

- You may want to cancel a mailing if it appears the weather is not going to be favorable when the mailing is scheduled to hit the marketplace or vice versa.
- If a manager has a problem where he cannot work a weekend due to illness, it could adversely affect the ability of the store to service that mailing properly.

By staying in touch with your business and the conditions around it, you can out-maneuver your competitors and make your marketing as efficient as possible. Remember most of our national competitors lock into large mailings several months ahead of time and do not manage their business in this manner. By micro-managing your marketing, you create a distinct advantage for your store.

## Franchise Marketing

Although the majority of your marketing and advertising dollars will be spent on your individual store marketing, each area will also do corporate or franchise marketing as a group. These programs will vary by geographic area and will need to be approved by corporate in Denver. Franchise marketing will always be used as a complement to, not a substitute for, your individual store marketing.

Elements of any Area Marketing Program may include the following:

- Direct Mail / Mass Marketing Print
- Television / Radio

### Direct Mail / Mass Marketing Print

This medium will be used to market to a wide, non-targeted audience. This will be done by using direct mail companies such as Valassis, Money Mailer, Val-Pak, or the local newspaper. Usually this print will cover the entire marketing area. This marketing vehicle has been our most used and most effective for the following reasons:

- It provides wide market coverage.
- The cost per piece sent out is very affordable.
- It can be cut out and saved, which is very important.
- It gives us flexibility in ad sizes for varying ad budgets.
- It usually provides for a quick response.

©2015 Blackjack Pizza Enterprises LLC V2 0415

### Television / Radio

Where the print media gives immediate response to the store, the impact of electronic media such as television and radio is usually more subtle. Although the electronic media may be used for "price and item advertising", it usually is most effective when used for "institutional advertising". This type of advertising contains the following:

- Ads that show and tell about the product, the company, company personnel or high levels of customer satisfaction.
- This type of advertising *(institutional)* is designed to give our customer a good impression of Blackjack Pizza as opposed to telling them they can buy a one topping, medium pizza this week for $5.99. *(price and item)*
- Institutional advertising compares Blackjack favorably with our national competitors. *(Dominos, Papa John's etc.)*

## Print Advertising Requirements

In order to maintain a consistently high quality image throughout the Blackjack Pizza franchise system, the following are required:

- All flyers, newspaper ads, newsletters, and any other printed material ***must*** be approved by the franchisor prior to actual printing and distribution.
- The Blackjack Pizza logo ***must*** be displayed on all print.
- All print should be in our two colors.
- Only the following slogans and logos shall be used until franchisor adds or discontinues their use, and will have the ™ symbol next to them.
    - (Logo)(Double Up)
    - "Better Pizza, Better Price"
    - "The Unbeatable Deal"
- The accepted font style is Quorum. If that is not possible, the alternative is Helvetica.
- PMS #185 is the approved red color.
- The approved sizes are 10" (small), 12" (medium), 14" (large), and 16" extra-large) pizzas.
- In order to eliminate confusion in the Blackjack Pizza franchise system, new coinage of specials ***must*** be approved by the franchisor. The accepted names for specials are:
    - "Good Deal" (POGMS)
    - "Full House" (PHSB, and extra cheese)
    - "Natural" (OGMR, and extra cheese)
    - "Jackpot" (POGHMSRLB, and extra cheese)
    - "Hawaiian" (HYC)
- All Blackjack stores are required to adhere to the Golden Rule of coupons: Honor all Blackjack coupons presented to you regardless of what store they were issued at. It looks bad when Blackjack does not accept a Blackjack coupon.

©2015 Blackjack Pizza Enterprises LLC V2 0415

### Coupon Offers

When you run coupon offers in your area consider the following elements:

- Price
- Size
- Number of pizzas
- Number of toppings
- Additional products (Soft drinks, salads, cheese bread).
- Gross profit per order and food cost percentage. (Use the most recent cost per portion chart to assist you in evaluating these two factors).

Other elements which should be included:

- Free delivery, phone number, expiration date or limited time offer.
- Disclaimer copy, "May not be used with any other coupon or offer," "Additional toppings extra," "Prices do not include tax."
- Coupons should be located at the edge of the paper for easy removal.
- You should be willing to accept a coupon that has a high food cost if the gross profit per order is high enough.

For example, a Family Pak offer with a $24.99 price point had a food cost of $10.00 per order, which runs food at 40%. However, when considering that the gross profit is $15.00, the store may want to run that offer every week! At the other extreme, a $5.99 medium one topping pizza with a food cost of $2.00 may only run 33%, but with a gross profit of only $4.00 may not be as attractive as offers with a higher food cost percentage.

## Customer Relations

Imagine this: You come home from work and you're not in a good mood. Nothing has gone right. Traffic was jammed for an hour on the highway. The kids are screaming and yelling. You have an incredible headache, and you really don't feel like cooking. You decide you would like to be pampered a little so you order a Blackjack Pizza. In cases like this, all the customer cares about is getting a friendly, knowledgeable person to take his or her order, and to get a hot pizza delivered quickly by a courteous driver. The customer doesn't care if you're having dough problems or team member problems. Treat his or her order like it's the only pizza we've made that day.

You wouldn't want someone being rude to you when you expect to be pampered, would you? The rule to always remember about customer relations is that the customer wants to be treated as you would like to be treated.

Every encounter with each customer is going to be different. Don't try to win an argument because you will end up losing the customer. Additionally, each customer lost (assuming an average order of once a week X $18.00 per order) means a loss of over $900.00 a year, plus the negative word-of-mouth that accompanies it.

©2015 Blackjack Pizza Enterprises LLC V2 0415

**What does the customer expect from the phone person?**

- The phone answered promptly.
- A courteous greeting. If placed on hold, they expect someone to get back to them in a few seconds.
- A professional attitude. It's very disturbing to hear giggling, loud music, yelling, swearing, etc., in the background. They want to be assured their order is being taken seriously.
- They want to feel they matter, that their patronage matters, their money matters, and that they are special because they can go somewhere else.
- They want to know that if there is a problem, someone is going to be responsive to them and help them.

**What does the customer expect from the driver?**

- The first thing the customer notices when he or she opens the door is the driver's appearance. They expect them to have a clean uniform that doesn't have sauce, flour, car grease, or body odor. Driver's hair should be clean and neat, and the driver should be clean shaven. Their hands and nails must be free of any dirt or grime.
- They expect the driver to be friendly and polite.
- They expect to be given the correct change.
- Lastly, they want to be thanked for their order and they don't want the driver to speed away.

**What do customers expect from a Blackjack pizza?**

- The first impression is the visual appearance of the pizza.
  - It should be golden in color—not too dark and not too light.
  - The pizza should be symmetrical in shape with no ugly bubbles. It should fit the box and be neither too big nor too small.
  - It should have a nice, even lip around the edge, and not look like a football stadium (thin in the middle and a huge outer lip).
- The taste of it should always be the same whether it came from the Greeley Colorado store or another franchise location. Whether it was ordered at 11:00 a.m. or 5:00 p.m. That's why the dough has to be at least 48 hours old but not older than 96 hours (four days). The sauce has to be at least eight hours old and no older than 96 hours. The toppings must be fresh.
- Customers expect the pizza to be hot.
- They expect the dough to be thoroughly cooked. Raw dough can ruin the entire pizza.
- They obviously expect no foreign objects in their pizza such as hair, bugs, and bones.

©2015 Blackjack Pizza Enterprises LLC V2 0415

### Handling Customer Complaints

If the customer calls to complain about something, they are likely to be angry given the expectations customers have about our products. They are probably disappointed with our service and feel the need to point out the specific problems they had with someone of authority.
It's the job of the phone person to politely ask them to hold and hand the call over to the manager in charge. It's the manager's job to see that the problem is resolved.

Be glad they are calling you to let you know there is a problem you may not be aware of. There may be many customers with the same complaint, but they won't let you know—they just won't ever order again. Sometimes we learn more from our "failures" than from our successes and take the opportunity to do a better job.

If the customer is angry, do not take it as a personal attack. They are angry because their expectations have not been met for whatever reason. They are not angry with you personally. Assure them you want to do whatever it takes to make them happy.

Try to remain objective and don't get emotional. Assume they have a legitimate complaint. Get their name, address, phone number, time pizza was ordered and what the problem was. Ask them what you can do to make things right for them. Send them a new pizza, a refund, or coupon good for a discount.

You may find that after you look up the order, occasionally it will be someone trying to get a free pizza, especially if they said they ordered the day before, or week before, and you can find no order.

Be sure to follow through if it is a legitimate complaint. Send the free pizza out immediately or the coupon out that day.

#### Product Liability

If a customer calls claiming illness or something in the pizza caused damage (chipped tooth), refer these problems to the franchisee. This would be a product liability problem, which is covered by our insurance.

©2015 Blackjack Pizza Enterprises LLC V2 0415

The following steps must be taken:

1. Find out exactly what caused the problem (a foreign object in the pizza, etc.).
2. Get the customer's name, address, phone number, when the customer ordered and what kind of pizza he or she ordered.
3. Apologize for the inconvenience and offer the customer a free pizza or a refund.
4. Obtain the object from the customer, if possible.
5. Tell the customer, "I'm sorry to hear you had a problem with your order. The owner will be getting in touch with you." ***Do not*** offer opinions, advice, etc., and ***do not*** admit fault/guilt.
6. Take the report seriously. Investigate the issue until you are satisfied there is no threat to other customers.
7. Call the corporate office or owner with the information. You have done all you can to this point. Assure the customer we will take care of it. Refer any future calls regarding this complaint to the owner. If you continue to have problems with the customer, contact the supervisor or the corporate office.

### Customer Reassurance

If a customer calls the store concerned about the possibility of food poisoning such as botulism, immediately reassure them that the chances are nearly impossible because the pizzas are cooked at approximately 500° for five to eight minutes. This should be sufficient to inactivate any toxin present. As policy, no products should be used that are abnormal in odor, color or textures to further reduce any chances of food poisoning.

If the customer persists with a complaint of this type, follow the Product Liability guidelines, above.

### Careless Driving Complaints

The manager will handle all customer complaints.

Our drivers are representing Blackjack Pizza, and if someone is causing harm to the public, immediate action should be taken to discipline the driver.

1. Gather all the information you can: color and make of car, area in which the car was seen, and the offense.
2. Get the caller's name and phone number, if possible.
3. Thank them for calling and assure them corrective action will be taken.

If the driver can be identified, the complaint should be discussed with him or her in private. If the offense is such that it causes a negative impression of Blackjack Pizza, a written warning should be issued and/or the driver placed inside to work. If the offense is considered careless driving, such as running a red light, speeding, improper lane usage, etc., the driver should be disciplined immediately.

©2015 Blackjack Pizza Enterprises LLC V2 0415

# Cleaning and Maintenance

## Washing, Rinsing, Sanitizing

To ensure a healthy product, it is necessary to keep your store clean and bacteria-free as much as possible. Proper cleaning procedures are imperative if this is to be a reality.

Washing, rinsing and sanitizing are the three steps which make up your basic cleaning process. All Blackjack stores have three-compartment sinks, which will accommodate these steps.

1. First compartment – Washing
2. Second compartment – Rinsing
3. Third compartment – Sanitizing



It is important to note that the cleaning procedure is for naught if the three-compartment sink is not thoroughly cleaned before going through the process.

Your local health department can supply you with all cleaning requirements in your area. Make sure your store complies with all of their requirements.

### Washing

Washing using water and a cleansing agent removes dirt.

- Scrape item you will be washing of any excess particles.
- Use hot water (120 degrees) and detergent to wash with.
- Change water when it becomes cool, dirty, or bubbles disappear.

### Rinsing

Use clean water to remove soap from washing.

- Put hot water (120 degrees) in second compartment.
- Run washed product through rinse water.
- Change rinse water when it is dirty, soapy, or cool.

### Sanitizing

Process of removing bacteria:

- Items must be thoroughly cleaned before being sanitized.
- Sanitizing reduces the chance of food contamination.
- Any food surface (utensil, counter, equipment etc.) after cleaning must be sanitized.
- Sanitizing solutions are made from Chlorine or Quaternary Ammonium Chloride concentrates.

Check local health department specifications for dilution requirements.

©2015 Blackjack Pizza Enterprises LLC V2 0415

### Sanitizing Procedures

There are two basic procedures used to sanitize different surfaces in your store:

1. Immersion Method
2. Spray Method

#### Immersion Method

1. Prepare solution (according to health department specs) in third compartment of sink.
2. Wash all items as described earlier.
3. Rinse all items as described earlier.
4. Submerge all items for at least one minute (or health department and manufacturer specs if different) in the sanitizing compartment.
5. Remove items and allow to dry.
6. Change solution when gets dirty, soapy or cool.

#### Spray Method

1. Prepare solution according to manufacturer and health department requirements.
2. Spray surfaces to be sanitized after they have been cleaned.
3. Let dry.

## Cleaning Products

Following are the cleaning products Blackjack Pizza recommends for each of its stores:

- Bleach
- Orange Pro Equipment Cleaner: a ready-to-use degreaser
- Ready-to-use Glass Spray and Light Duty Cleaner
- Spic & Span Floor Cleaner
- PFG Antiseptic Lotion Soap: a general purpose antiseptic lotion soap

©2015 Blackjack Pizza Enterprises LLC V2 0415

## Safety Data Sheets (SDS)

According to the U.S. Federal Occupation Safety and Health Administration (OSHA), you are required by law to keep Safety Data Sheets (SDS) (formerly known as MSDS—Material Safety Data Sheets) on any commercial cleaning product used in your stores. Safety Data Sheets contain the following:

- Product identification
- Hazard identification
- Composition / Information on ingredients
- First-aid measures
- Fire-fighting measures
- Handling and Storage
- Exposure controls / Personal protection
- Physical and chemical properties
- Stability and reactivity
- Toxicological information
- Ecological information
- Disposal considerations
- Transport information
- Regulator information
- Other information

With this information, your employees will be able to provide specific information to emergency service personnel should an emergency occur. Keep your SDS information in the store and train your personnel where it is located. It is usually best to keep it in a convenient place in the office or near the chemical storage area in your store.

## General Cautions

It is imperative that all precautions are taken when dealing with cleaning materials and chemical products. You should store all products in their original containers.

If it is necessary to store any products outside of their original containers—such as spray bottles—make sure they are labeled professionally with all appropriate information including:

- Brand name of product
- Type of product
- Safety cautions
- Dilution formula (if appropriate)
- Emergency procedures

©2015 Blackjack Pizza Enterprises LLC V2 0415

**Best Practices**

- All employees must be trained in the proper use of all cleaning supplies.
- Store all cleaning materials in one location, away from any food items.
- Never mix chemicals.
- Use separate cleaning tools for different jobs. For example, counters should not be cleaned with a towel which was used to clean the restroom. Cleaning tools should never be mixed with sanitizing tools.
- Check with your local health department for local regulations.

## Other OSHA Requirements

It's important that you review OSHA employer requirements and make sure you're in compliance, such as with a hazard communication program.

You may find the following resources helpful as you research your area's requirements.

- OSHA Small Business Handbook (OSHA 2209-02R 2005) https://www.osha.gov/Publications/smallbusiness/small-business.pdf
- Hazard Communication – Small Entity Compliance Guide for Employers that use Hazardous Chemicals (OSHA 3695-03) https://www.osha.gov/Publications/OSHA3695.pdf

## In Store Cleanliness

In store cleanliness is crucial to the overall development of your Blackjack Pizza store. Keeping your store clean has as much to do with attitude as anything else. It is necessary to communicate to your employees exactly what you expect from them in this area.

Due to the scope of the cleaning job in a store, it is best to break it down into major areas. These are as follows:

1. Customer area
2. Driver area
3. Computers and phone area
4. Makeline area
5. Routing and ovens
6. Office
7. Sink area
8. Bathroom
9. Walk-in
10. Prep area

©2015 Blackjack Pizza Enterprises LLC V2 0415

## Chore Charts and Assigning Tasks

In order to help maintain a clean store, we recommend you follow a weekly cleaning schedule. The sample Chore Chart, displayed below, shows how your day and night shifts might focus on different areas of the store on different days of the week. (Refer to the Monthly Store Inspection form on page 7 of this module for a breakdown of tasks.)

Notice that Friday and Saturday are not on this chart. On those busiest days of the week, it's crucial that you focus on preparing your store for, and handling, the rush.

| Sample "weekly shift" Chore Chart | | | | | |
|---|---|---|---|---|---|
| | Mon. | Tues. | Wed. | Thurs. | Sun. |
| Day Shift (11-5) | Customer Area | Computers Phones | Routing & Ovens | Office | Prep Area |
| Night (5-11) | Driver Area | Make-line Area | Bathrooms | Sink Area | Walk-in Cooler |

From this type of shift chart, the manager would assign tasks to team members on a daily basis. It is important to verify that the work has been done. Certain tasks must be done on a daily basis while others need to have more specific time frames. An example of this would be cleaning the inside of the ovens. Blackjack Pizza recommends you clean the inside of your ovens a minimum of every six months.

## Nightly Cleaning (Checklist)

At store closing, inside personnel and closing drivers perform the following clean-up duties.

### Break down the make-line

1. Remove all food items from the top bins and place in clean storage container.
2. Place lids securely on each container.
3. Store in walk-in or refrigerated areas.
4. Wash bins in three-compartment sink using sanitizing detergent substances complying with local health Department regulations.

### Clean dough table

1. Place covered dough trays in walk-in.
2. Cover sauce container and place in walk-in.

©2015 Blackjack Pizza Enterprises LLC V2 0415

### Miscellaneous

1. Remove utensils from cut table. Wash in three-compartment sink (as above). Air dry.
2. Remove oven "catch pans" and wash in triple sink. Air dry.
3. Wipe down all surfaces of make-line, cut table, oven and dough table with bar towel soaked in sanitizer. Wipe all crumbs, cheese, etc., into trash can. Allow surfaces to air dry.
4. Wipe down all phone counters, soft drink coolers, ice machines and any remaining prep tables/counters with a clean wet rag using sanitizer.
5. Sweep all storage areas. Be sure to sweep under dunnage racks and all equipment.
6. Remove all trash and place in in-store trash can.
7. Wipe down walls around pizza making area using Health Department approved cleaning agents.
8. Sweep the entire pizza making area and any remaining areas *(except sink area)* in the store. Place debris in in-store trash can.
9. When all dishes are washed, drain the sinks and sweep up the sink area.
10. Remove in-store trash and place in dumpster.

SAFETY FIRST

Night removal of trash may be dangerous in certain areas. Use caution. Use at least two people to remove trash in dangerous areas, or leave trash in the in-store container and take out to dumpster in the morning.

### Bathroom cleaning

1. Wipe down sink and toilet using Heath Department approved cleaning agents.
2. Sweep floor.

### Walk-in

1. Sweep out the walk-in area.
2. Clean any soiled storage shelves.

### Mop all floors

1. "Wet Mop." Wring mop lightly after soaking in Health Department-approved solution. We recommend string mops.
2. Using mop, cover entire floor surface with thin layer of this solution and let sit.
3. "Dry Mop." Wring mop thoroughly. Scrub floor vigorously to remove dirt and excess water.



