# EXHIBIT 23

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 1:19-cv-00799-JLK

ROBERT KNERR, Individually and on behalf of a class of other similarly situated persons,

Plaintiffs,

-v-

BOULDER BJ, LLC, et al.

Defendants.

DEPOSITION OF CASEY ASKAR
TAKEN ON BEHALF OF THE PLAINTIFFS
ON OCTOBER 25, 2022

Reported by
Darla D. Thompson
Missouri CCR Number 553
Illinois CSR Number 084-004136

Bi-State Reporting, Inc.

1204 Seasons Drive
Godfrey, Illinois 62035
1204 Seasons Drive
Missouri (314)805-6578 Illinois (618)466-2039

Q. Who are the owners of Askar Management Group, LLC?
MR. BELL: Foundation.
A. I'm a shareholder. I'm an investor. I'm not sure what the ownership structure is and whatnot, but I am myself.
Q. (By Mr. Potashnick) What percentage of Askar Management Group, LLC do you own?
A. I don't know.
Q. Do you know who any other owners of Askar Management Group, LLC are?
A. My brother Sam was at one point. I'm not sure if he still is.
Q. Other than you and Sam, do you know or can you name any other owner of Askar Management Group, LLC?
A. No. I don't know.
Q. Who was the managing member of Askar Management Group, LLC?
MR. BELL: Foundation.
A. I don't know.
Q. (By Mr. Potashnick) Does Askar Management Group, LLC have officers?
MR. BELL: Foundation.
A. I don't know. I don't believe so, but I'm

Q. Do you have a job title with Askar Brands, LLC?
A. I don't believe so.
Q. Do you have a job title with Stealth Management, LLC?
A. No.
Q. Do you have a job title with Boulder BJ, LLC?
A. No.
Q. Do you have a job title with SingleDeck, LLC?
A. No.
Q. Who reports to the chairman of Blackjack Enterprises, LLC?
MR. BELL: Form; foundation.
A. Who reports to the chairman?
Q. (By Mr. Potashnick) Yes.
A. Well, assuming that I'm still technically the chairman, which is not a very formal thing for me, I have a consultant that briefs me on my investments, Blackjack Enterprises being one of them.
Q. As chairman of Blackjack Enterprises, who do you report to?
MR. BELL: Foundation.

A. Shareholders, the investors.
Q. Who are those shareholders and investors that you report to?
MR. BELL: Form and foundation.
A. Gabe Schuchman, Michael Schuchman, Sam Askar.
Q. And yourself?
A. And myself, yes.
Q. For Blackjack Enterprises, LLC, do you have the power to hire employees?
MR. BELL: Form; foundation.
A. I never have, so I don't know.
Q. (By Mr. Potashnick) Do you have the power for those stores to terminate employees?
A. I don't know. I never have. I've never stepped foot in the stores. I don't operate the stores. It's just a straight passive investment.
MR. BELL: Objection to the form. Casey, you have to give me a second to object if I'm going to.
Q. (By Mr. Potashnick) Do you have the power to schedule employees of the Blackjack pizza stores that you own now or in the past?
MR. BELL: Objection to form.
A. Never have.