# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.  19-cv- 00799-JKL-MEH

ROBERT KNERR and KARYN SQUIRES, on behalf
of themselves and those similarly situated,

      Plaintiffs,

v.

BOULDER BJ, LLC,
ARVADA BJ, LLC,
WESTMINSTER BJ, LLC,
LAKEWOOD BJ, LLC,
TAMIAMI BJ, LLC
SINGLEDECK, LLC, and
BASSAM "SAM" ASKAR.

      Defendants.

## JOINT MOTION TO CONFIRM ARBITRATION AWARD

Named Plaintiff Robert Knerr and the 100 opt-in Plaintiffs (collectively the "Moving Plaintiffs") and Defendants Boulder BJ, LLC, Arvada BJ, LLC, Westminster BJ, LLC, Lakewood BJ, LLC and Bassam "Sam" Askar (collectively "the Askar Defendants") jointly move the Court, pursuant to Section 9 of the Federal Arbitration Act ("FAA"), 9 U.S.C. § 9, to confirm the Final Arbitration Award entered by Arbitrator Jerome A. Diekemper on June 13, 2025 (copy attached as "Exhibit 1").[1]

1.     The Moving Plaintiffs are Named Plaintiff Robert Knerr and the following 100 opt-in Plaintiffs in this action, each of which was a Claimant in the arbitration between the Moving Plaintiffs and the Askar Defendants:

      Robert Knerr
      Erin Abigail
      Andrew Ball
      Kacie Basden-Harkness

---

[1] Plaintiff Karyn Squires and Defendant Singledeck, LLC do not participate in this Motion.

Brendon Bauldree
Mason Belville
William Bender
David Berry
Matt Berry
Lawrence Bickerstaff
Jack Bishop
Tyler Blumenschine
Ray Anthony Booty
Seth Bossinger
Connor Bradley
Mary Braklow
Nick Burton
Seaton Chang
Johnnie Chavez
Jerry James Clarke
Christopher Cloutier
Brian Collins
Sabastian Crain
Jasmine Dahna
Taylor Nicole DeVaughn
Jonathan Fair
Di'Anna Finley
Austin Fisher
Phillip Foster
Werner Fruwirth
Ronald Garcia
Eric Gardner II
Donald Geiger
Anthony Gonzales
Diego Gonzalez
Mark Gonzalez
Michael Goode
Jared Hagen
Thomas Harry
Coral Herman fka "Lambert"
Michelle Herrera
Sebastian Herrera
Frank Hogsett
Cassandra Jennett
Alex Kajosz
Vladimir Khromov
Peter Kirby
Shawn Knapp
Jonathan Lake
Dennis Larcom

Jason Levien
Derek Levy
Bobbie Lewis
Ian Lockwood
Katelyn Lockwood
Michael Lockwood
Norge Lopez
Lyle Martin
Steve Mayett
Christina McClurg
Gary McCullough
James McCullough
Wilson Mercado
Joseph Medcalf
Aaron Mitchell
Loren Motoyama
Drew Mulberry
Floyde Nolte
Tamara Novak
Sarah Olson
Elijah Ortegon
Katerina Parra
Jared Paterson
Jade Perez
Rand Phillips
Drisana Rabe
Cassius Reynolds
David Rosset
Michael Rowcotsky
Martin Rusch
Forrest Russell
Jerson Salgador
Phillip Sawaged
Kyle Schneider
Brittney Serendensky
Donald Seymour
Rachael Shaw
Brittney Sheridan
Karolina Shiery
Sean Souza
Mike Stone
Ashlie Tapia fka "Crane"
Mark Thomas
Paul Toner
Caitlyn Townsend
Jessica Urdank fka "Johnson"

Daniel Vargas
Carissa Wallace
Matthew Whie
Daniel Whitten
Kaylee Wilson

2.      On May 12, 2025, Plaintiff Knerr, on behalf of himself and the opt-in Plaintiffs, and the Askar Defendants entered into a formal settlement agreement documenting the terms of a settlement of the claims asserted in this action.

3.      Per the terms of settlement, the Moving Plaintiffs and the Askar Defendants submitted the issue of approval of their settlement to Arbitrator Jerome A. "Jerry" Diekemper. As a result of the arbitration, Arbitrator Diekemper issued a Final Arbitration Award on June 13, 2025 approving the settlement between the Moving Plaintiffs and the Askar Defendants as a fair and reasonable resolution of the claims.  Ex. 1.

4.      All of the 101 Moving Plaintiffs and the Askar Defendants jointly seek confirmation of the Final Arbitration Award.

5.      The Moving Plaintiffs and the Askar Defendants jointly move the Court to confirm the Final Arbitration Award and enter judgment. The settlement provides that the Moving Plaintiffs and the Askar Defendants have waived all appeal rights subject only to satisfaction of the terms of the settlement approved by the Final Arbitrator's Award, which the Court acknowledges and confirms.