Wet floors are highly slippery and therefore dangerous. Use extreme caution when mopping

©2015 Blackjack Pizza Enterprises LLC V2 0415

# MONTHLY STORE INSPECTION

**CUSTOMER AREA**
OUTSIDE (3) ___
FLOORS (3) ___
BASEBOARDS (4) ___
WINDOWS (3) ___
FRONT COUNTERS (3) ___
SOFT DRINK MACHINE ___
COMMENTS____________________

**DRIVER AREA**
FLOORS (3) ___
BASEBOARDS (4) ___
BOX AREA (2) ___
SODA COOLER (4) ___
MAP WALL & AREA (4) ___
RACKS (3) ___
COMMENTS____________________

**COMPUTERS & PHONES AREA**
PHONES (3) ___
COMPUTERS (3) ___
SHELVES & COUNTERS (2) ___
COMMENTS_____________________

**MAKE AREA**
SCREEN SHELF (2) ___
COUNTERS (2) ___
WALLS (3) ___
MAKELINE-CONDENSER (5) ___
SINK, SOAP, TOWELS (4) ___
GARBAGE CAN (2) ___
FLOOR MATS (3) ___
COMMENTS______________________

**ROUTING AND OVENS**
OVEN GLASS (2) ___
OUTSIDE OVEN (3) ___
INSIDE OVEN (3) ___
HOOD & FILTERS (3) ___
CUT TABLE (4) ___
HOT RACK (3) ___
HOT BAGS (3) ___
COMMENTS______________________________________________________

**OFFICE**
DESK & PHONE (2) ___
FILES & PAPERWORK DONE (3) ___
WINDOW & SAFE (2) ___
FLOORS & BASEBOARDS (3) ___
WALLS & SHELVES (3) ___
COMMENTS_______________________________________________________

**SINK AREA**
THREE COMP. SINK (4) ___
VEGI SINK (3) ___
RACKS (5) ___
FLOOR DRAIN (2) ___
MOP SINK (3) ___
WALLS (4) ___
FLOORS (4) ___
BASEBOARDS (4) ___
COMMENTS_____________________

**BATHROOM**
WALLS & DOOR (3) ___
BASEBOARDS (4) ___
TOILET (3) ___
SINK & MIRROR (3) ___
FLOORS (3) ___
TOWELS & SHELF (3) ___
COMMENTS_____________________

**WALK-IN**
FLOORS (3) ___
INNER /OUTER WALLS (4) ___
RACKS ORGANIZED (3) ___
FOOD OFF FLOOR (2) ___
FAN COVER & LIGHT (2) ___
COMMENTS_____________________

**PREP AREA**
SLICER (3) ___
MIXER (3) ___
SCALES (3) ___
RACKS (3) ___
WALLS&BACK DOOR (3) ___
FLOORS (3) ___
BASEBOARDS (4) ___
GARBAGE CAN (2) ___
ROLLER (3) ___
COMMENTS_____________________

©2015 Blackjack Pizza Enterprises LLC V2 0415

## Store Exterior

In the quest to have a well-maintained interior, it is important not to forget the impression the exterior of your store can make on a customer. The exterior appearance of your store will many times determine whether a customer will even enter your store.

Think about the following exterior items:

- The sidewalk and parking lot should be checked daily to make sure there is no trash present. The parking lot should be hosed periodically.
- Keep landscaping attractive.
- Make sure building surfaces are kept in good repair. You may need to contact your landlord on items that are his or her responsibility.
- Your exterior signage should be cleaned at least once a year to keep it from getting a weather-worn look. Use all appropriate safety precautions when performing this task, such as using a sturdy ladder, etc.)

It does not take a tremendous amount of work to have the exterior portion of your store looking up-to-speed. Stay on top of it!

©2015 Blackjack Pizza Enterprises LLC V2 0415

# Human Resources

## Personnel

There is no concept, idea, or organization that can be successful without productive personnel. Similarly, our concept would not be viable without the proper hiring, training, and motivation of our personnel. One of our goals is to maximize our profitability. This can only be accomplished by the development of hard-working and self-disciplined personnel. People cannot be treated as cogs in the machinery of an organization. Instead, effective personnel management requires fairness, objectivity, and leadership. As managers, we must remember that our team members are a direct reflection of our company. Continued attention and emphasis on the creation of a genuine team spirit will generate the greatest personal rewards for you, as well as, material rewards for the company.

This section will review the basic principles relating to the effective management of your human resources. We will discuss the primary responsibilities necessary for the creation and maintenance of an effective and motivated team of employees.

Although the staffing and training of the store is the franchisee's responsibility, Blackjack Pizza has many resources to assist you in this task. Please feel free to contact the Blackjack Pizza office with any questions. We do suggest your personnel forms and procedures be reviewed by your legal representative.

## Hiring Procedures

The first step in the development of an effective team of employees is the use of proper hiring techniques. By utilizing effective hiring procedures, you will save many hours of unproductive time, turnover, and frustration in dealing with individuals who did not originally have the basic qualifications required. Also to be considered is the reality that the attitude you display during the initial selection process affects the team members' initial perceptions of Blackjack Pizza**,** and establishes the tone for their employment from that time forward. A sincere display of interest and a convincing, but realistic explanation of the position for which a potential team member is being interviewed, will set the stage for a meaningful and productive employer-employee relationship.

Compliance with Blackjack Pizza policies regarding job documentation (Applications, tests, reference checks, etc.), may help avoid problems later. By an in-depth look at the prospective team member at the time of the interview, you will later be able to evaluate and strengthen the team member's weaker skills.

You will need time well in advance of your Grand Opening to recruit, interview and hire the necessary personnel.

©2015 Blackjack Pizza Enterprises LLC V2 0415

Be aware of the state laws governing the pay and working conditions of your team members. You should be familiar with the rules that pertain to minimum wages, overtime restrictions, breaks, payment for meal times, payment of terminated personnel, working conditions and other related matters. You are also required to display certain posters in your store, such as those related to federal and state labor laws. For more information, contact your state's Department of Labor and Employment.

## Sources for Applicants

When considering possible sources for applicants, keep in mind the geographic location of the applicant in relation to your store. Long commutes for team members are often a cause of high turnover. Following are suggestions for recruitment.

### Referrals/Walk-ins

This is the most popular source of hiring among Blackjack Pizza franchisees.
Often, present team members will bring friends in to interview for jobs, or customers will be aware of sudden openings in your store and will offer their services. When a previous relationship is established and the potential team member has a basic knowledge and appreciation of your business, there is less chance of turnover.

### Window/Street Signs

Place a "Help wanted," "Now Hiring" or "Now Accepting Applications" sign in front of your window, on the front door, or on a professionally made street sign. Do not hand-write any of these signs as they portray an unprofessional image. When you state earnings potential for drivers on these signs, consider your minimum wage and the average amount of tips your drivers receive.

### Newspaper Ads

The classified section of the local paper can be a good source of employment. Since local newspapers are confined to the immediate area, and generally charge less for ad space, they are economical and will attract applicants within commuting distance of your store. Most of your advertising for team members will be for drivers. In composing your ad, there are several important steps that should be followed:

- Attract attention. There are a lot of ads competing for the reader's attention.
- Specify qualifications necessary to obtain position.
- Relate desirable aspects of the job.
- Mention the hours required for work.
- State when and where the applicants should apply and whom to contact.
- Because most advertising is for drivers, we recommend you place the ad in the section, "Drivers".
- Make the ad interesting.
- State the earnings potential.

©2015 Blackjack Pizza Enterprises LLC V2 0415

### Craig's List

Many people today use Craig's List (Craigslist.com) as their primary job search method, and prices are extremely reasonable.

### Schools

More and more high school and college students are seeking part-time work than ever before. Many schools are now providing free counseling and placement services. A phone call to your local school could be beneficial.

### State Agencies

Most states provide services that may prove helpful to you. One is the state's Department of Labor and Employment. In most states, this agency does not charge a fee and can usually provide qualified applicants.

### Employment Agencies

You may wish to consult a private placement agency for management and clerical positions. Some specialize in this type of employment, and utilizing their services may be worth the expense. Either the applicant or the employer may pay the fee involved. Proper arrangements should be made in advance of hiring an applicant referred by an agency.

### Help Wanted Boxtoppers

Every pizza that leaves your store is going to someone who is already familiar with and interested in your product. Use your boxtoppers to let your customers know you're looking for new team members.

## The Application

The application form you decide to use is very important—particularly in regard to discrimination.

### Screening Applications

Try to always have the application filled out in person. This will allow you to verify that the person applying for the job is the one actually filling out the application and give you a chance to develop some first impressions. Some initial questions you can ask about the person as they fill out the application are as follows:

- Does he or she have neat handwriting?
- Is he or she dressed neatly?
- Does he or she have a genuine smile?
- Is the application filled out in a complete manner?

©2015 Blackjack Pizza Enterprises LLC V2 0415

Check candidates to see if they are sociable, people-oriented, talkative, optimistic, quick-paced, action-oriented, helpful, genuine, cooperative, organized, systematic, and team players. People who have several of these traits usually do well in customer service type positions.
After you form your first impressions, write them down. Take a few minutes to write these down after the candidate leaves while your memory is fresh and so you do not confuse this person with others who will be applying in the future.

Review the application for the basics:

- Minimum age requirement
- Minimum age to be a driver or to operate prep equipment is 18 years old.
- Minimum age to work as an insider is 16 years old.

**Completeness of information:**

- Check telephone numbers for job history and references, social security number, address, etc.

**Applying for a driving position:**

- Make sure they attach a Motor Vehicle Report and Proof of Automobile Liability Insurance with the application.
- Verify that the M.V.R. you received is current (within the past 30 days).
- Verify that the M.V.R is for the applicant and not some other person.
- If there is a discrepancy in names, make sure to find out why, (nickname, etc.), and verify the person's citizenship and identity with a picture I.D.
- Check the applicant's driving record for acceptability
- Insurance company. Keep in mind, many insurers will only insure a driver if they meet their company guidelines.

**Stable job history:**

- Doesn't “job hop.” Relevant job experience, if required.

**Changing jobs:**

- Acceptable reasons for leaving previous jobs; is there a pattern indicating a problem?

**References:**

- Will applicant authorize you to contact previous employers? If not, why?
- Are telephone numbers listed for job and personal references?

©2015 Blackjack Pizza Enterprises LLC V2 0415

**Interviewing**

You are ready to start the interview process after you have accomplished the following:

- Gather personal and work history on each candidate.
- A completed application.
- Use first impressions on attitude, personal hygiene, and personality to help pre-screen applicants.

**When hiring you need to consider three key points:**

- The requirements of the job, both mental and physical.
- The number of employees required as determined by the cash flow of the business.
- If you plan on interviewing several candidates, try to schedule all of these over a short period. (1-3 days) You will be more consistent in your interviewing and each candidate will be fresher in your mind when it comes to the selection process.

**Preparing for the Interview Process**

Organize your interviewing process. Use your store as a staging area and organize the flow of applicants through your screening process. In preparing for your interview, consider the following:

- Select a place that will be quiet and free of distraction.
- Review the application and highlight any portion that was left unanswered.
- Identify areas on the application that need more clarification or detail.
- Be on time. This will show candidate your personal standards are high and that these standards will be expected of the applicant if hired for the job.
- Allow at least 30 minutes for each interview.
- Have a standard list of questions prepared before the interview. There should be a place to document candidates' answers on this same sheet along with a place for the candidates' name.
- Be prepared to talk about the wage structure for the job.
- Know the law. It is your responsibility to know the questions that you are not allowed to ask. (we will address this later in more detail)
- Have pen and paper available to make additional notes.

**Starting the Interview**

It's not a bad idea to start the interview with conversation unrelated to the job (such as a current event like a sporting event, etc.). After a few minutes of "breaking the ice," you can set the tone for the interview. It's usually best to state what you hope to accomplish during the interview, such as "We're going to be interviewing for inside workers today. I would like to see how your strengths will make us a better company in that area."

©2015 Blackjack Pizza Enterprises LLC V2 0415

**Interview Questions**

Ask questions that get the applicant talking about him or herself. This is the best way to evaluate the applicant. That's why it is best to ask open-ended questions such as:

- Tell me about yourself.
- How would you describe your personality?
- What did you like best about your last job?
- What did you like least?
- Why do you think you would like to work for us?
- What are you looking for in a job?
- What motivates you?
- How do you define cooperation?
- What are your strengths?
- What are your weaknesses?
- How will your strengths help you in this job?
- What goals have you set for yourself? Short and long term?
- How would you handle a customer who is rude or unreasonable?
- What kind of a reference would your previous employer give you?
- Who was the best supervisor you had in a job? Why?
- How would you feel about being in constant contact with the public?

**Tips during the Interview**

- Take plenty of notes.
- Do not make your notes on the application.
- The application is a legal document and anything written on it becomes part of that document and is admissible in a court of law.
- Be aware of personal hygiene issues.
- Make sure there is good communication on what hours you will need the candidate to work. (Weekends, night shifts etc.)
- Communicate the wage structure of the job.
- Make sure you get at least two references from the candidate.
- Ask each candidate essentially the same questions.
- Do not tell the candidate all there is to know about the job immediately. If the candidate knows all there is to know about the requirements of the job, he/she could tailor responses to that job. This may preclude you from getting an objective look at the candidate.
- Make sure you have the proper number where to reach the applicant.

©2015 Blackjack Pizza Enterprises LLC V2 0415

### Get the Candidate to Talk

- Generally, you would like the candidate to do about 80% of the talking. A good interviewer will always intently listen to the answer. Good listening by the interviewer will allow him or her to see how the candidate responds to questions, organizes thoughts, and how they speak.
- Always notice the body language of the candidate. (Are they relaxed, uptight, looking at the floor?) Make sure the candidate knows you are listening by using phrases like "I understand" or "I see".

### Questions Not to Ask

#### Sex

**No:** No questions pertaining to sex, sexual habits, women's rights, women's liberation, etc. are acceptable.
*Alternative: None*

#### Age

**No:** What is your age?
*Alternative: If hired, could you furnish proof of age?*

#### Physical Characteristics

**No:** What is your height? What is your weight?
*Alternative: The job requires you to lift 40lbs. Can you do that?*

#### Residence

**No:** Do you own or rent your home?
*Alternative: Where do you live? For how long?*

#### Criminal Record

**No:** Do you have a criminal record? Please explain.
*Alternative: Have you ever been convicted of a felony?*

#### Memberships

**No:** Do you belong to any clubs etc.?
*Alternative: None*

#### Marital Status

**No:** Any questions on marital status or plans, spouses name, number of or names of children, childcare arrangements, etc. are unacceptable.
*Alternative: None*

©2015 Blackjack Pizza Enterprises LLC V2 0415

**Medical History**

**No:** What is your medical history? Do you take any types of medication? Are you disabled in any way?
Alternative: Do you have any type of physical limitation that would preclude you from doing certain parts of the job and would require someone else to do them?

**Religion**

**No:** What is your religion?
*Alternative: None*

**Race**

**No:** What is your race?
*Alternative: None*

**National Origin**

**No:** What is your nationality?
*Alternative: None*

**Work Attendance**

**No:** Do you plan on having children?
Alternative: How much time have you taken off from work in the last year? How will this job affect your life style?

**Education**

**No:** Do you have a college degree?
You may only ask questions about a candidate's education if that level of education is necessary to do the job.

**Family/Relatives**

**No:** Do not ask for any address of a family member or relative of an adult applicant.
*Alternative: Whom can we contact in case of emergency?*

For the above questions, if there is no alternative question, be careful to totally stay away from that topic.

©2015 Blackjack Pizza Enterprises LLC V2 0415

### Telephone Reference Checks

Following up on references is as critical as any step in the hiring process.

- Introduce yourself: "Hello, my name is {name} and I am the {title} for the Blackjack Pizza in {location}. We are considering {applicant} for a position and they have listed you as a reference, and have given us permission to contact you. *"Do you have a moment to talk*?"
- If previous employer, verify position, dates employed, ending wage, reason for leaving. Finally, ask, "*Would you rehire this person*"? Ask for strengths and weaknesses, including the questions below, if possible.
- If personal reference, ask: "*How long have you known the person*? Are they reliable? A team leader? Energetic? Personable? Outgoing? Able to relate to customers?"
- Thank the person for their time, and their comments. In addition, make notes in the applicant's file.

### Communicate the Decision

If you are not interested in the applicant, thank them for their time, and explain that you are not able to offer them a job at this time, but that you will keep their application on file. You do not need to tell them why you aren't hiring them.

If you are interested in hiring the applicant after checking references, set a date and a time to complete the new-hire paperwork and payroll information. Establish a start date and time. Give the applicant the names of your restaurant's management team. If the candidate is there with you in person, congratulate him or her, and introduce the new hire to the team.

### Setting up Employee Files

As an employer, you must have team member files on everyone who works for your company. According to federal regulations, you must keep detailed records for each team member.

The following items should be retained in the team member file.

- Original application
- Original notes and checklist from interview.
- Signed form that team member received employee handbook.
- All emergency information.
- W-4 form (U.S.)
- Original reference checks.
- Verified social security number.
- Any testing done.
- On-going signed performance reviews.
- Any written warnings or commendations.
- M.V.R (Drivers only)
- Proof of auto insurance (Drivers only)
- Copy of current driver's license (Drivers only)
- Completed and initialed training checklist.
- I-9 form
- Any other required state or federal forms

## Setting up an Applicant Pool

Turnover is always a problem in our business. A great way to combat the turnover problem is to set up and maintain an effective applicant pool. The need for new team members can occur for different reasons. Some of which are:

- Busy season demands more help.
- Growth. Store does more volume and simply needs more personnel.
- Losing a team member.

Whatever the situation, having a large, convenient applicant pool will be a huge benefit to you and will save you a great deal of time in reacting to your staffing needs.

## Training

Once you have decided to hire a team member and have properly documented his or her employment (with the government and your personnel files), the formal training process must begin. You should note that training is an on-going function that continues as long as the employment relationship exists. Formal initial training, though, is necessary so that the team member understands not only the basic requirements of the position, but also what the company is trying to achieve.

The manager or owner should do training for drivers and insiders. To properly instruct, you must first know the responsibilities of all team member positions. This will give you the confidence to train effectively, and it reinforces the team member's respect for your skills and your knowledge of each position.

©2015 Blackjack Pizza Enterprises LLC V2 0415

A new team member has a large amount of information thrown at them in a short period while being trained. When implementing each section of the appropriate training checklist, make sure you are consistent in your training process. We suggest the following steps:

1. Explain
2. Demonstrate
3. Hands-on
4. Evaluate
5. Reinforce
6. Document

Blackjack Pizza has many training tools available. Your store will be more successful if you are using them. They include:

- Insider training checklist. Have new team member initial when he or she understands each section.*
- Driver training checklist. Have new team member initial when he or she understands each section.*
- "21 steps to Success": Management training program
- R & G: Review and Goal setting

*Training checklists should be placed in the team member's file after they have been completed.

Evaluation and goal setting programs are designed for managers, but can be very useful for all team members.

## Performance Reviews

One of the most important responsibilities of a manager is to let his or her team members know how they are doing their jobs. The desire to know "where you stand" in relation to expectations of your supervisor is universal. While this should be done from time to time on specific matters during the course of daily contacts, an excellent opportunity for a full discussion is presented in the interview after the formal performance appraisal. Performance reviews should be done on an annual or semi-annual basis.

©2015 Blackjack Pizza Enterprises LLC V2 0415

The real significance of such a program is not in the form itself or the way it is completed but rather in the quality of face-to-face discussions that follow. The interview is a time when confidence and commitment may be strengthened and poor performance or work habits can be identified and discussed. Discussing performance with your team members can result in other advantages as well:

- You clear the air by relieving the uncertainty and tension that people often feel when they are misinformed.
- You substitute for this the goodwill and understanding that comes from their feeling that you are genuinely interested in their progress and development. Your team member may examine his or her own performance more objectively and take the initiative to improve.
- When doing team member evaluations, use the official Blackjack evaluation forms for insiders, drivers and managers.
- In initiating discussions, your first objective is to minimize your subordinates' anxiety.
- Get the team member to relax to the extent he or she feels comfortable talking.
- Tell the team member your observations on his performance. Ask the team member what his or her feelings are on your evaluation.
- Concentrate on the most important areas of improvement.
- Avoid thinking in terms of "weaknesses," "faults" and "shortcomings". Talk more in terms of "areas of improvement".
- As much as possible concentrate on goal setting as opposed to dwelling on isolated incidents, nit-picking, or direct criticism. Criticism usually results in defensiveness, while mutual goal setting usually produces favorable results. By setting goals together with the team member, you help him or her take a more proactive part in improving his or her work performance.
- Ask team member where he or she feels improvement is needed.
- Have the team member explain how he or she thinks goals should be achieved.
- Ask the team member how you can help him or her do the job better.

At the conclusion of the appraisal, review agreed-upon points. Make concise notes of the entire review and put them into the team member's file. Keep current with your team member's progress until the next review.

## Managing

Managing your store includes the effective training and supervision of your team members, and proper record keeping. Formal training sessions will be an on-going process as new team members join your operation. The daily challenge of increasing sales and maximizing profit is the by-product of proper training. Positive attitudes, courtesy, and cheerfulness, by both management and crew, are essential to the success of our business.

©2015 Blackjack Pizza Enterprises LLC V2 0415

These characteristics do not happen by chance. They are the result of continuous leadership, supervision, and reinforcement. Managing your team members requires the delegation of responsibility, as well as specific, quantitative work assignments. Poor performance and morale are often the result of disorganization and a lack of authority. Timely reviews and evaluations are critically important in that they help all team members understand what is required of them.