6.      This Court maintains jurisdiction to enter judgment on the Final Arbitration Award. The Tenth Circuit holds that parties may consent to federal district courts' confirmation of their arbitration awards.  *P & P Indus. Inc. v. Sutter Corp.*, 179 F.3d 861, 866-67 (10th Cir. 1999).  Here, the Moving Plaintiffs and the Askar Defendants have agreed to this Court's jurisdiction to confirm the Final Arbitration Award.

7.      Pursuant to FAA Section 9, 9 U.S.C. § 9, the Court holds the authority to confirm the Final Arbitration Award by entering an order and judgment upon same.  9 U.S.C. § 9 provides:

> If the parties in their agreement have agreed that a judgment of the court shall be entered upon the award made pursuant to the arbitration, and shall specify the court, then at any time within one year after the award is made any party to the arbitration may apply to the court so specified for an order confirming the award, and thereupon the court must grant such an order unless the award is vacated, modified, or corrected as prescribed in sections 10 and 11 of this title.

9 U.S.C. § 9.

8.      Upon the timely motion for confirmation of an arbitration award, the court must grant confirmation unless the award is vacated pursuant to FAA Section 10, 9 U.S.C. § 10.  *Dodson Int'l. Parts, Inc. v. Williams Int'l. Co.*, 12 F.4th 1212, 1229 (10th Cir. 2021) (a district court must confirm an arbitration award unless it finds grounds to vacate the award under FAA Section 10, 9 U.S.C. § 10).  None of the movants contends, nor presents evidence showing, that the Final Arbitration Award was procured by corruption, fraud or undue means; that there has been evident partiality or corruption in the arbitration; that the arbitrator was guilty of misconduct in refusing to postpone any hearing, refusing to hear evidence pertinent or material to the controversy, or any other misbehavior by which the rights of any party have been prejudiced; or that the arbitrator exceeded his powers, or so imperfectly executed them that a mutual, final, and definite award upon the subject matter submitted was not made.  9 U.S.C. § 10.  Thus, the Final Arbitration Award should be confirmed.

9.      The "confirmation of an arbitration award is a summary proceeding that merely makes what is already a final arbitration award a judgment of the court." *Compaid de Inversiones Mercantiles, S.A. v. Grupo Cementos de Chihuahua S.A.B. de C.V.*, 970 F,3d 1269, 1287 (10th Cir. 2020); *Shenzhen Gooloo E-Commerce Co., Ltd. v. Pilot, Inc.*, 2024 U.S. Dist. Lexis 41537, at *27-28 (D. Colo. Mar. 8, 2024).

10.    The movants' proposed Order is attached.  It is modeled on the June 3, 2025 Order issued by Judge Domenico in *Nagel v. DFL Pizza, Inc. et al.*, Case No. 1:21-cv-00946-DDD-SBP (D. Colo.) (ECF 204).

WHEREFORE, the Moving Plaintiffs and the Askar Defendants request that the Court lift the stay, grant their Joint Motion to Reopen Case and Confirm Arbitration Award, enter judgment in favor of Named Plaintiff Robert Knerr and the above-listed Opt-in Plaintiffs in accordance with the Final Arbitration Award and dismiss the Moving Plaintiffs' claims with prejudice.

Respectfully submitted,

By: *Mark Potashnick*
**Weinhaus & Potashnick**
Mark Potashnick (Mo. Bar #41315)
(admitted in D. Colo.)
11500 Olive Blvd., Suite 133
St. Louis, Missouri 63141
Telephone: (314)997-9150 ext. 2
markp@wp-attorneys.com

**Biller & Kimble, LLC**
Andrew R. Biller (admitted D. Colo.)
Andrew P. Kimble (admitted D. Colo.)
Laura E. Farmwald (admitted D. Colo.)
8044 Montgomery Road, Suite 515
Cincinnati, OH 45236
Telephone: (513) 202-0710
Facsimile: (614) 340-4620
*abiller@billerkimble.com*
*akimble@billerkimble.com*
lfarmwald@billerkimble.com

**Livelihood Law, LLC**
David Lichtenstein
12015 East 46th Avenue, Suite 240
Denver, CO 80239
Telephone: (720) 465-6972
drl@livelihoodlaw.com
*Counsel for Plaintiffs*

Respectfully submitted,

POLSINELLI PC
By: */s/ Robert J. Hingula*
Robert J. Hingula (MO Bar #56353)
(admitted in D. Colo.)
Matthew P.F. Linnabary (MO Bar #71054)
(admitted in D. Colo.)
900 W. 48th Place, Suite 900
Kansas City, MO 64112
Telephone: (816) 753-1000
Facsimile: (816) 753-1536
rhingula@polsinelli.com
mlinnabary@polsinelli.com

Gillian McKean Bidgood, #34890
1401 Lawrence Street, Suite 2300
Denver, CO 80202
Telephone: (303) 572-9300
Facsimile: (303) 572-7883
gbidgood@polsinelli.com

ATTORNEYS FOR DEFENDANTS
ARVADA BJ, LLC; WESTMINSTER BJ,
LLC; LAKEWOOD BJ, LLC; TAMIAMI
BJ, LLC; BOULDER BJ, LLC; and
BASSAM "SAM" ASKAR