Managing team members comes more naturally for some people than for others. Effective managers usually adhere to the following points:

- Lead by your own actions in all respects. Set the right example.
- Make it known in advance what you expect from your team members in terms of behavior and job performance.
- Show interest in your team members without getting "too close".
- Be consistent in your behavior so your team members know what to expect from you.
- Always be fair and consistent when it comes to the job, rules, discipline, and rewards.
- Be open to suggestions from team members when it comes to job-related items. This type of input can be valuable.
- Appreciate effort and praise accomplishment.
- Help your team members develop and improve skills, and teach them how to do their jobs better.
- Allow individuality in doing their jobs where you can as long as the quality of what we do is never compromised.
- Let them see that you can also do as well as manage. Join in and help when it is needed.

## Motivation

Almost everything a person does stems from an underlying motive or need. While the subject of motivation is complex, it is generally fair to conclude that a person motivated in a positive manner will do better than one motivated by negative reasons. A person who enjoys his or her job and seeks satisfaction by performing well will be far more productive than one who works hard because of fear of losing his job.

To do a good job of motivating your work force you need to know what is important to them. Many things work to motivate people. Sometimes the things that team members are motivated by are perceived differently by management. Be aware of what your team members are interested in and what motivates them.

©2015 Blackjack Pizza Enterprises LLC V2 0415

Following are a few examples:

- Fair pay
- Interesting work
- Recognition for work well done
- Job security
- Appreciation
- Good physical working conditions
- Advancement based on merit

Team members generally want to be treated with respect and as individuals while being part of a team. If they are treated as expendable items, your turnover will most likely be high. Stay in communication with your team members to keep in touch with what's important to them.

## Discipline and Discharge

The following are guidelines recommended by the Franchiser for use by the Franchisee within his or her store. The franchisee may wish to establish his or her own guidelines, but must always operate within state and federal guidelines.

Corrective actions taken by Blackjack Pizza should be administered in as uniform a fashion as practicable. Under some circumstances, where management deems appropriate, progressive disciplinary actions may be taken in this order:

- Verbal warning
- Written warning
- Termination

However, nothing in this policy prevents Blackjack Pizza, should the severity of the circumstances warrant, in management's opinion, from taking immediate action up to and including termination.

Following is a list of possible acts of misconduct, although it is not intended to cover every possible situation:

- Insubordination and/or refusal to do assigned work
- Using, being under the influence of any intoxicant, or having job performance affected by the apparent use of intoxicants *(alcohol, controlled substances, etc.)* on Blackjack Pizza property or time
- Possession of firearms or other weapons on company property, or company business
- An unsatisfactory record as to attendance, tardiness, and/or work output *(both quality and quantity)*
- Failure to comply with Blackjack Pizza health and safety rules
- Destruction of property
- Striking or threatening to strike any person on Blackjack Pizza property or while on company business
- Disturbing the work force and/or creating a disturbance

©2015 Blackjack Pizza Enterprises LLC V2 0415

- An off duty public offense which would reflect negatively on Blackjack Pizza
- Careless or reckless driving
- Verbal or sexual harassment of a customer or team member
- Giving false information in regard to hours worked, sick time, expenses, auto insurance, driver's license, etc.
- Falsifying employment application form or other Blackjack Pizza forms
- Stuffing coupons-replacing Blackjack Pizza money with a coupon and keeping the money
- Unauthorized appropriations from the company, a customer, or fellow team member
- Arguing with a customer
- Trading Blackjack Pizza property for personal gain
- Other acts in disregard of established Blackjack Pizza policies.

## Discipline

While the principles of motivation and positive reinforcement are extremely important, it is sometimes necessary to exercise discipline and control. This is an essential part of management.

In almost every facet of our operations, there are established policies and procedures. In certain cases, failure to adhere to these guidelines requires disciplinary action. Like everything else, there is a right and a wrong way to deal with these situations.

### Guidelines

- First and foremost, everyone should be treated equally.
- Discipline should be dealt with in a fair and equitable manner.
- You should never embarrass a team member in front of co-workers or customers.
- Disciplinary actions should be constructive. You want to help correct performance problems, not make them more severe.
- Discipline should be considered training geared toward developing self-control, character, and efficiency.

Proper disciplinary procedures will go a long way toward maintaining a high level of respect for the manager by team members. Occasionally, it will be necessary to terminate a team member because his or her performance is not in keeping with company standards. This should be done in a reasonable manner by demonstrating an objective and professional attitude.

Ultimately, good sense and reason are the main elements of a good employer-employee relationship. You must set the example with your conduct in order to gain support, respect, and responsiveness of your team. Treating others as you would like to be treated is basic toward motivation and a profitable, efficiently run operation. It is not enough to tell team members what to do or how they should act; you must show them as well by your actions.

©2015 Blackjack Pizza Enterprises LLC V2 0415

A high level of team member morale supported by sound knowledge of the operation will make your store a profitable and enjoyable place to work. Hopefully this will minimize the need for severe disciplinary action.

## Written Warnings

At times, it will be necessary to reprimand a team member. Always put such reprimands in writing. Using Blackjacks Pizza's "Employee Warning" form clearly document and date the problem you are experiencing with the team member. The team member should read and fully understand the warning. Have the team member sign the form. Place the signed document in the team member's file.

## Termination

**Voluntary:**

When a team member decides to terminate, he or she should give as much advance notice as possible. At least two weeks' notice is recommended so that a replacement may be obtained. As soon as the manager is advised of the team member's intended termination, the manager should conduct an exit interview. The purpose of this interview is as follows:

- To determine the team member's reason for resignation
- To discuss the team member's future plans
- To ask about any company policies or practices which might be improved
- To assure good relations by discussing the team member's service with the company
- To secure a short written letter of resignation if possible

**Involuntary:**

Among the many responsibilities of the owner/manager, and undoubtedly the least enjoyable, is the termination of an unsatisfactory team member. Termination is a last resort and should be undertaken only if:

- Verbal counseling and written reprimands have failed to effect improvement.
- An infraction has been committed that is so serious in nature it cannot be remedied.

When it becomes clear that an employee must be terminated:

- Inform the team member in a private interview.
- Give the explanation in a calm and decisive manner. Don't argue! Arguing can only serve to embitter the situation.
- Have the team member's final pay ready at the time of termination. In most states, this is mandatory.
- Recover any company property that the team member has in his or her possession.
- Place a written summary of the termination interview in the team member's personnel file as documentation for unemployment claims.

©2015 Blackjack Pizza Enterprises LLC V2 0415

## Sexual Harassment

Sexual harassment is illegal. It is defined as "unwelcome activity of a sexual nature". You need to know and comply with all laws in your area pertaining to this subject. Some examples where sexual conduct becomes a problem are as follows:

- When the conduct is offensive and creates a hostile and intimidating work environment.
- Employment decisions hinge on whether this conduct is accepted or rejected.
- This conduct on purpose or by effect has adverse effect on victim's job performance.
- It is the owner/management's responsibility to take all precautions to prevent this type of activity and to deal with it decisively if it does occur.

### Investigate

All complaints must be taken seriously and thoroughly investigated. Your investigation procedure should be in place and carried out the same for all complaints.

#### Suggested Steps

- Conduct an interview with the complainant and get all the details of who, what, when, why and where.
- Talk to the accused and relay the exact allegations being brought against him or her. Make it clear that you have not drawn any conclusions and that by law you are required to investigate this complaint.
- Interview all witnesses brought forward by both sides and collect all the facts you can. Statements of conclusion made by witnesses are not considered facts. Keep all facts confidential.
- Conduct all interviews face to face. It may be necessary to conduct more than one interview with certain witnesses.
- If you can't determine the truth after the investigation is done, you need to communicate this to the complainant. Tell that person you will reopen the investigation if new evidence is discovered.
- If it is shown that sexual harassment has occurred you need to act to eliminate the sexual harassment.

It is the owner's responsibility to follow up with the Equal Employment Opportunity Commission (EEOC). Initial corrective action is not enough. You must make sure sexual harassment does not reoccur and that the accused does not retaliate against the victim.

**Policy**

Each store should have a policy and it must be disclosed to each team member. We recommend you have each team member sign a document that states they have read and understand the policy. We further recommend that you review your store's policy with your legal advisor.

Items to review include:

- A statement that sexual harassment is illegal and prohibited, with an identification of the laws governing sexual harassment.
- Available contact information for the EEOC or your appropriate state agency for information concerning the laws.
- Consequences for sexual harassment. This should include disciplinary action from reprimand to termination.
- Definitions and examples of what is unacceptable.
- Effective complaint procedure to encourage victims to come forward.
- Assurance that complaints will be investigated in a timely and complete manner.
- Assurances that there will be no retaliation of any kind, towards the victim by the accused.
- Statement assuring all team members that any investigation will be kept totally confidential. Only those immediately involved in the case will have access to the information.
- Advisement to team members on phone number and address of the appropriate state agency that handles sexual harassment situations.

It is your responsibility, as an employer, to deal with this very serious matter effectively. For further information on this subject, please contact the EEOC or the corresponding state agency.

©2015 Blackjack Pizza Enterprises LLC V2 0415

## Job Descriptions

A job description is a formal statement of the essential functions, physical requirement, responsibilities, duties, and major tasks of a position. It is imperative that you have an accurate, current job description available at all times—one for each position within your organization. Of course, every store has Drivers and Phone Persons, and most have shift supervisors and/or managers.

Having a job description on file (we suggest a separate notebook in your office) at all times will clearly demonstrate to any candidate what qualifications are necessary for the job.

We suggest you use the job description during the interview when discussing with the candidate what, exactly, is involved in the position. Further, if you plan to promote any members of you staff, review the job description for the new position with the team member. This will help you make sure the person knows everything that will be involved in the job before going forward with it.

Since written job descriptions identify what exactly is required for the position, it will help you determine if the candidate is truly qualified for the position.

### Components

A job description should contain the following information:

- Date the job description was drafted (and with each subsequent update, place a new date accompanied by the word "revision" next to it, so you always know you're working with the most recent version)
- Title of the position
- List of job duties and responsibilities:
    - List these in order of importance, from most to least important.
    - Include a percentage of the total amount of time spent on each duty to give the reader an idea of how much of the total position depends on one particular activity.
    - List job-related skills and qualities needed for job.
- Conditions under which work is performed (some examples: late shift hours, split shifts)
- Physical requirement, if any, for the job (example: must be able to lift at least 30 lb. in the transport of food and supplies to work station)
- Supervisory responsibility, if any.
- Equipment operated (some examples: must use prep tools, must operate oven in the cooking of pizza etc., computer requirements)
- Minimum age, if required (particularly applicable for using certain equipment and for Drivers)
- Salaried / hourly position / Position supervisor

©2015 Blackjack Pizza Enterprises LLC V2 0415

### Phone Person Job Description

As the "Phone Person" at Blackjack Pizza you are the first contact with the customer. Your primary responsibility is to service the customers by taking their orders in a timely, accurate, and efficient manner. On occasion, it will be necessary to handle a call concerning a customer complaint. On these occasions, the phone person can have a dramatic effect on customer relations, depending on how the situation is handled.

Due to extensive contact with the customer it is extremely important that you are:

#### Polite

The basic rule in good business is that the customer is always right. This means you do everything you can to satisfy them, to take care of their order or complaint in a professional manner. Being discourteous or getting angry is never an option.

#### Professional

Always conduct yourself in a professional manner. There is never an excuse for "horsing around," eating food, yelling or swearing: especially when you are servicing a customer.

#### Knowledgeable

The customer expects you to know what you are doing, so learn the entire product, pricing, current coupon offerings, and store policies thoroughly.

#### Multi-line Phone System Literate

It will be necessary for you to know how to use a multi-line phone system.

#### Computer System Literate

All orders are taken on the stores' computer system. Order accuracy is critical since the order starts the "Blackjack Cycle", and all make-line functions are based off the order. Inaccurate orders lead to dissatisfied customers.

#### Delivery Area Literate

It will be necessary for the phone person to have a good working knowledge of the stores' delivery area.

#### Well Groomed and in Uniform

The phone person works in the front of the store where they are in light of the public. This makes it imperative (Along with overall store policy) that the phone persons' appearance is always perfect.

©2015 Blackjack Pizza Enterprises LLC V2 0415

## Phone Person Training

### Answering the Telephone

- Answer the phone in two rings or less when possible.
- Always answer: "Thank you for calling Blackjack Pizza, this is {your name}. May I have your phone number please?"

### Learn how to use a Multi-line Phone System:

- A slow blinking light is someone calling.
- A fast blinking light is someone on hold.
- When the line is lit, but not blinking, that line is being used. Be sure you do not pick up a line in use.

### Hold Button

Only use this hold button when there are not enough people in the store to answer all the calls.

Do not put someone on hold if here are other people around who can get the phone.

If you must put the customer on hold, ask "Could you please hold?" Wait for them to answer. Then press the "hold" button.

When returning to the line, always say, "Thank you for holding". If the customer was put on hold because no one was available to take the call immediately, say "I'm sorry to keep you waiting, this is (your name) may I have your phone number please?"

### Know the Delivery Area

Study the delivery map and learn the boundaries. Be familiar with the delivery zones and all major East-West and North-South streets. If you are not sure if an address is in the delivery area, ask the customer if he or she could please hold and ask the manager.

### Learn Product and Price information Thoroughly

You should have complete knowledge of sizes of pizzas, slices per size, toppings, cost for additional sauces and salad dressings etc. (Refer to product section of Operations Manual).

Be aware of all current coupon offerings, double prices, cost for additional toppings by size, and general pricing off the store price list.

©2015 Blackjack Pizza Enterprises LLC V2 0415

### Taking the Order

As stated earlier, the order is taken on the computer system.

Four key elements of ordertaking:

1. Take the order
2. Suggestive selling
3. Tell them the price, and thank them for their order.
4. Let customer know parameters of delivery time.

### Miscellaneous

If this is a carry-out order:

- Greet the customers who come into the store immediately.
- Ask them if they have already ordered by phone.
- If not, enter order in the computer designating it as “walk-in”.
- If they are waiting for their pizza in the lobby, put their order ahead of the others, so they won’t have to wait long.
- Tell them it will only take 10-15 minutes. If they called in the order, and can’t make it in 10-15 minutes, make it a timed order.
- Prices on menus & mailers do not include tax. Customers sometimes need to be reminded of this.
- If there is any problem or question you cannot answer, ask “*Could you please hold*?” Then ask the manager.

Remember that the customer is always right. They are the ones who pay you.

Eating or drinking is not permitted in the kitchen area or in the customer’s view. Smoking is not permitted in the store. Always wear a clean uniform and hat while working. Only black pants are allowed. In the summer, black shorts with a minimum of a 2” inseam are acceptable. If it is slow, keep busy. You will need to keep the counters and lobby area spotless, sweep the makeline area, help cooks if asked, fold boxes, re-stock makeline as necessary etc.

Absolutely no drugs or alcohol are allowed in the store. Use of them while working is grounds for immediate dismissal.

©2015 Blackjack Pizza Enterprises LLC V2 0415

## Confirmations

### Purpose

To confirm larger orders or any order that seems suspicious.

What to do:

1. Blackjack Pizza recommends that managers train all team members to call back and confirm all Jackpot orders, all anchovy orders, orders over four pizzas, and any order that appears suspicious for any reason.

   Always confirm the following:

   a) The items
   b) The size and number of pizzas
   c) The address

2. If the respondent says he or she didn't order, clear the order from the computer. If there is no answer or the line has been disconnected, hang up, and dial again to confirm. If there is still no answer or the line has been disconnected, follow the procedure in above.
3. If young people (giggling) call in a pizza order, call back to confirm. Ask if an adult is present. If you can confirm the order with an adult, send the order out. If not, it's the manager's discretion as to whether the order should be filled.
4. "Problem people/addresses". Over time you may be able to identify certain problem addresses: Bad check/forged check writers and "scammers" (people who don't pay).

   The following examples will help you deal with such people:

   **"I ordered my pizza two days ago, it wasn't any good, and I was told I would get a free pizza."**

   To handle this type of situation:
   - Turn this customer over to the manager in charge. The manager should explain Blackjack Pizza works on a coupon basis only, and that the customer should receive the coupon in the mail.
   - If the customer persists in arguing that Blackjack Pizza owes them a pizza, get the exact day and time of the original pizza order.
   - Confirm on the computer. If they ordered on the day and time as stated, give the customer the benefit of the doubt and send a second pizza. If not, explain nothing can be done without proof of the order.

**"There was (something) in my pizza".**

- If the claim is that there is a hair in the pizza, give the benefit of the doubt. Remake and send a second order. Be sure the customer understands that the driver will pick up the "bad" pizza and replace it with the new one. This is at the management's discretion.
- If the claim is a foreign object (bone, insect, tack, etc.), ask if the customer would like a second pizza. Again be sure the customer understands that the driver will pick up the "bad" pizza and replace it with the new one. However, if the customer is asking for reimbursement for dental or medical expenses, turn the claim over to the franchisee.

  ***Never*** make a claim about the object in the pizza such as, "we've had those problems before", or "that couldn't possibly happen". Rather, have the driver pick up the pizza (with object) and return it to the store. Have the customer deal with the main office or franchiser from that point on.

In either case, make sure the driver returns with the uneaten pizza.

**"It made me sick".**

- First, make no claims about the pizza.
- Ask for the customer's address, time and date of order and what was ordered. (What toppings were on the pizza)
- Look up the order in the computer to confirm.
- Turn complaint over to the franchisee. (Note: franchisee's insurance company must handle all such claims).

©2015 Blackjack Pizza Enterprises LLC V2 0415

## Pizzamaker Job Description

Pizzamakers are responsible to all store management and supervision. On a scheduled shift, they are ultimately responsible to the "Manager in Charge" and/or "Store Manager".

**Responsibilities:**

- Must show up for work on time and in uniform for scheduled shifts.
- Must know and abide by phone person job description.
- Must be proficient at taking orders
- Must learn boundaries of delivery area.
- Must be courteous and have an ability to work with customers and other employees.
- Must not be allergic or have reactions to any food items.
- Must abide by all Health Codes and company standards.
- Must know all item codes and box tag system.
- Must know how to itemize according to portions chart and do so consistently.
- Will look for other things to do when not making pizza:
- Restocking the make-line
- Cleaning
- Box topping
- Tagging boxes, etc.
- Ask manager in charge for direction when these things are done.
- Must know how to cut and box pizza when delegated by management.
- Responsible to know where all supplies are and correct sizes of dough.
- Must learn to slap and sauce dough according to company standards.
- Learn to cheese pizza correctly
- Learn to itemize pizza correctly (toppings)
- Must know how to count change back to a customer.

©2015 Blackjack Pizza Enterprises LLC V2 0415

## Driver Job Description

The goal of a Blackjack Pizza delivery driver is to deliver a hot, quality pizza to the customer as timely and safely as possible, by obeying all traffic laws and exercising courteous driving. A Blackjack Pizza driver must be the following:

### Well Groomed

Most customers only see the driver, so it is very important that you have a neat appearance. This means coming to work in a clean uniform, hair washed and combed, clean shaven, and smelling good.

### Professional Attitude

Always have a positive professional attitude. By having a positive attitude and thanking the customer for their order, you will help Blackjack Pizza develop a positive image with our customers. Always thank that customer for their business.

### Be Prompt

Report to work 10 minutes before your scheduled time to start. Have manager clock you in, get a "bank", put the car top sign on, and be ready to take a run.

### Age Requirement

Drivers must be at least 18 years old. No exceptions.

### Driving Qualifications

Drivers must submit an MVR before they are trained. No DUIs, careless driving, or DWAIs are allowed in the last three years due to our insurance requirements for non-owned auto-coverage. The driver must meet all current insurance requirements. (The employee is required to pay for the MVR.)

### Insurance Needs

Drivers must show proof of insurance before being hired, and willing to increase liability limit to the minimum required by the Franchisee. A copy of the driver's *current* insurance policy must be kept on file in the store.

### Know the Delivery Area

You can save time by knowing exactly where you are going before you leave the store. Study the map for the quickest and most expedient route. If it is an apartment or mobile home, check the apartment maps so you know where you are going.

©2015 Blackjack Pizza Enterprises LLC V2 0415

### Driver Priority List

Purpose: The driver priority list is a suggested list of duties for drivers to follow when they are not making deliveries. Use to train new drivers during slow periods. They are as follows:

1. Answer phones (at Blackjack Pizza we head for phones the moment the ring is heard and answer, with, "Thank you for calling Blackjack Pizza, this is (your name), may I have your phone number?")
2. Help all walk-in customers as they enter.
3. Make sure all box tags are affixed to boxes and placed on top of cut table in time order.
4. Wipe off and organize counters.
5. Clean as needed.
6. Clean walk-in area: Sweep floor, wipe down order counter, clean glass on front door.
7. Help stock makeline as needed.
8. Fold and top boxes as needed.
9. Check trash areas, remove trash, and replace liners as needed.
10. Remove empty dough trays from slap table as needed.
11. Wash dishes. (Do this only if there is at least one other driver at the front of the store who is able to answer a ringing telephone).
12. Sweep pizzamaking area.
13. Restock soft drink cooler. Make sure you rotate.
14. Make salads for that day's business. Make sure you rotate.
15. Fill ranch sauce containers for wings. Make sure you rotate.
16. You will be asked to do other tasks as the need arises.

Do not tend ovens or box pizzas, unless you are asked. If a pizza is on the way out of the oven, inform the proper personnel and they will do it. Only the manager in charge is allowed to take the pizza from the oven and cut it. There may be times when you need to inform the manager if the pizza is ready to be taken out of the oven.

### To Dos

- When transporting pizzas, always keep them level. Any shifting can ruin the pizza.
- If you get lost or can't find an address, don't spend more than five minutes looking for it. Find the closest phone, and call the customer to get directions. If you have any questions, call the manager. Be sure you know the store phone number. (Many drivers have found it cost effective to carry a cell phone while delivering.)
- The pizza must be kept inside the hot bag from the store to the customer's door. This ensures the pizza will be hot when the customer gets it.
- When you return from your run, be sure to register as available for new runs under your store's system.

### Coupons

- Pick up coupon when appropriate to do so.

**Checks**

- The address the pizza is delivered to must be on the check. If it is incorrect, write it on the check.
- The check must have a home phone number and a work phone number.
- Must have a driver's license number on the check.
- Make sure the check is signed.
- Students' out-of-state checks must have driver's license and student ID
- No two party checks or payroll checks. Amount written must be for pizza (and tip if applicable) less any dollar-off coupon.
- No cash back.
- Driver's initials must be on all checks.
- It is the manager's responsibility not to accept checks from drivers without the proper information written it.

**Miscellaneous Driver Items**

- Never carry more than $20.00 in change!
- You are responsible for any losses over $20.00 and the amount of the last delivery, so use the drop box.
- Always be polite and professional when dealing with customers. If they have a complaint that you can't solve, have them call the store and talk to the manager.
- It is your responsibility to keep a record of the miles you drive on deliveries for tax purposes.
- When it's slow, find something to do on the "priority list." Do not answer the phones until you are completely trained on ordertaking.
- If you can't be at work at your scheduled time, call the manager-in-charge as soon as possible, but no later than two hours before.
- Absolutely no drugs or alcohol in the store, or the use of them while working, is permitted. This is grounds for immediate dismissal.
- Study the "driver job description" and ask questions about anything you don't understand.

©2015 Blackjack Pizza Enterprises LLC V2 0415

**Driver Items Managers Need to Address**

- You will need to fill out a W-4 and an I-9. Issue them a map packet, if applicable. Have them read and sign the terminable offense list and file in their team member file along with application.
- Familiarize driver with the store: delivery area maps, soft drink area, drop box and how to put on a car top sign.
- Have the new driver ride with an experienced driver who you feel is a good representative of Blackjack Pizza.
- To test for proficiency, have the driver count back change to you.
- Schedule new drivers as being able to deliver about three orders an hour until they demonstrate being capable of delivering more.
- Instruct the new driver not to answer the phones until phone training is completed. (Go over the same training as for phone person). Drivers must be just as competent at taking orders. Please, do not take training in this area lightly.
- Most importantly, stress the importance of keeping the customer happy because they pay us, and no one would have a job without them. A simple rule to remember is to treat the customer as you would like to be treated. The goal is to get the pizza to them as quickly as possible, not to wait around until there are “good” runs to take. Everyone will be treated fairly. Please follow your store’s system for next driver “up.”

**Driver’s Problem Solving List**

If you have a problem, such as an empty house, wrong address, no apartment number, etc., follow these steps:

1. Use a pay telephone, residence phone or cellular phone and call the number on the driver tag. Check all the address and phone number information on the box label and make sure it is correct.
2. Make any necessary changes or write down any special directions, and deliver the pizzas to the correct address.
3. If you check everything carefully and discover that the pizza ordered is a bad order, bring it back to the store.

©2015 Blackjack Pizza Enterprises LLC V2 0415

## Night Shift Manager Job Description

The Night Shift Manager is responsible for making sure the store operates according to company standards from the start of the dinner hour through closing.

**Start of Shift**

- Make up "night till", or remove "night till" from safe if previous night manager has already set up.
- Check inventory of food products and supplies. Make immediate arrangement with suppliers if the store will be short on items. If suppliers are not available, call other stores for a transfer of needed products/supplies.
- Check the schedule to assure adequate staffing for your shift. If not, call in extra team members as soon as possible.
- Give all delivery personnel their banks for the evening.
- Perform general supervisory duties including supervision of phone person, pizza makers, and delivery personnel. (On slow nights, the night shift manager will actually perform many of these duties.)
- For proper control of kitchen functions, it is desirable for the night manager to tend ovens on a regular basis:
  - Pull pizzas from oven
  - Box pizzas
  - Cut pizzas
  - Route pizzas for delivery personnel
- Handle simple customer complaints.

**When business slows, he or she is:**

- Responsible for reducing "on the clock" team members. If the team members to be reduced are the phone person or the pizza makers, clock them out. If delivery drivers, do your driver check out, and then clock them out.
- Supervise cleaning of the store.
- Complete all "Nightly Inventory" and the remainder of the Daily Books.
- Make up the "Following Days till" and secure in safe.
- Make up deposit and take to the bank (if this is store procedure).
- Secure the store. (See Safety and Security section of Operations Manual).

In the event the night manager has a problem he or she cannot solve or lacks the authority to handle, he or she should refer the matter to either the manager or the store owner(s) immediately or at the earliest convenience (depending on urgency).

©2015 Blackjack Pizza Enterprises LLC V2 0415

**If the manager is running the night shift, the following additional duties are required:**

- Arrive at store early (how early depends on factors such as number of job interviews, maintenance problems, disciplinary procedures, manager meetings, etc.).
- Handle matters relating to liability insurance by turning them over to owner/franchisee.
- Complete any Workman's Compensations Report or First Inquiry Forms and submit to owner/franchisee.
- Handle serious customer complaints. If such complaints require additional attention, submit to owner/franchisee.
- Attend to any problems with either payroll or time cards if used.

Remember that the ultimate responsibility for the operation of the store falls on the manager's shoulders. The manager handles all problems in the store. If in his or her judgment the problem requires further attention, manager directs the problem to the owner/franchisee.

©2015 Blackjack Pizza Enterprises LLC V2 0415

## Day Manager Job Description

The first priority is making a good pizza and running an efficient shift. The second aspect of being an MIT (manager in training) is learning the computer and reports relevant to the management of the store. Proficiency in this will come with time and experience.

A Manager in Training or the Assistant Manager generally holds the position of Day Manager. Minimum requirements for this position include completion of Level 1 of MIT training. Procedures for Day Manager

Opening procedures should be completed in this order:

1. Day Managers are required to arrive at the store 30-45 minutes before opening.
2. Initialize computer system in office.
3. Turn on oven, exhaust fan, heat rack, lights, computer screens, open sign, make-line computer, and swamp cooler/air conditioner (when appropriate).
4. Check the schedule for drivers to make sure enough are scheduled. If it is bad weather, especially when it's snowing, other drivers, and/or inside help must be called in right away. Business always picks up when it snows. In addition, drivers are not able to drive as fast and deliver as many pizzas.
5. Check all personnel for image.
6. Remove from walk-in cooler at least one tray of each size of dough, or more if it is expected to be busy. Make sure it is the oldest dated dough, but do not bring out too much so it does not over-proof. The dough needs at least half an hour to warm up.
7. Set up the makeline:
    a. Make sure everything is fresh and throw away anything that has an unusual odor, color, or texture.
    *b.* Get needed utensils: dough scraper, pizza cutter, spoodle, flour, and flour tray.
8. Turn on and fill crock-pot with pizza sauce for cheese bread sticks.
9. Figure dough for that day's prep using the Daily Inventory Report. (Look at the ideal usage that was run for T - 7 (today minus 7) days through T- 4 days. Note: Dough order should be done by general manager usually the night before.
10. Pull dough out that needs to be proofed for that day, night and next morning.
11. Count day till and get out enough banks for the drivers.
12. Check refrigeration equipment: walk-in, make line, reach-in, etc. Temperature should be at 33 °- 40°.
13. Make sure there is enough product on hand.
14. If someone calls to place an order before opening, answer as usual, inform them that we open at 11:00am, and put their order on time-delay.
15. Take phone orders and make pizza.
16. Pulls pizzas, box, and cut.
17. Route pizzas to delivery personnel.

When business slows, the day manager:

- Supervises cleaning of the store.
- Stocks all items needed for that day's rush in makeline cooler and reach-in cooler.
- Makes up the following day's till and secures in the safe.
- Makes up deposit and take to bank (if this is store procedure).
- Completes cleaning, maintenance, and supply purchases from the list left by pervious night manager.
- Completes customer callbacks.
- Makes sure all prep is completed including dough, sauce, onions, green peppers, tomatoes and cheese bread sticks seasonings.
- Performs other duties as specified by the manager.

If the manager is performing day-shift duties, the following additional responsibilities are required:

- Arrive at store early (how early depends on factors such as number of job interviews, maintenance problems, disciplinary procedures, manager meetings, etc.).
- Handle matters relating to liability insurance by turning them over to owner(s).
- Complete any Workman's Compensation report or first inquiry forms and submit to owner(s).
- Handle serious customer complaints. If such complaints require additional attention, submit to owner(s).
- Attend to any problems with either payroll checks.
- Remember that the ultimate responsibility for the operation of the store falls on the manager's shoulders. The manager handles all problems in the store. If in his or her judgment the problem requires further attention, the manager directs the problems to the owner(s).

In the event the day manager has a problem he or she cannot solve or lacks the authority to handle, he or she should refer the matter to either the general manager or the store owner(s) immediately or at the earliest convenience (depending on urgency).

©2015 Blackjack Pizza Enterprises LLC V2 0415

## What to do when it's slow

There is always work that needs to be done. Have drivers fold enough boxes for the expected business that day and night, plus extras. Glue box toppers on the boxes. Make enough salads for the expected business that day and night. Take care of any notes left by the previous night manager.

**Cleaning:**

- First, make sure the area the customer sees is clean (sidewalk, parking lot, door, windows, lobby, counter, chairs, etc.) and then go through the cleaning list on the Store Performance Report, including floor, baseboards, bathroom, office, etc.
- Have drivers stay on top of dishes and take out trash (3-4 times).

Remember that managing by example is the most effective way to get people to do what you want. The day manager will be expected to help clean also.

## Inventory Deliveries.

When a food delivery is made:

- Count the number of each inventory delivered.
- Check it off against the invoice the driver will give you. If there are any missing or spoiled items, do not sign the invoice until the driver has made any corrections or issued the proper credit. Only the manager in charge is allowed to sign for deliveries.
- Sign the invoice and post it in the computer. Only food deliveries need to be posted. (not supplies)

## General Questions from the Public

Any person who comes into the store or calls inquiring about the following, refer them to the proper authority:

- Advertising - Refer them to owner/franchisee.
- Franchise information - Refer them to the franchiser or franchisee. Do not give out any information on sales, etc.
- New applicants - Have them fill out an application and tell them you'll give it to the manager. He/she will call them if they are to come in for an interview.
- Customer complaint - Get their name, phone number, address and when and where the pizza was delivered. - Give the information to the manager.
- Donations - All donations will be made at the discretion of the franchisee. No cash donations will be made at store level.
- Large orders for vending events - Contact the manager as soon as possible, with their name, phone number, address, number of pizzas needed and when.

## Fire and Health Inspections

- Inform the manager and supervisor of the inspection as soon as possible.
- Bring, mail, or fax the report to the Franchisor's office immediately.

©2015 Blackjack Pizza Enterprises LLC V2 0415

## Manager in Training (MIT) Job Description

The Manager trainee is responsible to the assistant manager, manager in charge, general manager, and all corporate administration.

- Has responsibility to assure compliance with all company standards and standards of all city and state agencies.
- Accountable to corporate store manager and supervisor for:
  - Personal attitude
  - Company and personal image
  - Job performance

### Physical Demands

- Ability to work under tension and stress.
- Ability to work in varying extreme temperatures.
- Ability to work with following hazards: Hot ovens, slicer, mixer and other equipment and cramped quarters.
- Ability to work with food products with no allergies or reactions.
- Ability to perform for long periods with a wide range of activities: standing, lifting, carrying, quick pizza making, running, etc.
- Ability to safely lift 50 pounds.
- Must be 18 years or older to work with equipment or deliver pizza.
- No history of medical problems or injuries that affect performance.

### Mental Demands

- Ability to operate computer including order taking, dispatching orders, driver checkout, etc.
- Ability to verbalize accurately and concisely.
- Ability to work around other team members and customers maintaining a good positive attitude.
- Ability to train and motivate differing levels of team member responsibility groups.
- Ability to delegate and follow directions or activities to their completion.
- Ability to evaluate and correct judgment errors of self and others.
- Ability to remain flexible and responsive as a result of varying store needs.
- Ability to understand list of offenses which would constitute termination.

There are four levels in this checklist that an MIT must complete before becoming eligible for promotion to a manager position. Keep in mind that demotion or termination is possible at any level.

©2015 Blackjack Pizza Enterprises LLC V2 0415

**Prerequisites**

Before being promoted to manager in training, team members must:

- Follow Blackjack Pizza delivery personnel job description.
- Follow Blackjack Pizza phone person job description.
- Have reliable, insured vehicle.
- Have valid driver's license and all required driver information.
- Have a home telephone with phone number on file in store.
- Deliver pizzas for at least one month.
- Understand and follow Pizza Maker job description.
- Be prepared to deliver at any time, if necessary.
- Understand the need and be willing to be called in at any time.
- Understand item codes and portion control amounts to comply with franchise standards.
- Be able to maintain accurate itemizing portion in compliance with control chart.
- Be able to set up and break down entire kitchen in a clean orderly fashion.
- Know proper oven tending techniques and delivery tag system.
- Be able to make two 10" cheese pizzas in 90 seconds or less.
- Understand and comply with no fraternizing policy.

After the above is completed to the satisfaction of manager and supervisor, the team member can be considered for trainee.

©2015 Blackjack Pizza Enterprises LLC V2 0415

## Manager-in-training – Level 1

- Must read entire Blackjack Pizza Operations and Employee Manual.
- Must maintain all previous levels of performance.
- Must understand phone person, pizza maker, and delivery job descriptions and how these employees function in a smooth running operation.
- Must understand store cleanliness standards and be able to delegate tasks as well as help with clean up.
- Must follow assistant manager, manager, and supervisor's verbal and written instructions.
- Show good positive attitude towards store and customers.
- Must know dough-handling techniques, read Blackjack Pizza dough handling manual.
- Must learn basic health department codes.
- Must have ability to slap a 30-pie hour within oven times of five minutes or less during a rush with kitchen properly staffed.
- Must have ability to handle 10-pie hour alone with oven times of five minutes or less.
- Must read and understand Day Manager job description.
- Must show responsibility with cash.
- Must learn how to do customer callbacks.
- Learn basic store security.
- Must learn how to handle and use slicer and mixer and how to turn ovens on and off.
- Must learn to make sure adequate prep is on hand.
- Learn supply company delivery and check in.
- Understand merit raise and promotion policy.

After above is completed to the satisfaction of general manager and supervisor, trainee is then eligible for promotion to Level II MIT.

## Manager-in-training – Level 2

- Must review Operations Manual and Employee Manual.
- Must maintain all previous levels of performance.
- Must learn to checkout drivers
- Must learn daily inventory and be able to calculate food cost.
- Must be able to handle Day shift alone.
- Follow Day manager's job description.
- Must learn nighttime store security procedures. (see Safety and Security section of the Operations Manual)
- Must prove ability to manage cash and make deposits correctly.
- Must successfully train drivers, phone people and pizza makers.
- Demonstrate good problem solving ability and sound judgment.
- Demonstrate ability to send home and call in employees at proper time.
- Continue to demonstrate ability to personally complete all assignments from assistant manager, manager and supervisor.
- Demonstrate ability to delegate projects, which need done, and follow up responsibility.
- Must have 12 minutes or less "2 tray time."
- Must prove ability to manage dough and produce quality product.
- Must be willing to work 40+ hours per week.
- Must understand all preparation procedures and recipes and spend at least one full shift with prep person.
- Demonstrate understanding of key management reporting from computer on daily, weekly and monthly basis.

After above is completed to the satisfaction of manager and supervisor, trainee is then eligible to move to Level three MIT and assistant manager, as necessary.

©2015 Blackjack Pizza Enterprises LLC V2 0415

## Manager-in-training – Level 3

- Maintain all previous levels of performance.
- Must understand all company policies and standards and enforce them.
- Must prove ability to communicate with manager and supervisor.
- Must be able to successfully manage a night shift.
- Must be able to slap a 60-pie hour with store properly staffed.
- Able to cut and route drivers effectively during a 60-pie hour.
- Must be able to complete all month ending reporting.
- Must have working knowledge of ordering needs for store and place proper order for a one-week period.
- Ability to screen prospective employees.
- Must demonstrate leadership qualities.
- Must be able to thoroughly train all positions in store.
- Must be able to solve customer complaints satisfactorily.
- Must have at least 10 minutes or less “2 tray time”.
- After above is completed to satisfaction of manager and supervisor, trainee is then eligible to move to Level four MIT, Store-ready manager.

©2015 Blackjack Pizza Enterprises LLC V2 0415

## Assistant Manager (AM) Job Description

The Assistant Manager is appointed by the manager and/or supervisor and reports to this person directly. The assistant manager must be able to run both day and night shifts. Duties therefore include those in the day shift and/or night shift job descriptions. The assistant manager must have completed the manager in training checklist through Level II. (See Manager in Training Checklist.) If circumstances warrant, the AM may suspend an employee pending review by the Manager. (The AM may not terminate an employee.) Is expected to continue to successfully progress through the Manager in Training Checklist.

As a generalization, the following areas are to be handled by the assistant manager:

- Product quality assurance
- Quick and safe delivery
- Delegating store cleanliness to employees (see Day & Night Shift job descriptions)
- Ensure compliance with store image policy
- Oversee cost control (labor and food only)
- Attend to immediate maintenance problems (refer to Cleanliness section of the Operations Manual)
- Initial screening of job applicants (refer to Manager for hiring)
- Refer serious or potentially dangerous situations to owner(s) or Manager

©2015 Blackjack Pizza Enterprises LLC V2 0415

## Store Manager Job Description

A manager can be promoted from an MIT position, Day Manager, or an Assistant Manager position depending on attitude, performance, and capabilities.

**Duties:**

Primary responsibility:

- Maintain all store operations as per Blackjack Pizza policies and standards.
- Maintain food cost and labor cost within the Blackjack Pizza guidelines.
- Increase sales volume through good product quality, excellent service, and consistent image.
- Responsible for maintaining updated files on all team members, especially driver insurance information.
- Manager must work the four busiest shifts of the week.
- Take daily inventory.
- Manager dough and vegetable prep on a daily basis.
- Complete all Daily, Weekly, and Monthly reporting.
- Conduct Week Ending Inventory and record information as needed.
- Place weekly food orders with suppliers.
- Conduct and record Month Ending Inventory.
- Responsible for all shifts' cash control.
- Responsible for nightly store deposits.
- Responsible for securing the store after hours.
- Responsible for weekly scheduling of employees.
- Responsible for hiring, ongoing training, discipline, and termination of team members.
- Responsible for product quality control.
- Maintain all restaurant equipment as per maintenance specifications.

©2015 Blackjack Pizza Enterprises LLC V2 0415

## Manager-ready Checklist – Level 4

- Master all required skill levels.
- Understand all kitchen operations and store operations.
- Must have a mature and responsible attitude.
- Must understand computer reporting, coupon policies, check policies.
- Understand payroll procedure, W-4s, I-9s, and driver information.
- Understand store maintenance policy and have working knowledge of equipment and costs.
- Ability to deal with any problem in store that is within own responsibility.
- Know hiring, discipline, and discharge policy.
- Ability to work 60-70 hours per week when necessary.
- Must answer all phone pages and call-ins promptly.
- Must be a kitchen manager, not an office manager. (Spend majority of your time in the kitchen.)
- Must have a track record of cost effective shift management.
- Ability to manage 100-pie hour well.
- Must have done satisfactorily on all store performance reports and personal reviews.
- Must prove ability to quickly follow up on store performance reports as well as written and verbal instructions.
- Must be able to hire and train successfully.
- Recommend under a nine-minute 2 tray time.
- Understand budgeting and how to read P&L (Profit and Loss) statement.

Must demonstrate mastery of the four basics:

1. Quality pizza
2. Quality service
3. Self and company image
4. Customer relations

©2015 Blackjack Pizza Enterprises LLC V2 0415

# Safety and Security

## Preventive Measures

Crime prevention is the attempt to reduce incidence of crime by minimizing opportunity.

### Store Location

When looking for a store location, be aware of security issues. A location that has high traffic, good lighting and is highly visible is less inviting to a criminal.

### Store Design

Design your store with security in mind from the very beginning. Be aware of the positioning of walls, telephones and counter areas. The placement of your safe should be well-considered. If you are not going to install some equipment immediately, leave the ability to put in security and surveillance systems at a later date.

### Telephones

- Order caller I.D. and tie it into your computer system so you know who is calling.
- Consider having telephones installed so you never have to turn your back to the front entrance when answering a phone.
- Keep the phone number for the local police department next to all phones. If possible put a phone in an inconspicuous spot (cooler or closet) to provide a line to police in case of problems.

### Locks and Barriers



Make it as difficult as possible for the robber to get in and out of your building. Fences, locks, doors and secured windows all create barriers for robbers to make easy entrances and exits from your place of business.

If you have separate driver and customer doors, use a push button security lock on the driver's door. The security code should be changeable in case a driver quits or is fired. The customer door should have a bell or chime set up on it so you are aware when a customer is entering the store.

©2015 Blackjack Pizza Enterprises LLC V2 0415

### Doors

Use a dead bolt (also called a double cylinder lock) on front and back doors. We recommend a deadbolt coupled with a reinforced striker plate. This will allow you to lock the door from both sides using a key. A robber cannot lock the front door behind him with this system, and therefore denies him privacy after entering. Doors not used by customers should always be locked.

Paddle alarms are a good idea for the back door as they will let you know when someone has exited through the back door. The back door should always be a steel door.

Peepholes are a good idea to install on all solid doors for added security (especially the back and office doors). A peephole allows the manager to see who is at the office door if someone knocks while he is handling money, such as doing a bank deposit.

### Lighting

Good lighting is the single most cost effective crime deterrent. The interior of the store, including the customer area, all work areas, and the back room should be well lit during business hours. These same areas should be minimally lit after closing.

On the exterior of your store, make sure entrance ways and the immediate area around the store is well lit. Check access lighting to store periodically to make sure lighting is sufficient. Consider installing timed or motion detector lights in the parking lot.

Outside lighting is often set on timers. Make sure all timers are set correctly and that all lights are working. Broken lights should be replaced immediately.

### Additional Security

Security and surveillance systems are a good idea as additional security measures. They should be functional (no phony cameras, etc.) and highly visible in your store.

### Safe

A McGunn Quick Drop 1512 safe is required in your Blackjack pizza store. Make sure the safe is put in a well thought out spot.



## STORE PROCEDURES

### Driver Safety and Security



- Each driver is given a bank of $20 at the beginning of his or her shift.
- Drivers should never carry more than $20 plus the amount of the last run.
- Each store is required to have and use driver drop boxes for drivers to deposit cash and checks in through the night. Drops should be made after every delivery.
- Drivers should make drops out of customer's view.
- When necessary the driver may 'break a twenty' so he or she has the proper change for the next run.

These cash procedures are designed to minimize the amount of cash the driver carries, while making sure he or she has enough cash to conduct his or her business. Carrying too much cash makes your drivers a target. Be sure you create and enforce good cash handling procedures.

### In Case of Robbery

If a driver is held up, he or she should:

- Not resist
- Give the robber what he or she wants.
- Get a description if possible.
- Not pursue the robber; it's not worth getting hurt.
- Call the police.
- Return to the store and report the incident to the store manager.
- Seek medical care if necessary.

## Safe Driving

It is essential that every team member know and understand that Blackjack Pizza and its franchisees do not ever want our drivers to speed. Our operation allows enough time for safe deliveries. Speeding is not only illegal, but is absolutely against Blackjack Pizza policy.

***It is never necessary or acceptable to speed.***

Speeding can result in:

- Increased safety risks for our team members and the public
- Increased insurance rates
- A bad impression with customers and potential customers.
- Termination. With additional tickets, your MVR (Motor Vehicle Report) may make you ineligible to work for Blackjack Pizza or anyone else.

©2015 Blackjack Pizza Enterprises LLC V2 0415

### Additional Driver Safety Tips

When looking at your order, be sure to pull over to the curb. Never take your eyes off the road while driving.

- Use a flashlight.
- Do not park in restricted areas.
- Use emergency flashers when stopped at a customer's house.
- No passengers are allowed on deliveries, unless training.
- No firearms or weapons are allowed.
- In more severe winter weather, have adequate clothing in car or truck to be worn in the event of car trouble.

### Driver Accident

- Seek medical care, if necessary.
- The accident should be reported to the police at the scene. Drivers should not leave the scene or move their vehicles.
- Report accident to Store Manager and Franchisee.
- Report accident to insurance carrier.
- Report accident to the Askar Brands Support Center.
- If employee was hurt, report injury to your Worker's Compensation carrier within 24 hours.

## In-store Security

### Back Door

- Keep the back door locked at all times.
- Install a wood or metal crosspiece in the doorframe so the door cannot easily be forced open. Another option, as previously mentioned, would be a paddle alarm.
- Avoid opening the back door after dark. Take trash out for the last time just before dark.

### General Notes

- Night deposits must be made by two team members in separate cars. Deposits may be required to be made during daylight hours if deemed necessary for safety reasons by the Askar Brands Support Center.
- Cash or sales volume is not to be discussed with customers or non-management team members present.
- There should never be more than $100 in the front till.
- No more than one deposit or $1000 should be kept in the store safe at one time.
- At closing, there must be two team members in the store until it is secured and vacated for the night.

©2015 Blackjack Pizza Enterprises LLC V2 0415

- If sales are $2000 or greater, one deposit should be made during the day, and another one after close.
- Because most robberies take place after 9:00 p.m., we recommend that all stores close for carry-out at 9:00 p.m.

### What to do in the event of an In-store Robbery

- Don't resist. Take all attempts seriously. Don't argue with the robber.
- Stay calm. Do not make sudden movements.
- Give the robber what he or she wants. Listen carefully and obey their commands.
- Don't touch any surface the robber has touched, so as to not disturb fingerprints.
- Lock the door after the robber leaves. Do not pursue the robber.
- Call the police and the franchisee.
- Cooperate fully with the police by answering any questions, but do not disclose the amount of money taken.
- Observe the robber and his or her physical characteristics but do not stare.

## Fire Safety

The chief goal of fire safety is to minimize the potential for fire. Take care of fire inspection deficiencies promptly, and follow your local fire codes exactly.

### Basic Precautions:

- Make sure your electrical service panel is properly sized to handle the electrical load at your store. Consult a licensed electrician. Don't overload a single electrical circuit.
- Inspect equipment to make sure it's running properly.
- Never stack boxes too closely to the heat lamp. Leave a minimum of two inches of air space between boxes and the lamp.
- Do not store flammable substances such as paint thinner or gasoline in the store.
- Do not allow flammable substances (including oily rags) to come into contact with ovens, compressor equipment, furnace, and water heaters.
- Call the public gas utility company immediately if you smell gas.
- All kitchens must have at least one fire extinguisher mounted to the wall, but not too close to a heat source. Install a fire extinguisher in proximity to the ovens in an accessible spot. Check with your local fire authority about requirements. Show team members where fire extinguishers are located and how to use them.
- Always use licensed electricians for original installation and ongoing repair of electrical equipment.
- If wall sockets overheat or circuit breakers continually pop, call an electrician immediately. Both of these events indicate serious problems, which can result in major electrical fires.
- Post the number of the local fire department near your phone.
- In case of fire call the fire department and evacuate the building. Take roll call to ensure everybody has been evacuated.

©2015 Blackjack Pizza Enterprises LLC V2 0415

## Equipment Safety

Check your local and/or state laws, as well as, your insurance company to determine the minimum age at which team members may operate in-store mechanical equipment. Some states, and Blackjack Pizza, require that team members be 18 or older to run the mixer, slicer, conveyer oven, and any other mechanical equipment your store may have. For additional safety information, review the owner's manual for each piece of equipment. Make sure you and your team members know how to operate each piece of equipment before attempting to use it.

To help ensure safety, keep all equipment clean and well maintained by following the recommended maintenance schedule provided with your piece of equipment. If you are missing owner's manuals, you may be able to locate a copy online. If not, most companies will sell manuals, even for older equipment, for a nominal charge.

### Conveyor Ovens

Never touch the surface of the oven. The interior temperature can be 550 degrees or more, and the moving conveyor belt can catch on clothing.



### Operating the Slicer

- Slicer should only be used with a proper vegetable chute attached.
- All safety guards must be in place before operating.
- Do not load chute while slicer is operating. Shut off motor first, then load.
- Never press vegetables down with hand or utensil.
- Always use the proper slicer weight.
- Keep ties and loose clothing free from slicer at all times.
- To clean slicer, unplug first. ***Never*** clean while the blade is turning. Even when not moving, the blade is very sharp. ***Watch out***!
- To sharpen blade, follow instructions in the manufacturer's owner manual.

### Operating the Mixer

Note that team members must be 18 years of age or older to operate the mixer.

- Be sure mixer is on the lowest speed before turning it on.
- Never operate while wearing any loose clothing.
- Make sure that required safety guards are in place at all times.
- If motor sparks or whines, have it checked by a qualified technician.
- Never operate with children present.



### Divider/Rounder

Follow all safety instructions provided with equipment

### Lifting

Sacks of flour, cases of sauce and pizza toppings, and dough trays can weigh up to 50 pounds. Use the following guidelines when lifting:



- Don't risk injury. There are others who can help you if you ask them.
- Lift no more than one heavy item at a time, including two full dough trays, or three empty dough trays.
- Always lift with your legs, not your back. Thigh muscles can lift more efficiently than your back muscles.
- Make sure you have good footing before starting to lift.
- All team members must wear rubber, non-skid shoes, such as tennis shoes.
- Never twist while you are carrying a load. Move your feet and not your back



## Security Training

As an employer, your team members' safety is your top priority. It's critical that your team members are trained in security issues such as dealing with a robbery or with robbery prevention procedures.

- Be aware of customers looking at each other as opposed to looking at the menu board.
- Make eye contact with all customers you greet. This can deter a would-be robber since he thinks you have seen and will remember him.
- If you truly suspect someone might be casing your store, call the police for a routine patrol check.
- Be aware of anyone loitering around your store. By being attentive, you will be less likely to be surprised.
- Always be aware and think in terms of security. Do not become complacent, especially with security issues. Always have someone in the front of the store where they are visible to would-be robbers.
- If someone looks suspicious, ask the customer ahead of that person if they are together. This brings attention to the suspicious person and other people will look at him and possibly be able to identify him if there is a problem.
- Never discuss company business with customers or friends.
- Do not keep guns or other types of weapons in the store.

©2015 Blackjack Pizza Enterprises LLC V2 0415

## Cash Control and Procedures

Anyone who is issued a key to a store must sign a team member agreement stating they are responsible for it, and must agree to report any knowledge of crimes against Blackjack Pizza to the Franchisee. The key must be returned when the employee is no longer employed by Blackjack Pizza or is transferred to another store. Always change locks after team members who hold store keys quit or are fired.

- Cash or sales volume is not to be discussed with customers or non-management team members present.
- Drivers are not to carry more than $20 plus the amount of the last run. Drivers should make drops out of the view of customers.
- There should never be more than $100 in the front till.

### Deposits

- At least two team members will go in separate cars to make night deposits. If deposits are more than $2000, two deposits should be made for security purposes—one before close, typically around 8 p.m. and one after close. We want as much cash out of the store and in the bank as possible. Not more than one night's deposit will be left in the store safe overnight. We recommend the till never be greater than the maximum number of banks needed for the next day, plus $100. Special events may require a higher till, but always keep the till as low as possible.
- Deposit slips should be attached to the back of the Daily Performance Report. Both the manager and the escort driver must sign the deposit slips.
- Banks, till drawers, drop boxes, and safes must be locked at all times.
- Safe combinations and locks must be changed after any management change.
- Any cash paid outs must be documented by a receipt attached to the back of the Daily Performance Report.
- Bad orders must be documented. Any manipulation of funds or inventory will result in termination. (See the section of the *Management* module titled *Computer Reporting—Key Management Reports*.)

### Manager Shift Change - Cash Balance

At the start of a manager's shift it is necessary to verify the money in the store. Verification of cash at shift changes should always take place with both the opening and closing managers present.

#### Opening Shift

- Verify your starting till contains the designated amount of money for that store.
- If the store leaves deposits in the safe overnight, recount the deposit prior to taking it to the bank.

# Accounting

Financial records are an important part of any business. It is imperative that each franchisee maintain and understand what his or her financials are revealing about the health of the operation. Keeping timely records is the only way you will be able to judge your financial health and react to developing trends. Below are some of the benefits proper store accounting can offer.

## Store Accounting

Managerial accounting assists all appropriate “internal” parties (Managers/Owners) in their decision making by supplying relevant financial information on the company. Your monthly financial reports will give you a “snapshot” of your company’s performance for a given period. They will help you answer the following questions:

- Did we hit our monthly sales goal?
- Were our food and labor costs within acceptable standards?
- Were our operating expenses within acceptable standards?
- Did bottom line profitability hit projections?

By understanding what is on your statements, you will be able to better identify what you are doing well as an organization and which areas need improvement. Accurate monthly financial statements will also allow you to pay your store management team based on the profitability of the store. This will serve as a great motivator to your management team to maintain and enhance the overall operation of the store.

## Franchise Reporting Responsibility

As stated in your franchise agreement, it is each store’s obligation to provide a copy of its Profit & Loss (P&L) Statement to the corporate office by the 15th of the following month. For example, for the month ending July 30, 2014, P&L reports must be in the corporate franchise office no later than August 15, 2014 to be considered timely.

## Uniformity of Reporting

As in all other aspects of the Blackjack Pizza operation, it is critical to have a uniform approach to store accounting. The three critical elements of your store accounting are as follows:

- Chart of Accounts – Creates the structure needed to set up your accounting system.
- Income Statement (also known as a P&L) – Shows your level of profitability over a given time (month, quarter, year).
- Balance Sheet – A snapshot in time showing the financial standing of your franchise.

©2015 Blackjack Pizza Enterprises LLC V2 0415

## Financial Statement Definitions

The purpose of financial accounting is to communicate relevant information to appropriate parties to aid in decision making. This communication process is achieved largely through two major analytical documents prepared by the accountant: the **Balance Sheet** and **Income Statement** (also called financial statements)

### Balance Sheet

The purpose of a balance sheet is to give interested parties relevant information about the financial condition of a company at a specific date. Think of it as taking a picture of your finances. The picture represents the financial state of the company at the time the picture was taken.

The balance sheet is also called the company's statement of financial position. The three major financial items included in a balance sheet are assets, liabilities and owners' equity. These financial items can be expressed by the following relationship, called the balance sheet equation:

**Assets = Liabilities + Owner's Equity**

#### Assets

Assets are economic resources of an organization that are of value ("service potential") to the organization. Cash invested, office equipment, inventory and pizza equipment are all examples of assets. The major source used to acquire the company's assets is through the owner's investment.

#### Liabilities

Liabilities generally represent debts owed to parties outside the organization. Banks, SBA, and outside investors are examples of this. There are times when liabilities are debts that are owed to internal parties within the company, such as salaries owed to employees for work performed.

### Income Statement

Through operating activities in their business, the owners hope to increase their assets. The income statement gives relevant information regarding an organization's success at increasing its assets (making money) or failure to increase them (losing money). The two major financial items included in an income statement are revenues and expenses.

#### Revenues

Revenues are earned through selling a product or providing a service to someone. The organization's assets are increased as a result of the company's earning of revenues. Earned revenues can be thought of as the accomplishments of an organization.

©2015 Blackjack Pizza Enterprises LLC V2 0415

#### Expenses

In order for a company to produce revenues, certain efforts must be put forth. The efforts that business organization puts forth in attempting to earn revenues are called expenses. Expenses represent a decrease in the company's assets. Organizations incur expenses as a result of paying for products and services from someone or something. An organization receives different types of benefits, which cause different types of benefits, which cause different types of expenses. For example, the benefits received from leasing building space to operate your business results in "rent expense."

If a company thinks of revenues as accomplishments and expenses as efforts, the objective is to have the company's accomplishments outweigh its efforts. The result of this will mean "net income" to the company. Net income is the company's reward from the successful operation of its business. The income statement will reflect the success or failure of that company at a certain point in time.

## Understanding Your Financial Statements

It is imperative you understand what your financial statements are telling you. You need to be aware what the acceptable parameters are for the key areas on your statements. Guidelines for each area are listed below. Keep in mind that these guidelines are just that. A store's bottom line will be greatly influenced by school contracts, your degree of couponing and discounting, and your level of involvement in the daily store operations.

### Income Statement

#### Total Sales (Acct. # 41)

You should have a sales goal for each month. Compare this to your actual total sales number. You can only gauge your performance if you have a goal you are attempting to reach each month.

If you are missing your sales goals, you may have customer service and or marketing deficiencies.

#### Food Cost (Acct. # 5101)

Food cost has a direct effect on the bottom line profit of your store.

Acceptable food cost percentages range from 30% to 35% depending on the overall sales volume of your store, current cost of food supplies, and the price you charge for your products.

High food costs can be identified in your pizza production techniques. Make sure your insiders are using the proper portions and are weighing pies. It is important that there is a scale available for them to check weights.

**Labor Cost (Acct. # 5104)**

Labor cost also has a direct effect on the bottom line profit of your store. Acceptable labor cost percentages range from 23% to 32% depending on your stores sales volume.

High labor costs should be identified through store management. Either the scheduling is done ineffectively for anticipated business or employees are not productive during their scheduled shifts. It's also possible that team members are not being sent home when business slows.

**Gross Profit**

The gross profit line reflects the difference between total sales (Acct. 41) and direct costs (Acct. # 51). Your gross profit goal, as a percentage of sales, should be as follows:

| Store's Annual Volume | Gross Profit Percentage |
|---|---|
| $600,000.00 to $750,000.00 | 22% to 25% |
| $750,000.00 to $1,000,000.00 | 25% to 30% |

**Store Expenses (Acct. # 52)**

Store expenses (see sample income statement for itemized list of store expenses) need to be controlled to maximize the bottom line profit of your store. An acceptable store expense percentage ranges from 12% to 19% depending on the overall volume of your store. Poor management will result in store expenses getting out of control.

**Net Profit**

The net profit line reflects the difference between gross profit and store expenses (Acct. # 52). Your net profit goal as a percentage of sales should be as follows:

| Store's Annual Volume | Net Profit Percentage |
|---|---|
| $600,000.00 to $750,000.00 | 10% to 13% |
| $750,000.00 to $1,000,000.00 | 13% to 18% |

**Balance Sheet (Statement of Financial Position)**

The balance sheet is a picture of what kind of position your company is in to conduct business on a day-to-day basis. The primary number to look at is the current ratio. This ratio will measure your company's liquidity.

Current Ratio = Current Assets / Current Liabilities

For example, if you have $25,000.00 in current assets and $12,500.00 in current liabilities your current ratio will be 2 to 1. This means your current assets will cover your current liabilities two times over. Anything over 1-to-1 is acceptable. Blackjack's goal is to be at least 2 to 1.

©2015 Blackjack Pizza Enterprises LLC V2 0415

The following pages are examples of the required accounting formats for Blackjack Pizza's Chart of Accounts, Income Statement and Balance Sheet. Please review these formats carefully with your accountant or financial advisor. It is important that the initial setup of these formats be done correctly in order to avoid extra work redoing them later.

©2015 Blackjack Pizza Enterprises LLC V2 0415

## Chart of Accounts

| Account Number | Account Name | Account Type | Level | Type | General |
|---|---|---|---|---|---|
| **1** | **ASSETS** | **Asset** | **1** | **General** | |
| 11 | Current Assets | Asset | 2 | General | 1 |
| 1101 | Petty Cash | Asset | 3 | Detail | 11 |
| 1102 | Cash in Bank | Asset | 3 | General | 11 |
| 11021 | Checking Account | Asset | 4 | Detail | 1102 |
| 11022 | Accounts Receivable | Asset | 3 | Detail | 11 |
| 1107 | Inventory | Asset | 3 | Detail | 11 |
| 12 | Fixed Assets | Asset | 2 | General | 1 |
| 1201 | Autos - Cost | Asset | 3 | General | 12 |
| 12011 | Autos Accum. Depreciation | Asset | 4 | Detail | 1201 |
| 12012 | Autos - Net | Asset | 4 | Detail | 1201 |
| 1202 | Organizational Net | Asset | 3 | General | 12 |
| 12021 | Organizational Cost | Asset | 4 | Detail | 1202 |
| 12022 | Organiz. Accum. Depreciation | Asset | 4 | Detail | 1202 |
| 1203 | Store Equipment | Asset | 3 | General | 12 |
| 12031 | Store Equip - Cost | Asset | 4 | Detail | 1203 |
| 12032 | Store Equip. Accum. Depr. | Asset | 4 | Detail | 1203 |
| 1204 | Leasehold Improvements Net | Asset | 3 | General | 12 |
| 12041 | Leasehold Improvements Cost | Asset | 3 | Detail | 1204 |
| 12042 | Leasehold Imp. Accum. Depr. | Asset | 3 | Detail | 1204 |
| **13** | **Other Assets** | **Asset** | **2** | **General** | **1** |
| 1301 | Deposits | Asset | 3 | General | 13 |
| 13011 | Rent Deposits | Asset | 4 | Detail | 1301 |
| 13012 | Utility Deposits | Asset | 4 | Detail | 1301 |
| 13013 | Worker's Comp. Deposits | Asset | 4 | Detail | 1301 |
| 13014 | Prepaid Insurance | Asset | 4 | Detail | 1301 |
| 13016 | Phone Deposits | Asset | 4 | Detail | 1301 |
| 13017 | Prepaid Payroll | Asset | 4 | Detail | 1301 |
| 14 | Franchise – Net | Asset | 3 | General | 12 |
| 1401 | Franchise – Cost | Asset | 4 | Detail | 14 |
| 1402 | Accum. Amortization Franchise | Asset | 4 | Detail | 14 |
| **2** | **LIABILITIES** | **Liability** | **1** | **General** | **2** |
| 21 | Short Term Liability | Liability | 2 | General | 21 |
| 2101 | Sales Tax Payable | Liability | 3 | Detail | 21 |
| 2102 | Wages Payable | Liability | 3 | Detail | 21 |
| 2103 | Employer FICA Payable | Liability | 3 | Detail | 21 |
| 2104 | FUT Payable | Liability | 3 | Detail | 21 |
| 2105 | SUT Payable | Liability | 3 | Detail | 21 |
| 2106 | Worker's Comp. Payable | Liability | 3 | Detail | 21 |
| 2107 | Food Supplier Payable | Liability | 3 | Detail | 21 |

©2015 Blackjack Pizza Enterprises LLC V2 0415

| Account Number | Account Name | Account Type | Level | Type | General |
|---|---|---|---|---|---|
| 2108 | Soft Drink Payable | Liability | 3 | Detail | 21 |
| 2109 | Payroll Processing Payable | Liability | 3 | Detail | 21 |
| 2110 | Royalties Payable | Liability | 3 | Detail | 21 |
| 2111 | Insurance Payable | Liability | 3 | Detail | 21 |
| 2112 | Shareholder Payable | Liability | 3 | Detail | 21 |
| 2114 | Uniform Deposit | Liability | 3 | Detail | 21 |
| 2115 | Current Portion LT Note | Liability | 3 | Detail | 21 |
| **22** | **Long Term Liability** | **Liability** | **2** | **General** | **2** |
| 2200 | Payable | Liability | 3 | Detail | 22 |
| 2201 | Payable | Liability | 3 | Detail | 22 |
| 2202 | Payable | Liability | 3 | Detail | 22 |
| 2203 | Lease Payable | Liability | 3 | Detail | 22 |
| 2204 | Lease Payable Equipment | Liability | 3 | Detail | 22 |
| **3** | **STOCKHOLDERS EQUITY** | **Capital** | **1** | **General** | |
| 31 | Capital Stock | Capital | 2 | General | 3 |
| 3101 | Common Stock | Capital | 3 | Detail | 31 |
| 3102 | Common Stock | Capital | 4 | Detail | 3101 |
| 3106 | Treasury Stock | Capital | 3 | Detail | 31 |
| 31 | Retained Earnings | Capital | 2 | Detail | 3 |
| 33 | Net Income (Loss) YTD | Capital | 2 | Detail | 3 |
| **4** | **REVENUES** | **Revenue** | **1** | **General** | |
| 41 | Total Sales | Revenue | 2 | General | 4 |
| 4101 | Store Sales | Revenue | 3 | Detail | 41 |
| **5** | **EXPENSES** | **Expense** | **1** | **General** | |
| 51 | Cost of Goods Sold | Expense | 2 | General | 5 |
| 5101 | Food Cost | Expense | 3 | Detail | 51 |
| 5102 | Coupons | Expense | 3 | Detail | 51 |
| 5104 | Labor | Expense | 3 | Detail | 51 |
| 51041 | Wage Expense | Expense | 4 | Detail | 5104 |
| 51042 | Manager Bonus | Expense | 4 | Detail | 5104 |
| 51043 | Empl. FICA & MDCR | Expense | 4 | Detail | 5104 |
| 51044 | FUT Expense | Expense | 4 | Detail | 5104 |
| 51045 | SUT Expense | Expense | 4 | Detail | 5104 |
| 51046 | Worker's Comp. Expense | Expense | 4 | Detail | 5104 |
| 51047 | Prep Labor | Expense | 4 | Detail | 5104 |
| 5105 | Driver Mileage | Expense | 3 | Detail | 51 |
| 52 | Store Expenses | Expense | 2 | General | 5 |
| 5201 | Advertising | Expense | 3 | Detail | 52 |
| 5202 | Supplies | Expense | 3 | Detail | 52 |
| 5203 | Bad Checks | Expense | 3 | Detail | 52 |

©2015 Blackjack Pizza Enterprises LLC V2 0415

| Account Number | Account Name | Account Type | Level | Type | General |
|---|---|---|---|---|---|
| 5204 | Cash Over/Short | Expense | 3 | Detail | 52 |
| 5205 | Depreciation | Expense | 3 | General | 52 |
| 52051 | Depreciation Autos | Expense | 4 | Detail | 5205 |
| 52052 | Depreciation Organizational | Expense | 4 | Detail | 5205 |
| 52053 | Depreciation Store Equipment | Expense | 4 | Detail | 5205 |
| 52054 | Depreciation Leasehold Impr. | Expense | 4 | Detail | 5205 |
| 52055 | Franchise Amortization | Expense | 4 | Detail | 5205 |
| 5206 | Telephone | Expense | 3 | Detail | 52 |
| 5207 | Utilities | Expense | 3 | Detail | 52 |
| 5208 | Uniforms | Expense | 3 | Detail | 52 |
| 5209 | Rent | Expense | 3 | Detail | 52 |
| 5210 | Maintenance | Expense | 3 | Detail | 52 |
| 5211 | Insurance | Expense | 3 | Detail | 52 |
| 5212 | Licenses | Expense | 3 | Detail | 52 |
| 5213 | Property Taxes | Expense | 3 | Detail | 52 |
| 5214 | Gas & Oil | Expense | 3 | Detail | 52 |
| 5215 | Vehicle Maintenance | Expense | 3 | Detail | 52 |
| 5216 | Payroll Processing | Expense | 3 | Detail | 52 |
| 5217 | Accounting Fees | Expense | 3 | Detail | 52 |
| 5218 | Legal Fees | Expense | 3 | Detail | 52 |
| 5219 | Cell Phones | Expense | 3 | Detail | 52 |
| 5220 | Interest Expense | Expense | 3 | Detail | 52 |
| 5221 | Bank Charges | Expense | 3 | Detail | 52 |
| 5222 | Miscellaneous Expense | Expense | 3 | Detail | 52 |
| 5223 | Travel & Entertainment | Expense | 3 | Detail | 52 |
| 5224 | Laundry | Expense | 3 | Detail | 52 |
| 5225 | Health Insurance | Expense | 3 | Detail | 52 |
| 5226 | Life Insurance | Expense | 3 | Detail | 52 |
| 5227 | Seminars & Meetings | Expense | 3 | Detail | 52 |
| 5228 | Trash Removal | Expense | 3 | Detail | 52 |
| 5229 | Donations | Expense | 3 | Detail | 52 |
| 5230 | Auto Insurance | Expense | 3 | Detail | 52 |
| 5231 | Dues & Subscriptions | Expense | 3 | Detail | 52 |
| 5232 | Equipment Lease | Expense | 3 | Detail | 52 |
| 5233 | Freight | Expense | 3 | Detail | 52 |
| 5234 | Royalties | Expense | 3 | Detail | 52 |
| 5235 | Security | Expense | 3 | Detail | 52 |
| 5236 | Outside Services | Expense | 3 | Detail | 52 |
| 5237 | Office Expense | Expense | 3 | Detail | 52 |
| D | Journal Difference | Other Dr. | 1 | Detail | 52 |

©2015 Blackjack Pizza Enterprises LLC V2 0415

## Income Statement

Blackjack Pizza Store
9137 E. Mineral Circle
Englewood, Colorado 80112

| Account Number | Account Name | This Period | % | YTD | % YTD |
|---|---|---|---|---|---|
| | **Revenues** | | | | |
| 4101 | Store Sales | 100,000.00 | 100.00 | 500,000.00 | 100.00 |
| 4102 | **Sales tax** | | | | |
| **41** | **Total Sales** | **100,000.00** | **100.00** | **500,000.00** | **100.00** |
| | *Cost of Goods Sold* | | | | |
| 5101 | Food Cost | 35,000.00 | 35.0 | 175,000.00 | 35.0 |
| 5102 | Coupons | | | | |
| | **Total Cost of Food** | **35,000.00** | **35.0** | **175,000.00** | **35.0** |
| | | | | | |
| 51041 | Wage Expense | 25,000.00 | 25.0 | 125,000.00 | 25.0 |
| 51042 | Management Bonuses | 2,000.00 | 2.0 | 10,000.00 | 2.0 |
| 51043 | FICA Employer | 1,500.00 | 1.5 | 7,500.00 | 1.5 |
| 51044 | Fed Unemployment | 200.00 | 0.2 | 1,000.00 | 0.2 |
| 51045 | State Unemployment | 0.00 | 0.0 | 0.00 | 0.0 |
| 51046 | Worker's Comp | 0.00 | 0.0 | 3,000.00 | .6 |
| 51047 | Prep Labor | 1,500.00 | 1.5 | 10,000.00 | 2.0 |
| **5104** | **Total Labor** | **30,200.00** | **30.2** | **156,500.00** | **31.3** |
| | | | | | |
| 5105 | Mileage Reimbursement | 6,500.00 | 6.5 | 32,500.00 | 6.5 |
| | | | | | |
| **51** | **Total Direct Costs** | **71,700.00** | **71.7** | **364,000.00** | **72.8** |
| | | | | | |
| | **Gross Profit** | **28,300.00** | **28.3** | **136,000.00** | **27.2** |
| | *Store Expenses* | | | | |
| 5201 | Advertising | 5,000.00 | 5.0 | 25,000.00 | 5.0 |
| 5202 | Supplies | 200.00 | 0.1 | 2,500.00 | 0.1 |
| 5203 | Bad Checks | 100.00 | 0.1 | 600.00 | 0.1 |
| 5204 | Cash Over/Short | 0.00 | 0.0 | 0.00 | 0.0 |
| 5205 | Depreciation | 90.00 | 0.1 | 800.00 | 0.1 |
| 5206 | Telephone | 700.00 | 0.1 | 2,700.00 | 0.1 |
| 5207 | Utilities | 200.00 | 0.1 | 2,100.00 | 0.1 |
| 5208 | Uniforms | 400.00 | 0.1 | 700.00 | 0.1 |
| 5209 | Rent | 1,700.00 | 1.7 | 8,500.00 | 1.7 |
| 5210 | Maintenance | 200.00 | 0.1 | 2,000.00 | 0.1 |
| 5211 | Store Insurance | 600.00 | 0.6 | 3,000.00 | 0.3 |
| 5212 | Licenses | 20.00 | 0.1 | 100.00 | 0.1 |

| Account Number | Account Name | This Period | % | YTD | % YTD |
|---|---|---|---|---|---|
| 5213 | Property Tax | 0.00 | 0.0 | 400.00 | 0.1 |
| 5214 | Gas & Oil | 0.00 | 0.0 | 0.00 | 0.0 |
| 5215 | Vehicle Expense | 100.00 | 0.1 | 500.00 | 0.1 |
| 5216 | Payroll Processing | 80.00 | 0.1 | 400.00 | 0.1 |
| 5217 | Accounting Fees | 100.00 | 0.1 | 500.00 | 0.1 |
| 5218 | Legal Fees | 100.00 | 0.1 | 500.00 | 0.1 |
| 5219 | Cell Phones | 50.00 | 0.1 | 250.00 | 0.1 |
| 5220 | Interest | 700.00 | 0.7 | 3,500.00 | 0.7 |
| 5221 | Bank Charges | 50.00 | 0.1 | 250.00 | 0.1 |
| 5222 | Miscellaneous Exp. | 100.00 | 0.1 | 500.00 | 0.1 |
| 5223 | Travel/Entertainment | 100.00 | 0.1 | 500.00 | 0.1 |
| 5224 | Laundry | 50.00 | 0.1 | 300.00 | 0.1 |
| 5225 | Health Insurance | 300.00 | 0.3 | 1,500.00 | 0.3 |
| 5226 | Life Insurance | 150.00 | 0.1 | 750.00 | 0.1 |
| 5227 | Seminars & Meetings | 50.00 | 0.1 | 250.00 | 0.1 |
| 5228 | Trash Removal | 100.00 | 0.1 | 500.00 | 0.1 |
| 5229 | Donations | 50.00 | 0.1 | 250.00 | 0.1 |
| 5230 | Auto Insurance | 100.00 | 0.1 | 500.00 | 0.1 |
| 5231 | Dues & Subscriptions | 50.00 | 0.1 | 250.00 | 0.1 |
| 5232 | Equipment Lease | 100.00 | 0.1 | 500.00 | 0.1 |
| 5233 | Freight | 50.00 | 0.1 | 250.00 | 0.1 |
| 5234 | Royalties | 3,000.00 | 3.0 | 15,000.00 | 3.0 |
| 5235 | Security | 70.00 | 0.1 | 350.00 | 0.1 |
| 5236 | Outside Services | 50.00 | 0.1 | 250.00 | 0.1 |
| 5237 | Office Expense | 50.00 | 0.1 | 250.00 | 0.1 |
| | | | | | |
| **52** | **Total Store Expenses** | **14,760.00** | **14.8** | **76,200.00** | **15.2** |
| | | | | | |
| | **Profit (Loss)** | **13,540.00** | **13.5** | **59,800.00** | **12.0** |

©2015 Blackjack Pizza Enterprises LLC V2 0415

## Balance Sheet

Blackjack Pizza Store
9137 E. Mineral Circle
Englewood, Colorado 80112

| Account Number | Account Name | This Period | % | YTD | % YTD |
|---|---|---|---|---|---|
| **1** | **ASSETS** | | | | |
| | Current Assets | | | | |
| 1101 | Petty Cash | 700.00 | 1.0 | 700.00 | 1.0 |
| 1102 | Cash in Bank | 8,000.00 | 11.0 | 8,000.00 | 11.0 |
| 11022 | Accounts Receivable | 100.00 | 0.1 | 100.00 | 0.1 |
| 1107 | Inventory | 3,000.00 | 4.1 | 3,000.00 | 4.1 |
| **11** | **Total Current Assets** | **11,800.00** | **16.2** | **11,800.00** | **16.2** |
| | *Fixed Assets* | | | | |
| 12011 | Autos – Cost | 0.00 | 0.0 | 0.00 | 0.0 |
| 12012 | Autos Accum. Depr. | 0.00 | 0.0 | 0.00 | 0.0 |
| 1201 | Autos Net | 0.00 | 0.0 | 0.00 | 0.0 |
| 12021 | Organizational Cost | 0.00 | 0.0 | 0.00 | 0.0 |
| 12022 | Oganiz. Accum. Depr. | 0.00 | 0.0 | 0.00 | 0.0 |
| 1202 | Organizational Net | 0.00 | 0.0 | 0.00 | 0.0 |
| 12031 | Store Equip – Cost | 51,000.00 | 70.1 | 51,000.00 | 70.1 |
| 12032 | Store Equip. Accum. Depr. | 00.00 | 0.0 | 00.00 | 0.0 |
| 1203 | Store Equipment Net | 51,000.00 | 70.1 | 51,000.00 | 70.1 |
| 12041 | Leasehold Improv. Cost | 0.00 | 0.0 | 0.00 | 0.0 |
| 12042 | Lshd. Imp. Accum. Depr. | 0.00 | 0.0 | 0.00 | 0.0 |
| 1204 | Leasehold Improv. Net | 0.00 | 0.0 | 0.00 | 0.0 |
| **12** | **Total Fixed Assets** | **51,000.00** | **70.1** | **51,000.00** | **70.1** |
| | *Other Assets* | | | | |
| 13011 | Rent Deposit | 1,000.00 | 1.4 | 1,000.00 | 1.4 |
| 13012 | Utility Deposit | 2,000.00 | 2.7 | 2,000.00 | 2.7 |
| 13013 | Worker's Comp. Deposit | 0.00 | 0.0 | 0.00 | 0.0 |
| 13014 | Prepaid Insurance | 0.00 | 0.0 | 0.00 | 0.0 |
| 13016 | Phone Deposit | 0.00 | 0.0 | 0.00 | 0.0 |
| 13017 | Prepaid Payroll | 0.00 | 0.0 | 0.00 | 0.0 |
| **1301** | **Total Deposits** | **3,000.00** | **4.1** | **3,000.00** | **4.1** |
| **13** | **Total Other Assets** | **3,000.00** | **4.1** | **3,000.00** | **4.1** |
| | | | | | |
| 1401 | Franchise – Cost | 7,500.00 | 10.3 | 7,500.00 | 10.3 |
| 1402 | Accum. Amort. Franchise | 500.00 | 0.7 | 500.00 | 0.7 |
| **14** | **Franchise Net** | **7,000.00** | **9.6** | **7,000.00** | **9.6** |
| | | | | | |
| **1** | **Total Assets** | **72,800.00** | **100.0** | **72,800.00** | **100.0** |

| Account Number | Account Name | This Period | % | YTD | % YTD |
|---|---|---|---|---|---|
| | **LIABILITIES** | | | | |
| | *Short Term Liabilities* | | | | |
| 2101 | Sales Tax Payable | 2,000.00 | 2.7 | 2,000.00 | 2.7 |
| 2102 | Wages Payable | 600.00 | 0.8 | 600.00 | 0.8 |
| 2103 | Employer FICA Payable | 0.00 | 0.0 | 0.00 | 0.0 |
| 2104 | FUT Payable | 0.00 | 0.0 | 0.00 | 0.0 |
| 2105 | SUT Payable | 0.00 | 0.0 | 0.00 | 0.0 |
| 2106 | Worker's Comp. Payable | 0.00 | 0.0 | 0.00 | 0.0 |
| 2107 | Food Payable | 3,500.00 | 4.8 | 3,500.00 | 4.8 |
| 2108 | Soft Drink Payable | 1,500.00 | 2.1 | 1,500.00 | 2.1 |
| 2109 | Payroll Processing Payable | 0.00 | 0.0 | 0.00 | 0.0 |
| 2110 | Royalties Payable | 0.00 | 0.0 | 0.00 | 0.0 |
| 2111 | Insurance Payable | 0.00 | 0.0 | 0.00 | 0.0 |
| 2112 | Shareholder Payable | 0.00 | 0.0 | 0.00 | 0.0 |
| 2113 | Shareholder Payable | 0.00 | 0.0 | 0.00 | 0.0 |
| 2114 | Uniform Payable | 0.00 | 0.0 | 0.00 | 0.0 |
| 2115 | Current Portion LT Note | 12,000.00 | 16.5 | 12,000.00 | 16.5 |
| **21** | **Total Short Term Liabilities** | **19,600.00** | **26.9** | **19,600.00** | **26.9** |
| | *Long Term Liabilities* | | | | |
| 2200 | BJ Pizza Payable | 25,000.00 | 27.5 | 25,000.00 | 27.5 |
| | Less: Current Portion | (5,000.00) | | (5,000.00) | |
| 2201 | Bank Payable | 35,000.00 | 38.5 | 35,000.00 | 38.5 |
| | Less: Current Portion | (7,000.00) | | (7,000.00) | |
| 2202 | Payable | 0.00 | 0.0 | 0.00 | 0.0 |
| 2203 | Lease Payable | 0.00 | 0.0 | 0.00 | 0.0 |
| 2204 | Lease Payable Equip. | 0.00 | 0.0 | 0.00 | 0.0 |
| **22** | **Total Long Term Liabilities** | **48,000.00** | **66.0** | **48,000.00** | **66.0** |
| | | | | | |
| **2** | **Total Liabilities** | **67,600.00** | **92.9** | **67,600.00** | **92.9** |
| | *Stockholder's Equity* | | | | |
| 31 | Capital Stock | 0.00 | 0.0 | 0.00 | 0.0 |
| 3101 | Common Stock | 0.00 | 0.0 | 0.00 | 0.0 |
| 3102 | Common Stock | 0.00 | 0.0 | 0.00 | 0.0 |
| 3106 | Treasury Stock | 0.00 | 0.0 | 0.00 | 0.0 |
| | **Total Stock** | **0.00** | **0.0** | **0.00** | **0.0** |
| 32 | Retained Earnings | 2,200.00 | 3.0 | 2,200.00 | 3.0 |
| 33 | Net Income (Loss) YTD | 3,000.00 | 4.1 | 3,000.00 | 4.1 |
| **3** | **Total Stockholder's Equity** | **5,200.00** | **7.1** | **5,200.00** | **7.1** |
| | | | | | |
| | **Total Liabilities Plus Equity** | **72,800.00** | **100.0** | **72,800.00** | **100.0** |

©2015 Blackjack Pizza Enterprises LLC V2 0415

## Projection/Budgets

As the owner of your own business, you will be responsible for budgeting for your store. Budgeting can be done on a weekly, monthly or yearly basis. Blackjack Pizza recommends you start on a monthly basis. We suggest you use the following monthly budget sheet.

### Directions for Doing Projections/Budgets

1. Fill in the budget numbers for the monthly period you desire. Run your business around those numbers. For example: If you have budgeted $5,000.00 for advertising and marketing, ensure the amount of your mailings that month plus your corporate advertising does not exceed that amount.
2. On a daily basis, check the key figures of your income statement. For example, if food and labor are running higher than you budgeted, find out why and fix it. It is better to correct it in mid-stream than to wait until the end of the month.

At month's end, fill in the actual numbers you did for the month in all categories. Note here where you did and did not meet your budget. Make sure you address any problem areas. By setting a budget and consistently checking it against actual results, you will force yourself to do a better job of managing your business. Make sure your store management is aware of your budget and store goals so they can assist you in hitting those targets.

Monitoring your budget against actual results is just as important as creating it. Please take the time to review and act on your stores operating results.

The following pages provide an example of how a monthly budget worksheet could be constructed and implemented. When constructing a budget, it may be prudent to consult with your financial advisor prior to implementing it.

©2015 Blackjack Pizza Enterprises LLC V2 0415

## Monthly Budget Sheet

| Account Number | Account Name | Budget This Period | % This Percent | Actual This Period | % This Period |
|---|---|---|---|---|---|
| 41 | **Total Gross Sales** | **107,000.00** | | | |
| 5238 | Less Sales Tax | 7,000.00 | 7.0 | | |
| | **Total Net Sales** | **100,000.00** | **100.0** | | |
| | | | | | |
| **Cost of Goods Sold** | | | | | |
| 5101 | Food Cost | 35,000.00 | 35.0 | | |
| 5102 | Coupons | | | | |
| | **Total Food Cost** | **35,000.00** | **35.0** | | |
| | | | | | |
| 51041 | Wage Expense | 25,000.00 | 25.0 | | |
| 51042 | Management Bonuses | 2,000.00 | 2.0 | | |
| 51043 | FICA Employer | 1,500.00 | 1.5 | | |
| 51044 | Fed Unemployment | 200.00 | 0.2 | | |
| 51045 | State Unemployment | 0.00 | 0.0 | | |
| 51046 | Worker's Comp. | 0.00 | 0.0 | | |
| 51047 | Prep Labor | 1,500.00 | 1.5 | | |
| 5104 | **Total Labor** | **30,200** | **30.2** | | |
| 5105 | Mileage Reimbursement | 6,500.00 | 6.5 | | |
| 51 | **Total Direct Costs** | **71,700.00** | **71.7** | | |
| | **Gross Profit** | **28,300.00** | **28.3** | | |
| **Store Expenses** | | | | | |
| 5201 | Advertising / Marketing | 5,000.00 | 5.0 | | |
| 5202 | Supplies | 200.00 | 0.2 | | |
| 5203 | Bad Checks | 100.00 | 0.1 | | |
| 5204 | Cash Over/Short | 0.00 | 0.0 | | |
| 5205 | Depreciation | 90.00 | 0.1 | | |
| 5206 | Telephone | 700.00 | 0.7 | | |
| 5207 | Utilities | 200.00 | 0.2 | | |
| 5208 | Uniforms | 400.00 | 0.1 | | |
| 5209 | Rent | 1,700.00 | 1.2 | | |
| 5210 | Maintenance | 200.00 | 0.2 | | |
| 5211 | Store Insurance | 600.00 | 0.2 | | |
| 5212 | Licenses | 20.00 | 0.1 | | |
| 5213 | Property Tax | 0.00 | 0.0 | | |
| 5214 | Gas & Oil | 0.00 | 0.0 | | |
| 5215 | Vehicle Expense | 100.00 | 0.1 | | |
| 5216 | Payroll Processing | 80.00 | 0.1 | | |
| 5217 | Accounting Fees | 100.00 | 0.1 | | |
| 5218 | Legal Fees | 100.00 | 0.1 | | |
| 5219 | Cell Phones | 100.00 | 0.1 | | |

©2015 Blackjack Pizza Enterprises LLC V2 0415

| Account Number | Account Name | Budget This Period | % This Percent | Actual This Period | % This Period |
|---|---|---|---|---|---|
| 5220 | Interest | 700.00 | 0.7 | | |
| 5221 | Bank Charges | 50.00 | 0.1 | | |
| 5222 | Miscellaneous Expense | 100.00 | 0.1 | | |
| 5223 | Travel & Entertainment | 100.00 | 0.1 | | |
| 5224 | Laundry | 50.00 | 0.1 | | |
| 5225 | Health Insurance | 300.00 | 0.3 | | |
| 5226 | Life Insurance | 150.00 | 0.1 | | |
| 5227 | Seminars & Meetings | 50.00 | 0.1 | | |
| 5228 | Trash Removal | 100.00 | 0.1 | | |
| 5229 | Donations | 50.00 | 0.1 | | |
| 5230 | Auto Insurance | 100.00 | 0.1 | | |
| 5231 | Dues & Subscriptions | 50.00 | 0.1 | | |
| 5232 | Equipment Lease | 100.00 | 0.1 | | |
| 5233 | Freight | 50.00 | 0.1 | | |
| 5234 | Royalties | 3,000.00 | 3.0 | | |
| 5235 | Security | 70.00 | 0.1 | | |
| 5236 | Outside Services | 50.00 | 0.1 | | |
| 5237 | Office Expense | 50.00 | 0.1 | | |
| **52** | **Total Store Expenses** | **14,760.00** | **14.8** | | |
| | **Net Profit (Loss)** | **13,540.00** | **13.5** | | |

©2015 Blackjack Pizza Enterprises LLC V2 0415

# Evaluation and Compliance

In an effort to help franchise owners achieve consistency throughout the brand, all areas of each Blackjack Pizza store will be evaluated during a semi-annual visit from a member of Blackjack Pizza management. These visits may or may not be announced and will take place during regular working hours. Blackjack Pizza management will be permitted to take pictures of your store, videotape your store or make photo copies of your records. During these visits an Operations Assessment Review (OAR) will be completed. This report addresses more than 200 areas of your store, including product quality, cleanliness, image, safety and security, and adherence to procedures.

If your store fails to meet the Blackjack Pizza standards in any area, you will be assessed a violation in that area. Violations will fall into one of three categories.

- Basic violations reflect negatively on the store, such as cleanliness and store maintenance.
- Brand violations reflect negatively on the brand, such as uniform, promotional materials, and building signage violations.
- Quality violations include any infraction affecting product quality, such as not using approved products, improper product assembly, and failure to store products at the proper temperature.

Because some violations are more serious than others, you have varying time frames in which to “cure” the issue. For example, some violations will be reviewed at the time of the next regularly scheduled visit, but other violations may be so severe that immediate correction and follow-up may be required.

Please note that you are also required to comply with Health Department, OSHA, and all state regulations. Because the Operations Assessment Report is not designed to address every store requirement, you cannot rely on this one evaluation to identify every obligation you have as an employer.

You will find an example of an Operations Assessment Report on the following page.

©2015 Blackjack Pizza Enterprises LLC V2 0415

## Operation Assesment Report

Franchisee________________ Store #____________ Date__________________

| Score | |
|---|---|
| Total Points | 226 |
| Less Violations | |
| Points Achieved | |
| Percentage | |

Black = 1 point | Red = 2 points | Blue = 3 points

**OUTSIDE-Front**
- Parking lot
- Trash
- Trash Can
- Sidewalk
- Windows
- Door
- Hours of Operation
- Building Signage
- Window Signage

**LOBBY**
- Entrance Mat
- Floors / Baseboards
- Lights/Lens
- Walls/Ceiling
- Decoration
- Tables/Chairs
- Periodicals
- Pepsi® Cooler
- Pepsi® Fountain
- Menu Board

**FRONT COUNTER**
- Organization/Clean
- POS System
- Calculator / Pens
- All Phones Working
- Telephone Script Used
- Specials listed
- Suggestive selling
- No tip jars
- Coupons / Menus
- Display Material
- Promotion Material

**HEAT RACK**
- Organization/Clean
- Hot Plates
- Packaging
- Coupons / Menus

**TEAM IMAGE**
- Grooming
- Uniform Shirt
- Uniform Pants
- Uniform Hat

**BATHROOMS**
- Cleanliness
- Soap/Towels
- Handwashing Job Aid

**OUTSIDE - Back**
- Dumpster Area
- Door Locked
- Cleanliness
- Lighting

**DELIVERY**
- Vehicles
- Car Top Signs
- Hot Bags
- Maps

**DRIVERS IMAGE**
- Grooming
- Uniform Shirt
- Uniform Pants
- Uniforn Hat

**KITCHEN AREA**
- Floors/Baseboards
- Walls/Ceiling
- Lights/Lens
- Shelving
- Hand Sink/Soap/Towel

**PRESS/SLAP TABLE**
- Cleanliness
- Pizza Sauce Temp.
- Screens/Rack
- Utensils
- Approved Products
- Product Assembly

**PIZZA MAKE LINE**
- Top Temperature_____
- Bottom Temperature_____
- Set-Up
- Scale
- Catch Trays/ Rails
- Cleanliness
- Door Gaskets
- Product Storage
- Over Shelves
- Monitors
- Job Aids
- Approved Products
- Product Assembly

**CONVEYOR OVEN**
- #1 Temperature_______
- #1 Speed________
- #2 Temperature_______
- #2 Speed________
- Cleanliness
- Hood
- Filters
- Cleanliness
- Management

**CUT TABLE**
- Cleanliness
- Cutting Board
- Utensils
- Over Shelves
- Work station
- Pan, Screen Organization
- Parmesan/Salt Mix
- Icing Squirt Bottle
- Packaging
- Pizza Boxes
- Liners/ Lid Supports
- Menus/Box Toppers
- Job Aids

**PREP AREA**
- Floors/Baseboards
- Walls/Ceiling
- Lights/Lens
- Over Shelves
- Table Cleanliness
- Undershelf Storage
- Can Opener
- Rounder
- Slicer
- Cutting Board
- Knives
- Job Aids

**COUPON / OFFERS / SPECIALS**

**DOUGH MAKING**
- Water Temp______
- Thermometers
- Trays
- Dough Weights
- Job Aids
- Approved Products
- Dating/Rotating
- Overall Quality

**SQUARE DOUGH**
- Water Temp______
- Thermometers
- Walk in Storage
- Square Pans Storage
- Square Lid Storage
- Press/Corners
- Proper Proof Time
- Dating/Rotating

**PIZZA SAUCE**
- Back-ups
- Approved Recipes
- Job Aids
- Aging Time

**PRODUCT PREP**
- Pars Posted
- Prep Chart Used
- Back-ups
- Storage
- Approved Products
- Procedures
- Date/Rotation

**WALK IN COOLER**
- Cleanliness
- Organization
- Temperature______
- Approved Products
- Date/Rotation

**FREEZER or ICE CREAM**
- Cleanliness
- Organization
- Temperature______
- Approved Products
- Date/Rotation

**DRY STORAGE**
- Floors/Baseboards
- Walls/Ceiling
- Lights/Lens
- Organization
- Shelving
- Approved Products
- Date/Rotation

**DISH AREA/CLEANING**
- Cleanliness
- Organization
- Procedures
- Dish rack/shelf
- Prep Sink
- Chemical Storage
- Trash Cans
- Mop sink
- Cleaning Chart

**MANAGEMENT**
- Food Cost ________
- Labor Cost ________
- OTD Times ________
- Lates ________

| FINISHED PRODUCT | |
|---|---|
| Product - Regular Pizza | Picture |
| Product - Square Pizza | Picture |
| Product - Cheese bread | Picture |
| Product - Salad | Picture |
| **PROPRIETARY PRODUCTS** | |
| Shredded Pizza Cheese | VG |
| QLC | BLK |
| Ground Beef | BLK |
| Italian Sausage | BLK |
| Pepperoni | BLK |
| Green Chili Sauce | BLK |
| Spicy Ranch Seasoning | BLK |
| Italian Dressing | VG |
| Square Flour | VG |
| Square Dough Mix | VG |
| Pizza Sauce | VG |
| Pizza Sauce Seasoning | VG |
| Rossone Crushed Tomatoes | BLK |
| Rossone Ground Tomatoes | BLK |
| Pizza Sauce Seasoning | BLK |
| 8" Pizza Box | BLK |
| 10" Pizza Box | BLK |
| 12" Pizza Box | BLK |
| 14" Pizza Box | BLK |
| 16" Pizza Box | BLK |
| 10x15 Pizza Box | BLK |
| Wing/Bread Box | BLK |
| Napkin | BLK |
| T-Shirt Bag | BLK |
| **STANDARD PRODUCTS** | |
| Bacon | Daily |
| Feta Cheese | Athenos |
| Ham- Quartered | Tyson |
| Parmesan Cheese | Ultimo |
| Pepperoni Reduced fat | Tyson |
| Cream cheese | Schrieb |
| Flour Full Power Hi-Gluten | ConAgra |
| Flour Whole Wheat | ConAgra |
| Chicken Blings | BandD |
| LaNova BBQ wings | Lanova |
| LaNova Cajun wings | Lanova |
| Chicken Breast Strips | Tyson |
| Chicken Wings Boneless | Lanova |
| Green olives | Musco |
| Black olives | Ultimo |
| Cinnamon | Brill |
| Vanilla Icing | Brill |
| K.C BBQ Sauce | K.C |
| Franks Red Hot | Franks |
| H.V Ranch Dressing Packets | HV |
| Heavy Duty Mayonnaise | Kraft |
| Pineapple | Dole |
| 12" Gluten Free | Bistro |
| 12" Thin Crust | Doskocil |
| 14" Thin Crust | Bonici |
| 16" Thin Crust | Tyson |
| Garlic Sauce cup | Grand |
| Pesto Sauce | Arman |
| Jalapeno Sliced | Roma |
| Banana pepper | Roma |

©2015 Blackjack Pizza Enterprises LLC V2 0415

## Evaluating Your Own Store

It is always a good idea to take a good objective look at yourself and your operation on a regular basis. Do this from the perspective of a customer, and be as open as possible to being critical of your store. As a guide, use a copy of the Operations Assessment Report to make sure you cover all the bases. This exercise will not only help your operation but also help you get ready for your store evaluation. You can get the most recent copy of this form from your Field Representative.

## Non-compliance

As per the Blackjack Pizza Franchise Agreement, all franchisees must operate their stores according to the policies and guidelines outlined in the *Operations Manual.* Please note the following:

1. As a franchise, it is critical that every Blackjack Pizza store projects the same professional and consistent image to our customers.
2. Blackjack currently enjoys a wholesome chain-wide reputation. It is your responsibility to maintain these standards as a Blackjack Pizza franchisee.
3. Blackjack Pizza management will be very strict in adhering to these standards since any store out of compliance can have an adverse effect on the Blackjack image.

Failure to follow these standards will put your store in the status of non-compliance.

Failure to become compliant in any area may put you in default of your Franchise Agreement.

### Correcting Non-compliance

The following procedure will be used to help you return your store to a status of compliance as soon as possible.

1. Your Field Rep will identify any operational problem you have in your store on the Operations Assessment Report. This report will be your first indication of non-compliance in your store.
2. Your Field Rep will provide you with a copy of the completed OAR and an Operations Violations Form listing all violations for which you have 30 days or less to cure.
   a. If corrections have not been made by the cure date, you will be notified again by letter indicating that you are in violation of your Franchise Agreement.
   b. If you have not brought all areas into compliance by the new cure date, the matter will be turned over to Blackjack Pizza's Legal Department.

©2015 Blackjack Pizza Enterprises LLC V2 0415

# Insurance

## Insurance

Blackjack Pizza Enterprises, LLC and its franchisees are protected from many risks of doing business by at least five different insurance products. Each product is required for every store. Blackjack Pizza has many years of experience in the pizza business, and can usually recommend a couple of different companies in each field.

### General Property/Liability Umbrella Insurance

This is part of your normal store package. This policy covers your store for most claims arising from the normal course of doing business.

### Non-owned Driver Auto Liability Insurance

This insurance is often a rider added to your normal store insurance package. This insurance protects both franchisees and the franchisor. Non-owned auto coverage is required, and must be for at least one million dollars of coverage.

### Worker's Compensation Insurance

This required insurance covers workers who are injured on the job. Worker's Comp covers most medical expenses and lost wages due to on-the-job injuries if correct procedures are followed.

### Payroll Taxes and Insurance

Government agencies require various insurance as part of payroll, including Social Security, Federal Unemployment, and State Unemployment.

### Driver's Car Insurance

Every driver for Blackjack Pizza **must have** valid liability insurance in force at all times. It is up to the store management to keep track of driver's insurance expiration dates, and demand proof of insurance before drivers' insurance expires. Your Revention POS system does a good job of tracking this for you if used properly.

Please refer to the insurance information located on Page 3 of this module, which has been taken directly from your Franchise Agreement.

©2015 Blackjack Pizza Enterprises LLC V2 0415

## Accidents/Insurance Claims

If someone calls your store, claiming to be injured or made sick from your pizza, take the person's name and phone number, and let him or her know the franchisee will return the call. Do not admit guilt, and don't accuse the caller of being untruthful. It is extremely unlikely that anyone would ever get sick from our product, with our fresh ingredients, and with our ovens so hot. The franchisee may want to offer to refund their money or remake their pizza after verifying their order.

If they claim to have been injured from the pizza (chipped tooth from sausage, pit in olive), get their name and phone number and have the franchisee call them back. Once again, don't admit guilt, just take their information and give it to the franchisee. The franchisee should then call their insurance agent and let them handle it.

If a team member is injured on the job, he or she should immediately notify the manager. The manager should fill out a **Store Injury Report**, and then send the employee to their designated medical provider per their worker's compensation policy. If the injury is serious—or after normal business hours—the injured team member should go to the nearest emergency room. It may be appropriate for a manager to drive the team member, to call an ambulance, or for the team member to drive him or herself, depending on the circumstance. The team member should not go to his or her own doctor; most stores' insurance designates specific doctors to visit.

The manager or the franchisee should notify their workers compensation company within 24 hours. Depending on the company, this can either be done by phone, fax, or mail.

In the event of an accident involving an on-the-clock driver, the manager should:

- Make sure everyone is receiving proper medical care.
- Make sure proper authorities have been called (e.g., police, fire, ambulance).

Once health concerns are taken care of:

- Even if the team member's car can be driven, try to give them the rest of the night off.
- Notify worker's compensation carrier and insurance agent of an injured employee.
- Be sure team member knows to go to designated medical provider for follow-up exams.
- Get a copy of the police report.
- If the accident was our driver's fault, review their driving record with the new accident and make sure they still meet your insurance company's MVR requirements for employment.

## Insurance Portion of Franchise Agreement (Section 20)

### 20.1: Insurance Coverage

The Franchisee shall procure. maintain and provide evidence of (i) comprehensive general liability insurance for the Franchised Location and its operations with a limit of not less than $1,000,000 combined single limit, or such greater limit as may be required as part of any lease agreement for the Franchised Location (ii) automobile liability insurance covering all employees of the BLACKJACK PIZZA Business with authority to operate a motor vehicle in an amount not less than $1,000,000 or, with the prior written consent of the Franchisor, such lesser amount as may be available at a commercially reasonable rate, but in no event less than any statutory imposed minimum coverage; (iii) unemployment and worker's compensation insurance with a broad form all-states endorsement coverage sufficient to meet the requirements of the law; and (iv) all-risk personal property insurance in an amount equal to at least one hundred percent (100%) of the replacement costs of the contents and tenant improvements located at the BLACKJACK PIZZA Business. All of the required policies of insurance shall name the Franchisor as an additional named insured and shall provide for a thirty (30) day advance written notice to the Franchisor of cancellation.

### 20.2. Non-Owned Automobile Coverage.

The Franchisee shall be responsible for assuring that each driver who delivers pizza in his or her own vehicle for the Franchisee maintains liability insurance meeting or exceeding the minimum statutory requirements under the laws of the state in which the BLACKJACK PIZZA Business is located. Language reflecting this requirement shall be contained in the Franchisee's insurance policies. The maintenance of insurance by the Franchisee's drivers is a strict requirement which the Franchisee agrees to enforce rigorously.

### 20.3. Proof of Insurance Coverage.

The Franchisee will provide proof of insurance to the Franchisor prior to commencement of operations at its Blackjack Pizza business. This proof will show that the insurer has been authorized to inform the Franchisor in the event any policies lapse or are canceled. The Franchisor has the right to change the minimum amount of insurance the Franchisee is required to maintain by giving the Franchisee prior reasonable notice, giving due consideration to what is reasonable and customary in the similar business. Noncompliance with the insurance provisions set forth herein shall be deemed a material breach of this Agreement; in the event of any lapse in insurance coverage, in addition to all other remedies, the Franchisor shall have the right to demand that the Franchisee cease operations of the Blackjack Pizza businesses until coverage is reinstated, or, in the alternative, pay any delinquencies in premium payments and charge the same back to the Franchisee.

©2015 Blackjack Pizza Enterprises LLC V2 0415

## Motor Vehicle Report (MVR) Standards

All drivers must be 19 years of age have the type of license required by their state for the vehicles operated, and be able to provide proof of insurance. If a driver cannot meet the requirements listed below , he or she must be assigned to strictly non-driving duties.

- No more than two minor violations in the last three years. Minor violations include:
  - Speeding
  - Failure to yield
  - Accident
- No major violations in the last five years. Major violations include:
  - DUI and related
  - Reckless/careless driving
  - Excessive speeds over 30 mph
  - Leaving the scene of an accident
  - Refusing a chemical test
  - Driving with a suspended license

## Vehicle Inspection Checklists

The following pages show two different versions of the Blackjack Pizza Vehicle Inspection Checklist. One version allows you to capture information for all store team members, while the other provides a history of vehicle inspection results for a single team member. You can get copies of the Vehicle Inspection Checklist from your Field Rep.

## Vehicle Inspection Checklist – Team Version



Blackjack Pizza

Vehicle Inspection Checklist

The vehicle operator is responsible for the safe operating condition of his or her vehicle. This checklist describes the general operating condition of the vehicle inspected on the date shown to the right. It is not intended to replace extensive mechanical inspections by a professional.

Store No. ____________________

Date of Inspection ____________________

Directions: In each area, indicate whether the item is functioning properly and in good repair. If yes, mark the "P" bubble to indicate the vehicle passes the inspection. If not, mark the "R" bubble to indicate a repair or replacement is needed. Below the "R," indicate the date the issue was resolved.

| Driver's Full Name | Vehicle Make, Model, Year | License Plate No. | Both headlights (high and low beams) | Both taillights | Both brake lights | All turn signals (right/left, front/back) | Back-up lights | Inside dome or map light | Horn | Windshield and all windows (clean and free of cracks) | Wipers in good working condition | Outside and rear-view mirrors | Seat belt | Brakes (pedal pressure) | Tires (safe tread depth, no bald spots) | Muffler (secure and not loud) | Clean car inside and out | Valid insurance | Valid registration | Driver's Signature* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | P R | P R | P R | P R | P R | P R | P R | P R | P R | P R | P R | P R | P R | P R | P R | P R | P R | |
| | | | P R | P R | P R | P R | P R | P R | P R | P R | P R | P R | P R | P R | P R | P R | P R | P R | P R | |
| | | | P R | P R | P R | P R | P R | P R | P R | P R | P R | P R | P R | P R | P R | P R | P R | P R | P R | |
| | | | P R | P R | P R | P R | P R | P R | P R | P R | P R | P R | P R | P R | P R | P R | P R | P R | P R | |
| | | | P R | P R | P R | P R | P R | P R | P R | P R | P R | P R | P R | P R | P R | P R | P R | P R | P R | |
| | | | P R | P R | P R | P R | P R | P R | P R | P R | P R | P R | P R | P R | P R | P R | P R | P R | P R | |
| | | | P R | P R | P R | P R | P R | P R | P R | P R | P R | P R | P R | P R | P R | P R | P R | P R | P R | |
| | | | P R | P R | P R | P R | P R | P R | P R | P R | P R | P R | P R | P R | P R | P R | P R | P R | P R | |
| | | | P R | P R | P R | P R | P R | P R | P R | P R | P R | P R | P R | P R | P R | P R | P R | P R | P R | |
| | | | P R | P R | P R | P R | P R | P R | P R | P R | P R | P R | P R | P R | P R | P R | P R | P R | P R | |
| | | | P R | P R | P R | P R | P R | P R | P R | P R | P R | P R | P R | P R | P R | P R | P R | P R | P R | |
| | | | P R | P R | P R | P R | P R | P R | P R | P R | P R | P R | P R | P R | P R | P R | P R | P R | P R | |
| | | | P R | P R | P R | P R | P R | P R | P R | P R | P R | P R | P R | P R | P R | P R | P R | P R | P R | |
| | | | P R | P R | P R | P R | P R | P R | P R | P R | P R | P R | P R | P R | P R | P R | P R | P R | P R | |
| | | | P R | P R | P R | P R | P R | P R | P R | P R | P R | P R | P R | P R | P R | P R | P R | P R | P R | |
| | | | P R | P R | P R | P R | P R | P R | P R | P R | P R | P R | P R | P R | P R | P R | P R | P R | P R | |
| | | | P R | P R | P R | P R | P R | P R | P R | P R | P R | P R | P R | P R | P R | P R | P R | P R | P R | |
| | | | P R | P R | P R | P R | P R | P R | P R | P R | P R | P R | P R | P R | P R | P R | P R | P R | P R | |
| | | | P R | P R | P R | P R | P R | P R | P R | P R | P R | P R | P R | P R | P R | P R | P R | P R | P R | |
| | | | P R | P R | P R | P R | P R | P R | P R | P R | P R | P R | P R | P R | P R | P R | P R | P R | P R | |
| | | | P R | P R | P R | P R | P R | P R | P R | P R | P R | P R | P R | P R | P R | P R | P R | P R | P R | |
| | | | P R | P R | P R | P R | P R | P R | P R | P R | P R | P R | P R | P R | P R | P R | P R | P R | P R | |

† Inspecting Person's Signature: ______________________________

Inspecting Person's Title: ______________________________

† I have verified that the items listed above are functioning properly and are in good repair.

* By signing, I acknowledge that I will not use this vehicle for business purposes until it passes this inspection. I assume all responsibility for correcting every deficiency shown by this inspection, as well as, getting the vehicle reinspected by my employer prior to using it for business purposes.

### Vehicle Inspection Checklist – Individual Version

**Blackjack Pizza**

**Vehicle Inspection Checklist**

Store No. ____________________

The vehicle operator is responsible for the safe operating condition of his or her vehicle. This checklist describes the general operating condition of the vehicle inspected on the date(s) indicated below. It is not intended to replace extensive mechanical inspections by a professional.

Printer Driver's Full Name ____________________ Vehicle Make, Model, Year ____________________ License Plate No. ____________________

Directions: In each area, indicate whether the item is functioning properly and in good repair. If yes, mark the "P" bubble to indicate the vehicle passes the inspection. If not, mark the "R" bubble to indicate a repair or replacement is needed. Below the "R," indicate the date the issue was resolved.

| Date | Both head lights (high and low beams) | Both tail lights | Both brake lights | All turn signals (right/left, front/back) | Back-up lights | Inside dome or map light | Horn | Windshield and all windows (clean and free of cracks) | Wipers in good operating condition | Outside and rear-view mirrors | Seat belt | Brakes (pedal pressure) | Tires (safe tread depth, no bald spots) | Muffler (secure and not loud) | Clean car inside and out | Valid insurance | Valid Registration | Inspecting Person's Signature and Title† | Driver's Signature* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | (P) (R) | (P) (R) | (P) (R) | (P) (R) | (P) (R) | (P) (R) | (P) (R) | (P) (R) | (P) (R) | (P) (R) | (P) (R) | (P) (R) | (P) (R) | (P) (R) | (P) (R) | (P) (R) | (P) (R) | | |
| | (P) (R) | (P) (R) | (P) (R) | (P) (R) | (P) (R) | (P) (R) | (P) (R) | (P) (R) | (P) (R) | (P) (R) | (P) (R) | (P) (R) | (P) (R) | (P) (R) | (P) (R) | (P) (R) | (P) (R) | | |
| | (P) (R) | (P) (R) | (P) (R) | (P) (R) | (P) (R) | (P) (R) | (P) (R) | (P) (R) | (P) (R) | (P) (R) | (P) (R) | (P) (R) | (P) (R) | (P) (R) | (P) (R) | (P) (R) | (P) (R) | | |
| | (P) (R) | (P) (R) | (P) (R) | (P) (R) | (P) (R) | (P) (R) | (P) (R) | (P) (R) | (P) (R) | (P) (R) | (P) (R) | (P) (R) | (P) (R) | (P) (R) | (P) (R) | (P) (R) | (P) (R) | | |
| | (P) (R) | (P) (R) | (P) (R) | (P) (R) | (P) (R) | (P) (R) | (P) (R) | (P) (R) | (P) (R) | (P) (R) | (P) (R) | (P) (R) | (P) (R) | (P) (R) | (P) (R) | (P) (R) | (P) (R) | | |
| | (P) (R) | (P) (R) | (P) (R) | (P) (R) | (P) (R) | (P) (R) | (P) (R) | (P) (R) | (P) (R) | (P) (R) | (P) (R) | (P) (R) | (P) (R) | (P) (R) | (P) (R) | (P) (R) | (P) (R) | | |
| | (P) (R) | (P) (R) | (P) (R) | (P) (R) | (P) (R) | (P) (R) | (P) (R) | (P) (R) | (P) (R) | (P) (R) | (P) (R) | (P) (R) | (P) (R) | (P) (R) | (P) (R) | (P) (R) | (P) (R) | | |
| | (P) (R) | (P) (R) | (P) (R) | (P) (R) | (P) (R) | (P) (R) | (P) (R) | (P) (R) | (P) (R) | (P) (R) | (P) (R) | (P) (R) | (P) (R) | (P) (R) | (P) (R) | (P) (R) | (P) (R) | | |
| | (P) (R) | (P) (R) | (P) (R) | (P) (R) | (P) (R) | (P) (R) | (P) (R) | (P) (R) | (P) (R) | (P) (R) | (P) (R) | (P) (R) | (P) (R) | (P) (R) | (P) (R) | (P) (R) | (P) (R) | | |
| | (P) (R) | (P) (R) | (P) (R) | (P) (R) | (P) (R) | (P) (R) | (P) (R) | (P) (R) | (P) (R) | (P) (R) | (P) (R) | (P) (R) | (P) (R) | (P) (R) | (P) (R) | (P) (R) | (P) (R) | | |
| | (P) (R) | (P) (R) | (P) (R) | (P) (R) | (P) (R) | (P) (R) | (P) (R) | (P) (R) | (P) (R) | (P) (R) | (P) (R) | (P) (R) | (P) (R) | (P) (R) | (P) (R) | (P) (R) | (P) (R) | | |
| | (P) (R) | (P) (R) | (P) (R) | (P) (R) | (P) (R) | (P) (R) | (P) (R) | (P) (R) | (P) (R) | (P) (R) | (P) (R) | (P) (R) | (P) (R) | (P) (R) | (P) (R) | (P) (R) | (P) (R) | | |
| | (P) (R) | (P) (R) | (P) (R) | (P) (R) | (P) (R) | (P) (R) | (P) (R) | (P) (R) | (P) (R) | (P) (R) | (P) (R) | (P) (R) | (P) (R) | (P) (R) | (P) (R) | (P) (R) | (P) (R) | | |

† I have verified that the items listed here are functioning properly and are in good repair.

* By signing, I acknowledge that I will not use this vehicle for business purposes until it passes this inspection. I assume all responsibility for correcting every deficiency shown by this inspection, as well as, getting the vehicle reinspected by my employer prior to using it for business purposes.

©2015 Blackjack Pizza Enterprises LLC V2 0415

## Sample Store Insurance Policies

NAPO PROPERTY/LIABILITY PACKAGE POLICY

Company: TRAVELERS INSURANCE CO.
Policy Term: 05/09/98 — 05/09/99

*PROPERTY*

| | |
|---|---|
| $145,000 | BUSINESS PERSONAL PROPERTY and PROPERTY OF OTHERS<br>- Loc #1 (Office) $ 15,000<br>- Loc #2 (Greeley) $130,000 |
| Covers: | Special Perils coverage<br>Replacement Cost valuation<br>$250 Deductible each occurrence<br>AGREED VALUE - NO Coinsurance provision |
| Actual Loss<br>NO $ Limit | BUSINESS INCOME WITH EXTRA EXPENSE<br>For up to 12 months + 90 Day Extended Period of Indemnity |

*GENERAL LIABILITY - PER LOCATION **

| | |
|---|---|
| $2,000,000 | General Aggregate - Bodily Injury and Property Damage |
| $1,000,000 | Each Occurrence - Bodily Injury and Property Damage |
| $2,000,000 | Products/Completed Operations Aggregate |
| $1,000,000 | Personal and Advertising Injury |
| $1,000,000 | Non-Owned Auto Liability |
| 300,000 | Fire Legal Liability |
| 5,000 | Medical Payments |
| *Covers:* | Premises /Operations<br>Products/Completed Operations<br>Independent Contractors<br>Contractual Liability<br>Employees as Additional Insured<br>Host Liquor Liability<br>Incidental Medical Malpractice Liability<br>Non-Owned Water craft Liability (under 26')<br>Extended Bodily Injury<br>Broad Form Property Coverage<br>Automatic Coverage for Newly Acquired Organizations<br>Limited World-Wide Coverage |
| *Includes:* | $1,000,000 EXCESS LIABILITY (extends over GL limits above and Employer Liability only) |

©2015 Blackjack Pizza Enterprises LLC V2 0415

| PACKAGE POLICY FEATURES and BENEFITS | |
|---|---|
| INCLUDED | Money & Securities - up to BPP limit/on & off premise |
| INCLUDED | Employee Dishonesty - up to BPP limit |
| INCLUDED | Money Orders $ Counterfeit Currency - up to BPP limit |
| $ 50,000 | Temporary Relocation of Property at each location -90 days |
| INCLUDED | Business Income/Extra Expense extensions:<br>Civil Authority (2 weeks/ week Homicide/Suicide)<br>Food Contamination ($10,000 for re-sanitation & cost of food)<br>Telephone/Power Failure (4 hr waiting period/off premise) |
| INCLUDED | Food Spoilage & Consequential Loss - up to BPP limit |
| INCLUDED | Equipment Breakdown - Repair & Loss of Income are covered. Includes<br>On-Premise Services Interruption. ($500 deductible applies) |
| $100,000 | Building Ordinance/Law Extension for Increased Cost of Construction &/or Demolition |
| INCLUDED | Business Personal Property covered off-premise up to BPP limit - 30 to BPP limit |
| INCLUDED | Business Personal Property covered IN TRANSIT in any conveyance up to BPP limit |
| INCLUDED | Valuable Papers & Records - may be increased! $10,000 On premise/ $2,000 Off-premise |
| INCLUDED | Newly Acquired or Constructed Property - up to $250,000 Building, $100,000 BPP and $100,000 Loss of Income - 30 days |
| INCLUDED | 3% Annual Inflation Guard on Property limits |
| $5,000 | Personal Property and Effects at each location |
| INCLUDED | Signs attached to building or within 100 feet |
| INCLUDED | Appurtenant Structures - 5% of Bldg/BPP limit up to $25,000 maximum |
| $25,000 | Debris Removal |
| $25,000 | Pollutant Cleanup and Removal for each location |
| $1,000 | Claim Expense |
| $5,000 | Cost of Preparing Inventory |

©2015 Blackjack Pizza Enterprises LLC V2 0415

| **FEATURES and BENEFITS** (continued) | |
|---|---|
| INCLUDED | Arson and Theft Reward - 25% of claim up to $5,000 |
| $500 | Lost Key Consequential Loss |
| INCLUDED | Water & Sewer Backup originating on premise (up to $10,000) Includes underground water or flowing/seeping through foundations, walls, floors, basement doors or windows. |
| $10,000 | Fire Department Service Charge |
| $2,000 | Fire Protective Equipment Recharge |
| INCLUDED | Automatic Cooking Protection System (Recharging) |
| $10,000 | Fine Arts |
| $10,000 | Contingent Business Income/Extra Expense for Dependent Properties |
| $5,000 | Contingent Business Income - Shopping Center(90 Days) |
| $10,000 | Outdoor Property including fences, walls, trees, shrubs, paved surfaces, antennas, satellite dishes (maximum $500/tree; $1,000 antenna) |

| **INCLUDED OPTIONAL FEATURES** | |
|---|---|
| $20,000 | Business Computer Coverage<br>-includes Hardware, Data/Media, Business Income & Extra Expense<br>$10,000 Property in Transit or temporarily at another location |
| Replacement | Building Glass ($100 Deductible) |
| $ 1,000,000 | General Liability extended to Additional Insured (ie, landlord) |

©2015 Blackjack Pizza Enterprises LLC V2 0415

**Sample: NAPO INSURANCE PROGRAM PREMIUM SUMMARY**

**BLACKJACK PIZZA, INC.** **MAY 8,1998**

DESCRIPTION OF COVERAGE

*PREMIUM*

| | |
|---|---|
| Property/Liability Policy | $1,929 |
| Delivery Driver Policy | 5,582 |
| Workers' Compensation (BOR letter for RTW) | |
| | $7,511 |

The above premiums are payable either 1) in full, in advance, or 2) on installments with $1,878 down and 9 monthly installments of $630.89 including service charge.

This proposal only provides a highlight of coverage's. Please refer to the actual policy for insurance description and provisions.

I (we) accept this proposal with, if any, the following coverage recommendations and/or changes and reject any non-selected coverage.

1.
2.
3.

Authorized signature: ________________________________

Title: ________________________________

Date: ____/____/____

## Sample: NAPO DELIVERY DRIVER COVERAGE

**LIMITS**

$1,000,000 Liability Combined Single Limit - Bodily Injury & Property Damage

*Endorsements* Non-Owned Auto Liability
$1,000 deductible if driver's personal insurance does not respond.

**AUTOMOBILE SCHEDULE**

| VEHICLE DESCRIPTION | LIAB | MP | UM | PIP | COMP | COLL |
|---|---|---|---|---|---|---|
| 1) Any vehicle used in the delivery operations of your business | | | | X | | |

NOTE - This policy is subject to the following conditions:
1) Driver MVRs are checked for eligibility every 6 months;
2) Any "ineligible" employee is to be reassigned to a non-driving position, or released as an employee;
3) Each delivery vehicle is "inspected" every 6 months.

** Please see Driver MVR Standards and Vehicle Inspection form.



©2015 Blackjack Pizza Enterprises LLC V2 0415