# EXHIBIT 29

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 19-cv- 00799-JKL-MEH

ROBERT KNERR and KARYN SQUIRES, on behalf
of themselves and those similarly situated,

Plaintiffs,

v.

BOULDER BJ, LLC,
ARVADA BJ, LLC,
WESTMINSTER BJ, LLC,
LAKEWOOD BJ, LLC,
TAMIAMI BJ, LLC
SINGLEDECK, LLC, and
BASSAM "SAM" ASKAR.

Defendants.

---

**DECLARATION OF MARK POTASHNICK**

---

I, Mark Potashnick, declare and state as follows:

1. I am a partner in the law firm of Weinhaus & Potashnick, and I have served as co-lead counsel in this litigation since February 7, 2022. I provide this declaration based on my personal knowledge and if called to testify to the contents hereof, I could and would competently do so.

2. I graduated from Washington University School of Law in St. Louis, Missouri in 1993 and I have been in private practice since that time.

3. For the past 32 years, my practice has been devoted to representing clients in the areas of labor, employment and employee benefits law. For the past approximately 16 years, most of my practice has encompassed wage and hour claims based on both federal and state law. I have pursued such claims within the territory of every federal circuit and in numerous state courts

around the nation.

4. I have successfully prosecuted several class and collective action matters, including numerous wage and hour claims. Some of these cases include:

a. *Halbach, et al. v. Great-West Life Ins, & Annuity Co.*, et ah, Case No. 4:05CV02399 (ERW) (E.D. Mo. 2005) (obtained court order reinstating health, dental, vision and prescription drug benefits of approximately 220 disabled employee benefit plan participants).

b. *Teamsters 604, et al. v. Inter-Rail Transport, Inc.*, Case No. 02-1109-DRH (S.D. 111. 2004) (obtained recovery for class of employees denied notice of plant closure under WARN Act).

c. *Wolfert v. UnitedHealth Group, et al*, Case No. 4:08CV01643 (TIA) (E.D. Mo. 2008) (recovered unpaid overtime wages due under FLSA and various state laws on behalf of class of customer service representatives).

d. *Smith v. Pizza Hut, Inc.*, Case No. l:09-cv-01632-CMA-BNB (D. Colo.) (obtained recovery of unpaid minimum wages for class of over 6,000 delivery drivers).

e. *Perrin v. Papa John's International, Inc.*, et al., Case No. 4:09-CV-01335 (AGF) (E.D. Mo.) (obtained recovery of unpaid minimum wage for class of nearly 19,000 pizza delivery drivers).

f. *Kirtright v. Holiday Delta, Inc.*, Case No. 7:09-cv-00184-BO (E.D.N.C.) (obtained recovery of unpaid minimum wages for class of over 1,100 delivery drivers).

g. *Crocker v. KV Pharmaceutical*, Case No. 4:09-cv-0198-CEJ (E.D. Mo. 2011) (obtained recovery of employee stock ownership plan funds for class of approximately 1,500 employees).

h. *Beasley v. GC Services*, Case No. 4:09CV1748 (CDP) (E.D. Mo. 2009) (recovered unpaid wages for approximately 2,400 bill collectors).

i. *Gardner v. GC Services*, Case No. 3:10-cv-00997 IEG-CAB (S.D. Cal. 2010) (recovered unpaid wages for approximately 1,500 bill collectors).

j. *Burks v. Bi-State Redevelopment, et al,* Case No. 4:09CV01302 (MLM) (E.D. Mo. 2009) (recovered unpaid wages for class of over 100 reservationists and dispatchers).

k. *Nicholson* v. *UTi Worldwide, Inc.,* Case No. 3:09-cv-00722-JPG-DGW

(S.D.111. 2009) (recovered unpaid wages for over 2,500 plaintiffs).

l. *Wass*. v. *NPC Int 'I, Inc.*, Case No. Case No. 09-CV-2254-JWL-KGS (D. Kan. 2009) (recovered unreimbursed job expenses for over 4,200 plaintiffs).

m. *Bass v. PJCOMN, et al,* Case No. 09-cv-01614-REB-MEH (D. Colo.2009) & 12-000115 (D. Md. Bankr.) (collective action litigation against PJ COMN d/b/a "Papa John's" for minimum wage violations resulting from under-reimbursed vehicle costs, settled case in bankruptcy court after defendants filed bankruptcy).

n. *Simmons, et al. v. Enterprise Holdings, Inc., et al,* Case No. 4:10CV00625 (AGF) (E.D. Mo. 2010) (recovered unpaid wages for over 3,100 plaintiffs).

o. *Lanktree v. 1-70 Towing, et al.,* Case No. 10-04124-CV-C-NKL (W.D. Mo. 2011) (obtained summary judgment for a class of Plaintiffs, followed shortly thereafter by recovery).

p. *Darrow v. WKRP Management LLQ et al.,* Case No. 09-cv-1613-CMA-BNB (D. Colo. 2012) (recovered unreimbursed job expenses for class totaling over 150 pizza delivery drivers).

q. *Hill v. Worldwide Technologies, Inc.,* Case No. 4:12CV00007 (AGF)(E.D. Mo. 2012) (recovered unpaid wages for a class of over 100 inside sales representatives).

r. *Goldman & Smith, et al.* v. *General Dynamics,* Case No. 4:95CV1452 (TCM) (E.D. Mo. 1996) (recovered over $2,300,000.00 in severance benefits for a class of retirees).

s. *Boyer v. Mosaic Sales Solutions,* EEOC Charge No. 560-2011-00173 (Cir. Ct. of St. L. Cnty. 2013) (recovered lost wages for a class of over 70 employees).

t. *Rikard v. U.S. Auto Protection, et al,* Case No. 4:ll-CV-01580 (JCH) (E.D. Mo. 2013) (recovered lost overtime wages for classes of inside sales representatives).

u. *Guzman v. GDB Int'l., Inc.*, Case No. 13-1145-JPG/PM (S.D. Ill. 2014) (recovered unpaid overtime wages for class of recycling plant employees).

v. *James v. National Floral Supply of Md., Inc.*, Case No. 6:14-CV-03162-JTM (W.D. Mo. 2014) (recovered unpaid overtime wages for a nation-wide class of floral shop managers).

w. *Jackson v. MUY Pizza, LLC*, Case No. SA-13-CA-849 (W.D. Tex.) (2014) (recovered unpaid vehicle expenses for class of pizza delivery drivers in Texas

and New Mexico).

x. *Otey & Greth v. CrowdFlower, Inc.,* Case No. C 12-5524 JST/MEJ (N.D. Cal.) (2014) (recovered minimum wage payments for class of employees performing on-line "crowdsourced" work).

y. *Bodon, et al. v. Domino's, LLC,* Case No. 1:09-CV-2941-SLT-RLM (E.D.N.Y. 2014) (recovered gratuities, uniform purchase costs and weekly uniform maintenance allowances for class of approximately 13,700 pizza delivery drivers and customer service employees).

z. *Cockrill v. La Raza Pizza, Inc.*, Case No. 1:14-cv-670 (S.D. Ind.) (collective action litigation against La Raza Pizza, Inc. d/b/a "Pizza Hut" for paying delivery drivers net wages below minimum wage due to unreimbursed automobile expenses).

aa. *Starr v. Schenker, Inc.,* Case No. 3:14-cv-00402-SMY-PMF (S.D. Ill.) (class action litigation against Schenker, Inc. for rounding away work time spent performing preparatory activities).

bb. *Heuberger v. Bajco, LLC, et al.,* Case No. 1:14-cv-01472-TWP-TAB (S.D. Ind.) (collective action litigation against Bajco, LLC and its affiliates d/b/a "Papa John's" for paying delivery drivers net wages below minimum wage due to unreimbursed automobile expenses).

cc. *Clay & Henderson v. Comm'ns. Unlimited, Inc., et al.,* Case No. 1:15-cv-00748 (RWS) (E.D. Mo.) (collective action litigation against Communications Unlimited, LLC and its affiliates for failing to pay overtime wages and failing to pay technicians minimum wage due to unreimbursed job expenses).

dd. *Spells v. Comm'ns. Unlimited, Inc., et al.,* Case No. 1:15-cv-00747 (ERW) (E.D. Mo.) (collective action litigation against Communications Unlimited, LLC and its affiliates for misclassification of "independent contractors" and resulting failure to pay minimum wages and overtime compensation).

ee. *Nyazee v. MBR Management Corp.*, Case No. 4:14CV1561 (AGF) (E.D. Mo.) (collective action litigation against MBR Management Corporation d/b/a "Domino's" for paying delivery drivers net wages below minimum wage due to unreimbursed automobile expenses).

ff. *Gibbins v. Hishmeh Enterprises, Inc.,* Case No. 56-2015-00468352-CU-PO-VTA (Sup. Ct. of Ventura Cnty., Cal.) (class and collective action litigation against Hishmeh Enterprises, Inc. d/b/a "Domino's Pizza" for paying delivery drivers net wages below minimum wage due to unreimbursed automobile expenses).

gg. *Perez v. CNH Food, LLC, et al. d/b/a "Pizza Hut,"* Case No. 3:15-cv-01010-D (N.D. Tex.) (collective action litigation against CNH Pizza, LLC, et al. d/b/a "Pizza Hut" for paying delivery drivers net wages below minimum wage due to unreimbursed automobile expenses).

hh. *Hoffman v. Poulsen Pizza, Inc., et al.,* Case No. 15-2640-DDC-KGG (D. Kan.) (collective action litigation against Poulsen Pizza, Inc., et al. d/b/a "Domino's Pizza" for paying delivery drivers net wages below minimum wage due to unreimbursed automobile expenses.

ii. *Lee v. Pizzaworks, LLC,* Case No. 3:15-cv-00570 (M.D. Tenn.) (collective action litigation against Pizzaworks, LLC, et al. d/b/a "Jet's Pizza" for paying delivery drivers net wages below minimum wage due to unreimbursed automobile expenses).

jj. *Carus v. Budget Prepay, Inc.,* Case No. BC584569 (Sup. Ct. of Los Angeles Cnty., Cal.) (class action litigation against Budget Prepay, Inc. seeking reimbursement of vehicle expenses incurred on the job).

kk. *Johnson v. Arch Auto Parts, Inc.,* Case No. 1:15-cv-02512-ENV-RER (E.D.N.Y.) (collective and class action litigation against Arch Auto Parts, Inc. seeking recovery of unpaid vehicle reimbursements and uniform purchase and maintenance expenses).

ll. *Gassell v. American Pizza Partners, L.P., et al.,* Case No. 14-cv-00291-PAB (D. Colo.) (collective action litigation against American Pizza Partners, L.P. and its affiliates d/b/a "Pizza Hut" for paying delivery drivers net wages below minimum wage due to unreimbursed automobile expenses).

mm. *Wyms v. Staffing Solutions Southeast, Inc.*, Case No. 3:15-cv-643-MJR-PMF (S.D. Ill.) (class and collective action litigation against Staffing Solutions Southeast, Inc. for requiring forklift operators to locate forklifts, inspect forklifts, change forklift batteries, obtain supplies, and drive forklifts off the clock).

nn. *Hill v. Johnny's Pizza House, Inc.,* Case No. 3:15-cv-01062-RGJ-KLH (W.D. La.) (collective action litigation against Johnny's Pizza House, Inc. for paying delivery drivers net wages below minimum wage due to unreimbursed automobile expenses).

oo. *Linkovich v. Capital Pizza Huts, Inc.*, Case No. 1:14-cv-01865-MSK-BNB (D. Colo.) (collective action litigation against Capital Pizza Huts, Inc. d/b/a "Pizza Hut" for paying delivery drivers net wages below minimum wage due to unreimbursed automobile expenses).

pp. *Johnson & Pickett v. Ronak Foods, Inc., et al.,* Case No. 001090 (Ct. of

Comm'n. Pleas of Phila., PA) (Class action litigation against Ronak Foods, Inc., et al. d/b/a "Pizza Hut" for paying delivery drivers net wages below minimum wage due to unreimbursed automobile expenses).

qq. *Hines v. Cowabunga, Inc. d/b/a "Domino's Pizza,"* AAA Case No. 01-15-0003-4458 (collective action litigation against Cowabunga, Inc. d/b/a "Domino's Pizza" for paying delivery drivers net wages below minimum wage due to unreimbursed automobile expenses).

rr. *Scarry v. Summit Restaurant Group, LLC, et al.,* Case No. 3:15-cv-01090-WQH-BGS (S.D. Cal.) (collective action litigation against Summit Restaurant Group, LLC, et al. d/b/a "Pizza Hut" for paying delivery drivers net wages below minimum wage due to unreimbursed automobile expenses).

ss. *Prince v. QS America, Inc.,* Case No. 1:15-cv-02033-TWT (N.D. Ga.) (collective action litigation against QS America, Inc., et al. d/b/a "Papa John's" for paying delivery drivers net wages below minimum wage due to unreimbursed automobile expenses).

tt. *Hackett v. ADF Cos., Inc., et al.,"* Case No. 8:15-cv-01688-PJM (D. Md.) (collective action litigation against ADF Cos., Inc., et al. d/b/a "Pizza Hut" for paying delivery drivers net wages below minimum wage due to unreimbursed automobile expenses).

uu. *Larson v. Desert Sun Pizza, LLC,* Case No. 3:16-cv-08011-SRB (D. Ariz.) (collective action litigation against Desert Sun Pizza, LLC d/b/a "Pizza Hut" for paying delivery drivers net wages below minimum wage due to unreimbursed automobile expenses).

vv. *Houssam v. MSK Mgmt., Inc.,* Case No. 2:16-cv-00932-MCA-MAH (D.N.J.) (class and collective action litigation against MSK Management and its affiliates d/b/a "Domino's Pizza" for paying delivery drivers net wages below minimum wage due to unreimbursed automobile expenses).

ww. *Jabrani v. Miles Enterprises, Inc.,* Case No. 1:16-cv-02620-JBS-AMD (D.N.J.) (collective action litigation against Miles Enterprises, Inc., *et al.* d/b/a "Domino's Pizza" for paying delivery drivers net wages below minimum wage due to unreimbursed automobile expenses).

xx. *Finstad v. MUY Pizza, Minnesota, Inc.,* 0:16-cv-01172-PAM-BRT (D. Minn.) (collective action litigation against MUY Pizza Minnesota, Inc. d/b/a "Pizza Hut" for paying delivery drivers net wages below minimum wage due to unreimbursed automobile expenses).

yy. *Gonzales v. Home Nursery, Inc.,* Case No. 3:14-cv-01140-MJR-DGW (S.D. Ill.) (collective action litigation against Home Nursery, Inc. for

misclassification of shipping and receiving employees as agricultural employees exempt from overtime wage law).

zz. *Fountain v. PDQ Pizza, Inc.*, 05-2016-CA-048359 (Cir. Ct. of Broward Cnty., Fla.) (collective action litigation against PDQ Pizza, Inc. d/b/a "Domino's Pizza" for paying delivery drivers net wages below minimum wage due to unreimbursed automobile expenses).

aaa. *Colvin v. MUY Pizza Southeast, LLC,* AAA Case No. 01-16-0001-4303 (arbitration claim MUY Pizza Southeast, LLC d/b/a "Pizza Hut," for paying delivery drivers net wages below minimum wage due to unreimbursed automobile expenses).

bbb. *Phillips v. Pizza the Pie, LLC,* Case No. 2:16-cv-00075-WCO (N.D. Ga.) (arbitration claim against Pizza the Pie, LLC and its affiliate d/b/a "Domino's Pizza" for paying delivery drivers net wages below minimum wage due to unreimbursed automobile expenses).

ccc. *Armes v. Hot Pizzas, LLC,* Case No. 2:16-cv-01152-DJH (D. Ariz.) (class and collective action litigation against Hot Pizzas, LLC d/b/a "Pizza Hut" for paying delivery drivers net wages below minimum wage due to unreimbursed automobile expenses).

ddd. *Criddell v. Premier Healthcare Services, LLC,* Case No. CV 16-5842-R (C.D. Cal.) (class action against Premier Healthcare Services, LLC for unlawful procurement of consumer reports and collective action alleging failure to pay overtime wages to home healthcare workers).

eee. *Tegtmeier v. PJ Iowa, LC,* Case No. 3:15-cv-00110-JEG-HCA (S.D. Iowa) (class and collective action litigation against PJ Iowa, LC d/b/a "Papa John's," for paying delivery drivers net wages below minimum wage due to unreimbursed automobile expenses).

fff. *Merbaum v. Cady Studios, LLC,* 1:16-cv-04623-TWT (N.D. Ga.) (collective action against Cady Studios, LLC for paying photographers net wages below minimum wage due to unreimbursed automobile expenses).

ggg. *Creech v. Pizza Huts of S.E. Kan., Inc.,* AAA Case No. 01-16-0001-8208 (D. Kan.) (class and collective action arbitration against Pizza Huts of Southeast Kansas, Inc. d/b/a "Pizza Hut" for paying delivery drivers net wages below minimum wage due to unreimbursed automobile expenses).

hhh. *Hammack v. CFL Pizza, LLC,* AAA Case 01-16-0001-2126 (AAA) (arbitration against CFL Pizza, LLC d/b/a "Pizza Hut" for paying delivery drivers net wages below minimum wage due to unreimbursed automobile expenses).

iii. *Stidham v. 2JR Pizza Enterprises, Inc.,* Case No. 1:17-cv-00105-JMS-DML (S.D. Ind.) (collective action litigation against 2JR Pizza Enterprises, Inc. d/b/a "Pizza Hut," for paying delivery drivers net wages below minimum wage due to unreimbursed automobile expenses).

jjj. *Gomez v. South Florida Pizza,* Case No. 1:17-cv-20844-FAM (S.D. Fla.) (collective action litigation against South Florida Pizza, Inc. d/b/a/ "Domino's Pizza" for paying delivery drivers net wages below minimum wage due to unreimbursed automobile expenses).

kkk. *Redus v. CSPH, Inc.,* Case No. 3:15-2364-M (N.D. Tex.) (collective action litigation against CSPH, LC d/b/a "Domino's Pizza," for paying delivery drivers net wages below minimum wage due to unreimbursed automobile expenses).

lll. *McCauley v. America's Pizza Co., L.L.C.,* Case No. 2:16-CV-00253-MHW (S.D. Ohio) (collective action litigation against America's Pizza Company, L.L.C. d/b/a "Pizza Hut" for paying delivery drivers net wages below minimum wage due to unreimbursed automobile expenses).

mmm. *Creech v. PJ Wichita, LLC,* 2:16-cv-02312-JAR-GEB (D. Kan.) (collective action litigation against PJ Wichita, LLC d/b/a "Papa John's" for paying delivery drivers net wages below minimum wage due to unreimbursed automobile expenses).

nnn. *Rocker v. Keystone Pizza, LLC*, Case No. 514228/2017 (Sup. Ct. of Kings Cnty, N.Y.) (class action litigation against Keystone Pizza, Inc. d/b/a "Pizza Hut" for paying delivery drivers net wages below minimum wage due to unreimbursed automobile expenses).

ooo. *Ibarra v. Michael's Place, LLC*, Case No. 4:16-cv-00555 RLW (E.D. Mo.) (class action litigation against Michael's Place, LLC for time shaving).

ppp. *Drollinger v. Network Global Logistics, Inc.*, Case No. 16-cv-00304-MSK (D. Colo.) (collective action litigation against Network Global Logistics, Inc., et al. for paying medical couriers net wages below minimum wage due to unreimbursed automobile expenses).

qqq. *Agunbiade v. New Vision Pizza, LLC, et al.,* Case No. 7:17-cv-00029-O (N.D. Tex.) (collective action litigation against New Vision Pizza, LLC and its affiliates d/b/a "Domino's Pizza" for paying delivery drivers net wages below minimum wage due to unreimbursed automobile expenses).

rrr. *Bush v. Great Circle,* 2:17-cv-04070-BCW (W.D. Mo.) (class and collective action alleging failure to pay overtime wages to social workers).

sss. *Perrin v. RubinBrown LLP*, Case No. 4:15-cv-00850 (HEA) (E.D. Mo.) (class action litigation against RubinBrown LLP for unlawful procurement of consumer reports and collective action alleging failure to pay overtime wages to home healthcare workers).

ttt. *Gentry v. EPSI, Inc.,* Case No. 5:18-cv-00020 (RWS) (E.D. Tex.) (collective action litigation against EPSI, Inc. d/b/a "Domino's Pizza" for paying delivery drivers net wages below the minimum due to unreimbursed automobile expenses).

uuu. *Nelson v. Mountainside Pizza, Inc., et al.,* Case No. 1:16-cv-025825-RM-MJW (D. Colo.) (collective action litigation against Mountainside Pizza, Inc. and its affiliates d/b/a "Domino's Pizza" for paying delivery drivers net wages below the minimum due to unreimbursed automobile expenses).

vvv. *Kirkwood v. Noble Food Group, LLC, et al.,* Case No. 2:18-cv-00360-JCC (W.D. Wash.) (class and collective action litigation against Noble Food Group, Inc. and its affiliates d/b/a "Domino's Pizza" for paying delivery drivers net wages below the minimum due to unreimbursed automobile expenses).

www. *Wilson v. DFL Pizza, Inc., et al.,* Case No. 1:18-cv-00109-RM-MEH (D. Colo.) (collective action litigation against DFL Pizza, Inc. and its affiliates d/b/a "Domino's Pizza" for paying delivery drivers net wages below the minimum due to unreimbursed automobile expenses).

xxx. *Paul v. Ozark Pizza, Inc., et al.,* Case No. 01-18-0001-7285 (AAA) (collective action litigation against Ozark Pizza Company, LLC d/b/a "Papa John's Pizza" for paying delivery drivers net wages below the minimum due to unreimbursed automobile expenses).

yyy. *Dotson v. PS Management, Inc., et al.,* Case No. Case No. 2:17-cv-00896-JTC (S.D. W. Va.) (collective action litigation against PS Management, Inc. and its affiliate d/b/a "Papa John's Pizza" for paying delivery drivers net wages below the minimum due to unreimbursed automobile expenses).

zzz. *Jones v. Synergies3 Tec Services, LLC,* Case No. 4:18-cv-01161 (JAR) (E.D. Mo.) (Class and collective action litigation against Synergies3 Tec Services, LLC for misclassification of "independent contractors" and resulting failure to pay minimum wages and overtime compensation).

aaaa. *Bush v. Great Circle,* Case No. Case No. 2:17-cv-04070-BCW (W.D. Mo.) (Class and collective action litigation against Great Circle for misclassification of foster care case managers as "exempt" from federal and state overtime pay laws).

bbbb. *Pizano v. 1st Class Pizza, Inc.,* Case No. 56-2017-CA-001883 (Cir. Ct. of St. Lucie Cnty., Fla.) (Class action litigation against 1st Class Pizza, Inc. d/b/a "Domino's Pizza" for paying delivery drivers net wages below the minimum due to unreimbursed automobile expenses).

cccc. *Beach v. Texas to Go, Inc.,* Case No. 1:18-cv-00480-LY (W.D. Tex.) (Collective action litigation against Texas to Go, Inc. for paying delivery drivers net wages below the minimum due to misclassification as independent contractors and unreimbursed automobile expenses).

dddd. *McFarlin v. The Word Enterprises, Inc., et al.,* Case No. 5:16-cv-12536-GAD-APP (E.D. Mich.) (Class and collective action litigation against The Word Enterprises, LLC and its affiliates d/b/a "Hungry Howie's Pizza" for paying delivery drivers net wages below the minimum due to unreimbursed automobile expenses).

eeee. *Graham v. The Word Enterprises, Inc., et al.,* Case No. 2:18-cv-10167-GAD-APP (E.D. Mich.) (Class and collective action litigation against The Word Enterprises, LLC and its affiliates d/b/a "Hungry Howie's Pizza" for paying delivery drivers net wages below the minimum due to unreimbursed automobile expenses).

ffff. *Kenny v. TBG Pizza, Inc..,* Case No. 1:19-cv-00791-PWG (D. Md.) (class and collective action litigation against TBG Pizza, Inc. d/b/a "Domino's Pizza" for paying delivery drivers / catering workers net wages below minimum wage due to unreimbursed automobile expenses).

gggg. *Rechtoris v. Dough Mgmt., Inc.,* Case No. 3:18-CV-708-PPS-MGG (N.D. Ind.) (class and collective action against Dough Management, Inc. d/b/a "Domino's Pizza" for paying delivery drivers net wages below the minimum due to unreimbursed automobile expenses).

hhhh. *Kenny v. T.B.G. Pizza, Inc.,* Case No. 19-cv-00791-PWG (D. Md.) (class and collective action against T.B.G. Pizza, Inc., et al. d/b/a "Domino's Pizza" for paying delivery drivers net wages below the minimum due to unreimbursed automobile expenses.

iiii. *Anderson v. Mountain View Pizza, LLC et al.,* Case No. 1:18-cv-00058-SPW-TJC (D. Mont.) (class and collective action litigation against Mountain View Pizza, LLC and its affiliates d/b/a "Papa John's Pizza" for paying delivery drivers net wages below the minimum due to unreimbursed automobile expenses).

jjjj. *Varble v. Midwest Water & Concrete, Inc.*, Case No. 3:19-cv-00247-JPG-GCS (S.D. Ill.) (class and collective action against Midwest Water & Concrete, Inc. for failing to pay overtime wages for travel time).

kkkk. *Kirby v. Caudill Ventures, LLC,* Case No. 7:19-cv-00170-D (E.D.N.C.) (class and collective action against Caudill Ventures, LLC d/b/a "Papa John's Pizza" for paying delivery drivers net wages below the minimum due to unreimbursed automobile expenses).

llll. *Sirak v. Ike & Mike Pizza, LLC, et al.,* Case No. 1:19-cv-172-LY (W.D. Tex.) (collective action against Ike & Mike Pizza, LLC, et al. d/b/a "Domino's Pizza" for paying delivery drivers net wages below the minimum due to unreimbursed automobile expenses).

mmmm. *Lane v. Schenker, Inc.*, Case No. 3:19-cv-00507-NJR-MAB (S.D. Ill.) (class action against Schenker, Inc. for obtaining biometric identifiers without disclosure or consent in violation of the Illinois Biometric Information Privacy Act).

nnnn. *Lechuga v. Elite Engineering, Inc., et al.,* Case No. 1:20-cv-03378-EEG-BWJ (N.D. Ill.) (class and collective action litigation against Elite Engineering, Inc. and its owners alleging misclassification of cable television installers as independent contractors and resulting failure to pay overtime wages).

oooo. *Mancuso v. RFA Brands, LLC,* Case No. 6:18-cv-06807-DGL (W.D.N.Y.) (class action consumer rights claim alleging deceptive advertising by power bank manufacturer).

pppp. *Ralph v. D.O.S. Pizza, Inc., et al. d/b/a "Domino's Pizza,"* Case No. BC720158 (Sup. Ct. of L.A. Cnty.) (representative action under California Private Attorney General Act ("PAGA") seeking penalties for failure to reimburse workers for vehicle costs).

qqqq. *Valdivia & Taylor v. Parts Authority Metro, LLC,* Case No. 56-2019-00525767-CU-OEVTA (Sup. Ct. of Ventura Cnty.) (class and representative action under California Labor Code and Private Attorney General Act ("PAGA") seeking recovery for meal and rest break violations, along with associated pay violations).

rrrr. *Sagendorf v. Quality Huts, LLC,* 3:18-cv-623-MGG (N.D. Ind.) (collective action against Quality Huts, Inc., et al. d/b/a "Pizza Hut" for paying delivery drivers net wages below the minimum due to unreimbursed automobile expenses).

ssss. *Giles v. Shri Yamuna, Inc.,* Case No. 1:20-cv-04489-ELR (N.D. Ga.) (collective action claim against Shri Yamuna, Inc., et al. d/b/a "Marco's Pizza" for paying delivery drivers net wages below the minimum due to unreimbursed automobile expenses).

tttt. *Compton v. North Central Virginia Restaurants, Inc.,* Case No. 5:20-cv-00073-TTC-JCH (W.D. Va.) (class and collective action against North Central Virginia Restaurants, Inc. d/b/a "Papa John's Pizza" for paying delivery drivers net wages below the minimum due to unreimbursed automobile expenses).

uuuu. *Yates v. JAK Pizza, Inc.,* Case No. 3:21-cv-01125-YY (D. Or.) (class and collective action against JAK Pizza, Inc. d/b/a "Domino's Pizzas" for paying delivery drivers net wages below the minimum due to unreimbursed automobile expenses).

vvvv. *Thompson v. Parts Authority, LLC*, Index No. 500141/2022 (Sup. Ct. of Kings Cnty., NY) (nationwide class and collective action against Parts Authority, LLC for " for paying delivery drivers net wages below the minimum due to unreimbursed automobile expenses, failing to pay for deliveries performed off-the-clock, and failing to provide statutory notices to New York employees ).

wwww. *Collins v. Lakes Area Pizza, Inc.*, Case No. 21-cv-1457-KMM-BRT (D. Minn.) (class and collective action against Lakes Area Pizza, Inc. d/b/a "Domino's Pizzas" for paying delivery drivers net wages below the minimum due to unreimbursed automobile expenses).

xxxx. *Durling v. Papa John's Int'l., Inc.,* Case No. 7:16-cv-03592-CS (S.D.N.Y.) (collective action litigation against Papa John's International, Inc. for paying delivery drivers net wages below minimum wage due to unreimbursed automobile expenses).

yyyy. *Hubbard v. Papa John's Int'l., Inc.,* Case No. 5:19-cv-00022-TBR (W.D. Ky.) (class action litigation against Papa John's International, Inc. for paying delivery drivers net wages below minimum wage due to unreimbursed automobile expenses).

zzzz. *Torres v. L&S Pizza, Inc.,* Case No. 20CV-03134 (Sup. Ct. of Merced Cnty.) (PAGA claim against L&S Pizza, Inc., et al. d/b/a "Mountain Mike's Pizza" for paying delivery drivers net wages below the minimum due to unreimbursed automobile expenses) (settled pending court approval).

*aaaaa. Rodriguez v. GC Pizza, LLC,* Case No. 4:20-cv-03106-JMG-SDB (D. Neb.) (class and collective action against GC Pizza, LLC d/b/a "Domino's Pizza" for paying delivery drivers net wages below the minimum due to unreimbursed automobile expenses) (settled pending court approval).

*bbbbb. Coleman v. DOS Pizza, Inc.,* Case No. 37-2024-00009527-CU-OE-CTL (Sup. Ct. of San Diego Cnty., Cal.) (PAGA action against DOS Pizza, Inc. d/b/a "Domino's Pizza" for under-reimbursing delivery drivers for vehicle costs incurred in performing the job and paying them net wages below the minimum

due to unreimbursed automobile expenses).

*ccccc. Cake Love Co. v. AmeriPride Services, LLC*, Case No. 22-cv-01301-PJS-ECW (D. Minn.) (breach of contract class action seeking recovery of overcharges to customers nationwide) (settled pending court approval).

*ddddd. Edwards v. PJ Ops Idaho, LLC, et al.,* Case No. 1:17-cv-00283-DCN (D. Idaho) (five state class action litigation against PJ Ops Idaho, LLC and its affiliates d/b/a "Papa John's Pizza" for paying delivery drivers net wages below the minimum due to unreimbursed automobile expenses plus multi-state FLSA claim) (settled pending court approval).

*eeeee. Stansbury v. Barrick Enterprises, Inc.*, Case No. 1:22-cv-00342-YK (M.D. Pa.) (collective action against Barrick Enterprises, Inc. d/b/a "Domino's Pizza," for paying delivery drivers net wages below the minimum wage due to unreimbursed automobile expenses) (settled pending court approval).

*fffff. Nagel v. DFL Pizza, LLC d/b/a "Domino's Pizza,"* Case No. 1:21-cv-00946-DDD-KLM (D. Colo.) (class and collective action against DFL Pizza, LLC d/b/a "Domino's Pizza" for paying delivery drivers net wages below the minimum due to unreimbursed automobile expenses) (settled pending approval).

*ggggg. Pang v. Soph, Inc. d/b/a "Papa Johns Pizza,"* Case No. 21 CIV 04436 (Sup. Ct. of San Mateo Cnty., Cal.) (class action against Soph, Inc. d/b/a "Papa Johns Pizza" for under-reimbursement and paying delivery drivers net wages below the minimum wage due to unreimbursed automobile expenses) (settled pending court approval).

5. Currently, I am lead counsel or co-lead counsel in multiple class, collective and representative actions including, but not limited to, the following:

a. Class and collective action against Boulder BJ, LLC and its affiliates d/b/a "Blackjack Pizza" for paying delivery drivers net wages below the minimum due to unreimbursed automobile expenses. *Knerr v. Boulder BJ, LLC, et al. d/b/a "Blackjack Pizza,"* Case No. 1:19-cv-00799-JLK (D. Colo.).

b. Collective action against PJ Operations, LLC d/b/a "Papa John's Pizza" for paying delivery drivers net wages below the minimum wage due to unreimbursed automobile expenses. *Crook v. PJ Operations, LLC*, 5:21-cv-00321-KKC (E.D. Ky.).

c. Collective and class action against Parts Authority, LLC and Diligent Delivery Systems alleging misclassification of workers as independent contractors and resulting overtime and minimum wage violations. *Casey v.*

*Parts Auth., LLC, et al.*, Case No. 1:24-cv-02659-DLF (D.D.C.).

d. Class action against DMA Associates, Inc. et al. d/b/a "Domino's Pizza" for failing to provide "tip credit adjustments." *Cain v. DMA Assocs., Inc., et al.*, Case No. MID-L-005515-24 (Sup. Ct. of Middlesex Cnty, N.J.).

e. Class and collective action against Serazen, Inc., PJ Ohio, LLC, PJ North Carolina, LLC and PJ Las Vegas, LLC for paying delivery drivers net wages below the minimum wage due to unreimbursed automobile expenses. *Baker v. PJ Ohio, LLC*, Case No. 3:5-cv-00003-MJN-PBS (S.D. Ohio).

6. I am a member of the following legal associations and have received the following honors:

a. I was appointed by Judge Jean Hamilton of the Eastern District of Missouri and the U. S. Department of Labor as a trustee over administration of an ERISA benefit plan termination;

b. I am an active member of the National Employment Lawyers Association ("NELA"), a former executive board member of the St. Louis NELA chapter, and a previous Secretary/Treasurer of that chapter;

c. I was a featured guest on Lawtalk, an internet radio program;

d. I have spoken to employees around the country regarding workplace legal issues including presentations at more than 20 Ford Motor Company manufacturing and assembly plants;

e. I was a 2011 graduation speaker for DeVry University;

f. I have presented various topics at continuing education programs including wage and hour practice, ERISA and COBRA compliance, successful strategies in litigating employment claims, distinguishing employees from independent contractors, and religious discrimination;

g. I have been recognized as a "Missouri/Kansas Superlawyer" every year since 2015;

h. I have been recognized as a "Missouri Top Lawyer" by the St. Louis Post-Dispatch every year since 2016; and

i. I presented a continuing legal education class on vehicle reimbursement claims in January 2024.

7. My contributions to wage and hour cases alleging minimum wage violations resulting from under-reimbursed vehicle costs (nominal wages – unreimbursed vehicle costs incurred on the job = subminimum net wages) have been recognized around the nation. *See, e.g., Dotson v. P.S. Mgt., Inc.,* Case No. 2:17-cv-00896-JTC (S.D. W. Va. Apr. 7, 2020) (ECF Doc. No. 90), at 15; *Jimenez v. Pizzerias*, LLC, 2017 U.S. Dist. LEXIS 129820, *13-14 (S.D. Fla. Aug. 14, 2017); *Hackett v. ADF Rest. Invs.,* 259 F. Supp. 3d 360, 368 (D. Md. Dec. 19, 2016). Those contributions include but are not limited to:

a. Decisions recognizing a cause of action under the FLSA / sufficient pleading:
   i. *Wass v. NPC Int'l., Inc.,* 688 F. Supp. 2d 1282, 1285-86 (D. Kan. 2010).
   ii. *Perrin v. Papa John's Int'l., Inc.,* 818 F. Supp. 2d 1146, 1149-53 (E.D. Mo. Mar. 8. 2011).
   iii. *Darrow v. WKRP Mgmt., LLC,* 2011 U.S. Dist. LEXIS 59388, at *9-17 (D. Colo. June 3, 2011).
   iv. *Smith v. Pizza Hut, Inc.,* 2011 U.S. Dist. LEXIS 76793, at *11-12 & n.4 (D. Colo. July 14, 2011).
   v. *Cornish v. Deli Mgmt., Inc.,* 2016 U.S. Dist. LEXIS 141209, at *1-15 (D. Md. Oct. 12, 2016).
   vi. *Crook v. PJ Ops., LLC*, 2022 U.S. Dist. LEXIS 194027, at *1-10 (E.D. Ky. Oct. 25, 2022).

b. Decisions recognizing a cause of action for minimum wage violations based on under-reimbursed vehicle costs under various state laws:

   i. *Perrin v. Papa John's Int'l., Inc.,* 2013 U.S. Dist. LEXIS 181749, at *21 & n.5 (E.D. Mo. Dec. 31, 2013) (recognizing claims under laws of 5 state laws).
   ii. *Hatmaker v. PJ Ohio, LLC,* 2019 U.S. Dist. LEXIS 50403 (S.D. Ohio Mar. 26, 2019) (recognizing claim under North Carolina law).
   iii. *Graham v. The Word Enterprises – Perry, LLC*, 2018 U.S. Dist. LEXIS 101769, at *11-17 (E.D. Mich. June 19, 2018) (recognizing claim under Michigan law).
   iv. *Tegtmeier v. PJ Iowa, L.C.,* 189 F. Supp. 3d 811 (S.D. Iowa May 18, 2016) (recognizing claim under Iowa law).
   v. *Ralph v. D.O.S. Pizza,* AAA Case No. 01-18-0002-2036 (Berger May 5, 2020), at 11-13 (recognizing claim under California law).

vi. *Guidry v. Parts Authority,* AAA Case No. 01-19-003-4265 (Heckman Aug. 11, 2020), at 2-5 (recognizing claim under Arizona law).
vii. *Morse v. Parts Authority,* AAA Case No. 01-20-0003-8372 (Modica Dec. 29, 2020), at 3-4 (recognizing claim under New York law).

c. Decisions recognizing that vehicle costing claims may be proven by *estimated* vehicle costs, including:

i. *Wass v. NPC Int'l., Inc.*, 688 F. Supp. 2d 1282, 1284-87 (D. Kan. Mar. 2, 2010).
ii. *Perrin v. Papa John's Int'l, Inc.,* 818 F. Supp. 2d 1146, 1146-53 (E.D. Mo. Mar. 8, 2011).
iii. *Darrow v. WKRP Mgmt.,* 2011 U.S. Dist. LEXIS 59388, at *9-15 (D. Colo. June 3, 2011).
iv. *Smith v. Pizza Hut, Inc.,* 2011 U.S. Dist. LEXIS 76793, at *11-12 n.4 (D. Colo. July 14, 2011).
v. *Darrow v. WKRP Mgmt. LLC*, 2012 U.S. Dist. LEXIS 24997, at *15 & n.10 (D. Colo. Feb. 28, 2012).
vi. *Perrin v. Papa John's Int'l., Inc.,* 2013 U.S. Dist. LEXIS 181749, at *20-24 (E.D. Mo. Dec. 31, 2013).
vii. *Perrin v. Papa John's Int'l., Inc.*, 2014 U.S. Dist. LEXIS 133974, at *5 & 12 (E.D. Mo. Sept. 24, 2014).
viii. *Drollinger v. Network Global Logistics, LLC,* 2016 U.S. Dist. LEXIS 171013 (D. Colo. Dec. 8, 2016).
ix. *Benton v. Deli Mgmt.,* 2019 U.S. Dist. LEXIS 135552 (N.D. Ala. Aug. 8, 2019).
x. *Rodriguez v. GC Pizza, LLC*, 2022 U.S. Dist. LEXIS 170920, at *23-25 (D. Neb. Sept. 21, 2022).
xi. *Ashton v. PJ Louisiana, Inc.,* AAA Case No. 01-17-0006-8180 (Pilie Nov. 28, 2018), at 3-8.
xii. *Ralph v. D.O.S. Pizza, Inc.,* AAA Case No. 01-18-0002-2036 (Berger May 5, 2020), at 5-7.
xiii. *Nelson v. PJ Cheese, Inc.,* AAA Case No. 01-19-0001-5314 (Kimmell Feb. 3, 2020).
xiv. *Rice Jr. v. PJ Cheese, Inc.,* AAA Case No. 01-20-0014-8150 (Bennett Nov. 12, 2021).
xv. *Benoit v. PJ Louisiana, Inc.*, AAA Case No. 01-21-0004-8139 (Duvall Apr. 22, 2022).
xvi. *Ridenour v. Ohio Pizza Delivery Co.*, AAA Case No. 01-21-0004-7137 (Ahern June 21, 2022).
xvii. *Wallenberg v. PJ Utah, LLC,* AAA Case No. 01-21-0004-6899 (Williams July 4, 2022).
xviii. *Rice Sr. v. PJ Cheese, Inc.*, AAA Case No. 01-22-0001-8878 (Rosenthal Nov. 30, 2022).

xix. *Sarwi v. PJ Cheese, Inc.*, AAA Case No. 01-22-0002-1162 (Green Dec. 27, 2022)
xx. *Pack v. PJ Cheese, Inc.*, AAA Case No. 01-23-0000-6495 (Horn Nov. 8, 2023)
xxi. *Sample v. PJ Cheese, Inc.*, AAA Case No. 01-22-0004-8890 (Walther Nov. 21, 2023)
xxii. *Palomo v. GMRG ACQ1, LLC*, AAA Case No. 01-22-0004-7815 (Tenner Jan. 11, 2024).

d. Decisions conditionally certifying collective action claims under the Fair Labor Standards Act ("FLSA"), including:

i. *Bass v. PJCOMN Acq. Corp.,* 2010 U.S. Dist. LEXIS 144305, at *4-7 (D. Colo. Sept. 15, 2010).
ii. *Wass v. NPC Int'l., Inc.*, 2011 U.S. Dist. LEXIS 32761, at *10-24 (D. Kan. Mar. 28, 2011).
iii. *Perrin v. Papa John's Int'l, Inc.*, 2011 U.S. Dist. LEXIS 104059, at *11-18 (E.D. Mo. Sept. 14, 2011).
iv. *Smith v. Pizza Hut, Inc.*, 2012 U.S. Dist. LEXIS 56987, at *14-18 (D. Colo. Apr. 21, 2012).
v. *Darrow v. WKRP Mgmt., Inc.,* 2012 U.S. Dist. LEXIS 24997, at *7-17 (D. Colo. Feb. 28, 2012).
vi. *Sullivan v. PJ United, Inc.,* AAA Case No. 30 20 1300 0597, at 3-10 (Clarke Sept. 23, 2015).
vii. *Linkovich v. Capital Pizza Huts, Inc.,* AAA Case No. 01-14-0001-6513, at 5-8 (Holstein Sept. 16, 2015).
viii. *Tegtmeier v. PJ Iowa LC,* 2016 U.S. Dist. LEXIS 130190, at *3-21 (S.D. Iowa Sept. 21, 2016).
ix. *Drollinger v. Network Global Logistics, Inc.,* No. 16-304, ECF No. 76 (D. Colo. Jan. 18, 2017).
x. *Redus v. CSPH, Inc.,* 2017 U.S. Dist. LEXIS 74906, at *1-10 (N.D. Tex. May 17, 2017).
xi. *Benton v. Deli Mgmt., Inc.*, 2017 U.S. Dist. LEXIS 211358, at *1-29 (N.D. Ga. Dec. 18, 2017).
xii. *Durling v. Papa John's Int'l., Inc.,* Case No. 7:16-cv-03592-CS-JCM (S.D.N.Y. Aug. 3, 2018) (ECF # 387).
xiii. *Rodriguez v. GC Pizza, LLC,* 2021 U.S. Dist. LEXIS 223314 (D. Neb. Nov. 16, 2021).
xiv. *Nagel v. DFL Pizza, LLC*, 2023 U.S. Dist. LEXIS 176120, at *7-11 (D. Colo. Aug. 2, 2023).

e. Decision denying decertification:

*Benton v. Deli Mgmt., Inc.,* 2019 U.S. Dist. LEXIS 135522 (N.D. Ga. Aug. 8, 2019).

f. Decisions granting class action certification:

i. *Bass v. PJ COMN Acq. Corp.,* 2011 U.S. Dist. LEXIS 58352, at *1-12 (D. Colo. June 1, 2011).
ii. *Perrin v. Papa John's Int'l., Inc.,* 2013 U.S. Dist. LEXIS 181749, at *16-26 (E.D. Mo. Dec. 31, 2013), appeal denied, Case No. 14-8001 (8th Cir. Feb. 19, 2014).
iii. *McFarlin v. The Work Enterprises, Inc.,* 2017 U.S. Dist. LEXIS 164968, at *1-13 (E.D. Mich. Oct. 5, 2017).
iv. *Edwards v. PJ Ops Idaho, LLC,* 2022 U.S. Dist. LEXIS 102861, at *3-24 (D. Idaho June 7, 2022), appeal denied, 2022 U.S. App. LEXIS 23271 (9th Cir. Aug. 19, 2022).

g. Decisions recognizing use of expert vehicle costing methodology and/or rejecting *Daubert* challenges:

i. *Perrin v. Papa John's Int'l., Inc.,* 2013 U.S. Dist. LEXIS 181749, at *8-15 (E.D. Mo. Dec. 31, 2013).
ii. *Drollinger v. Network Global Logistics, LLC,* 2016 U.S. Dist. LEXIS 171013 (D. Colo. Dec. 8, 2016).
iii. *Benton v. Deli Mgmt., Inc.,* 2019 U.S. Dist. LEXIS 135522 (N.D. Ga. Aug. 8, 2019).

h. Decisions denying summary judgment for employers, including:

i. *Perrin v. Papa John's Int'l., Inc.,* 114 F. Supp. 3d 707 (E.D. Mo. July 8, 2016).
ii. *Bass v. PJCOMN Acq. Corp.,* 2010 U.S. Dist. LEXIS 96335 (D. Colo. Sept. 15, 2010).
iii. *Benton v. Deli Mgmt., Inc.,* 2019 U.S. Dist. LEXIS 135522 (N.D. Ga. Aug. 8, 2019).

i. Decisions holding that employers must either (a) track and record actual vehicle costs or (b) reimburse at the IRS standard business reimbursement rate ("IRS rate"):

i. *Burton v. DRAS Ptnrs., LLC,* 2019 U.S. Dist. LEXIS 185697, at *8-9 (N.D. Ill. Oct. 27, 2019).
ii. *Hatmaker v. PJ Ohio, LLC,* 2019 U.S. Dist. LEXIS 191790, at *1-22 (S.D. Ohio Nov. 5, 2019).
iii. *Hatmaker v. PJ Ohio, LLC,* 2020 U.S. Dist. LEXIS 39715, at *1-13 (S.D. Ohio Mar. 6, 2020).
iv. *Omelet v. Parts Authority, Inc.*, AAA Case No. 01-20-0003-8239 (Pines Mar. 25, 2021).

j. Decisions holding that plaintiffs can fulfill their burden by using the IRS rate to establish a reasonable inference that the employer under-reimburses vehicle costs

and that the burden then shifts to defendants to prove a different rate is reasonable:

i. *Rodriguez v. GC Pizza LLC*, 2022 U.S. Dist. LEXIS 170920, at *22-25 (D. Neb. Sept. 21, 2022).
ii. *Palomo v. GMRG ACQ1, LLC*, AAA Case No. 01-22-0004-7815 (Tenner Jan. 11, 2024).

k. Decisions holding that employers must reimburse a portion of the fixed costs of driving attributable to performing the job:

i. *Benton v. Deli Mgmt., Inc.,* 396 F. Supp. 3d 1261, 1272 (N.D. Ga. Aug. 8, 2019).
ii. *Sullivan v. PJ United, Inc.,* 362 F. Supp. 3d 1139, 1158 (July 19, 2018).
iii. *Perrin v. Papa John's Int'l., Inc.,* 114 F.3d 707, 730 (E.D. Mo. Jul. 8, 2015).
iv. *Morse v. Parts Authority, Inc.,* AAA Case No. 01-20-0003-8372 (Modica Mar. 29, 2021).
v. *Omelet v. Parts Authority, Inc.*, AAA Case No. 01-20-0003-8239 (Pines Mar. 25, 2021) .
vi. *Nelson v. PJ Cheese, Inc.,* AAA Case No. 01-19-0001-5314 (Kimmell Oct. 20, 2020).
vii. *Rice v. PJ Cheese, Inc.,* AAA Case No. 01-20-0014-8150 (Bennett Nov. 12, 2021).
viii. *Benoit v. PJ Louisiana, Inc.*, AAA Case No. 01-21-0004-8139 (Duvall Apr. 22, 2022).
ix. *Ridenour v. Ohio Pizza Delivery Co.*, AAA Case No. 01-21-0004-7137 (Ahern June 21, 2022).
x. *Wallenberg v. PJ Utah, LLC,* AAA Case No. 01-21-0004-6899 (Williams July 4, 2022).
xi. *Sarwi v. PJ Cheese, Inc.*, AAA Case No. 01-22-0002-1162 (Green Dec. 27, 2022).
xii. *Pack v. PJ Cheese, Inc.*, AAA Case No. 01-23-0000-6495 (Horn Nov. 8, 2023)
xiii. *Sample v. PJ Cheese, Inc.*, AAA Case No. 01-22-0004-8890 (Walther Nov. 21, 2023)
xiv. *Palomo v. GMRG ACQ1, LLC*, AAA Case No. 01-22-0004-7815 (Tenner Jan. 11, 2024).

l. Decisions holding that delivery drivers need not own their delivery vehicles or pay their own vehicle costs to recover vehicle costs:

i. *Edwards v. PJ Ops Idaho,* 2020 U.S. Dist. LEXIS 240167, at *27-28 (D. Idaho Dec. 21, 2020).
ii. *Benton v. Deli Mgmt., Inc.,* 396 F. Supp. 3d 1261, 1274 (N.D. Ga. Aug. 8, 2019).

iii. *Benoit v. PJ Louisiana, Inc.*, AAA Case No. 01-21-0004-8139 (Duvall Apr. 22, 2022).

xv. *Ridenour v. Ohio Pizza Delivery Co.*, AAA Case No. 01-21-0004-7137 (Ahern June 21, 2022).

v. *Ridenour v. Ohio Pizza Delivery Co.*, AAA Case No. 01-21-0004-7137 (Ahern June 21, 2022).

vi. *Rice Sr. v. PJ Cheese, Inc.*, AAA Case No. 01-22-0001-8878 (Rosenthal Nov. 30, 2022).

vii. *Sarwi v. PJ Cheese, Inc.*, AAA Case No. 01-22-0002-1162 (Green Dec. 27, 2022)

viii. *Pack v. PJ Cheese, Inc.*, AAA Case No. 01-23-0000-6495 (Horn Nov. 8, 2023)

ix. *Sample v. PJ Cheese, Inc.*, AAA Case No. 01-22-0004-8890 (Walther Nov. 21, 2023)

x. *Palomo v. GMRG ACQ1, LLC*, AAA Case No. 01-22-0004-7815 (Tenner Jan. 11, 2024).

m. Decisions on the ultimate merits:

i. *Palomo v. GMRG ACQ1, LLC*, AAA Case No. 01-22-0004-7815 (Tenner June 24, 2024).

ii. *Ridenour v. PJ Louisiana, Inc.*, AAA Case No. 01-21-0004-7137 (Ahern Feb. 16, 2023).

iii. *Benoit v. PJ Louisiana, Inc.*, AAA Case No. AAA 01-21-004-8139 (Duval Dec. 13, 2022).

iv. *Wallenberg v. PJ Utah, LLC,* AAA Case No. Case No. 01-21-0004-6899 (Williams Oct. 20, 2022).

v. *Jones v. PJ Cheese, Inc.*, AAA Case No. 01-20-0015-6701 (Hill-Harvey Mar. 16, 2022).

vi. *Rice v. PJ Cheese, Inc.,* AAA Case No. 01-20-0014-8150 (Bennett Mar. 14, 2022).

vii. *Johnson v. Parts Authority, Inc.,* AAA Case No. 01-17-0007-5682 (Edelman Aug. 20, 2021).

viii. *Pannell v. Parts Authority, Inc.,* AAA Case No. 01-20-0009-6223 (Weinstock Aug. 2, 2021).

ix. *Montierth v. Parts Authority, Inc.,* AAA Case No. 01-20-0009-6228 (Guttell June 9, 2021).

x. *Morse v. Parts Authority, Inc.,* AAA Case No. 01-20-0003-8372 (Modica Mar. 29, 2021).

xi. *Omelet v. Parts Authority, Inc.*, AAA Case No. 01-20-0003-8239 (Pines Mar. 25, 2021) .

xii. *Nelson v. PJ Cheese, Inc.,* AAA Case No. 01-19-0001-5314 (Kimmell Oct. 20, 2020).

xiii. *Ralph v. DOS Pizza, Inc.,* AAA Case No. 01-18-0002-2036 (Berger May 5, 2020).

xiv. *Ashton v. PJ Louisiana, Inc.,* AAA Case No. 01-17-0006-8180 (Pilie

Mar. 26, 2019).

xv. *Lucio v. Parts Authority, Inc.,* AAA Case No. 01-18-000-6169 (Masucci Apr. 25, 2019).

8. Courts have recognize me as the "innovator" and "pioneer" of minimum wage claims based on unreimbursed vehicle costs. *See, e.g., Sagendorf v. Quality Huts, LLC*, 2021 U.S. Dist. LEXIS 213619, at *9 (N.D. Ind. Nov. 3, 2021) ("Plaintiffs' attorneys have really pioneered minimum wage claims based on under-reimbursed vehicle costs, and have obtained many key rulings in this field."); *Jimenez*, 2017 U.S. Dist. LEXIS 129820, at *11 ("Plaintiffs' counsel pioneered minimum wage claims based on under-reimbursed vehicle costs and have contributed to a majority of authorities on these issues."). Courts further recognize that I am responsible for many of the key rulings in this niche area of practice. *Sagendorf*, 2021 U.S. Dist. LEXIS 213619, at *9.

9. One district court recognized my contribution to minimum wage claims resulting from under-reimbursed vehicle costs:

> In some of these cases, [Claimants' Counsel including Mr. Potashnick] have represented pizza delivery drivers situated precisely as Claimants have been in the present case. In addition, the quality of the pleadings, motions, and briefs in the case fully evidences Class Counsels' skill, competence, and knowledge of the applicable law… the fees are reasonable based on Class Counsels' skill. [Claimants' Counsel] are experienced and innovative wage and hour lawyers, which appears to be a niche practice. *They have developed an expertise in challenging the sufficiency of compensation for pizza delivery drivers under the FLSA*.

*Hackett*, 259 F. Supp. 3d at 368 (emphasis added); *see also, e.g., Dotson,* 2020 U.S. Dist. LEXIS 250227, at *15 ("[c]hallenging pizza delivery companies on the basis of unpaid minimum wages in the context of partially unreimbursed expenses is a complex area of the law, an area to which plaintiffs' counsel has substantially contributed."); *Jimenez*, 2017 U.S. Dist. LEXIS 129820, at *13-14 (S.D. Fla. Aug. 14, 2017) ("…Plaintiffs' Counsel in this matter are experienced and

innovative wage and hour lawyers who have developed expertise in challenging the sufficiency of compensation for pizza delivery drivers under the FLSA.").

10. To date, I have recovered over $100 Million for delivery drivers.

11. My record in single-plaintiff arbitration claims alleging under-reimbursed vehicle costs is 14 wins and 2 losses.

12. To date, my firm has incurred the following lodestar fees for actions solely attributable to Plaintiff Squires' claim:

| Name | Position | Bar Admission | Experience (Years) | Hourly Rate | Hours | Fees |
|---|---|---|---|---|---|---|
| Mark Potashnick | Partner | 1993 | 32 | $550.00 | 24.1 | $13,255.00 |

13. My firm's time records are attached as "Exhibit A."

14. My firm kept contemporaneous time records in 6-minute increments. The above chart consists solely of time that was necessary for the successful prosecution of Ms. Squire's individual claim and the associated fee request. To prepare this chart, I reviewed the complete set of time records maintained by my firm as part of its time and billing systems. I exercised billing judgment to delete time entries that, in my professional judgment, were excessive, duplicative or otherwise could not reasonably be billed to a fee-paying client. I also deleted time entries that pertained to pursuit of the claims asserted in the litigation in general (all opt-in Plaintiffs' claims).

15. After careful review of the time records and exercise of billing judgment, I believe that all of the time being submitted for recovery contributed value to the case, was reasonably necessary to prepare the case for hearing or seek fees and costs, and resulted in a favorable outcome in this case. All time submitted for compensation is of a kind and character that counsel normally bills to fee-paying paying clients.

15. My time is valued at $550.00 per hour. I was recently awarded that same rate in a

single-claimant arbitration venued in Fountain, Colorado (small town outside of Colorado Springs, Colo.) alleging, like here, minimum wage violations resulting from under-reimbursed vehicle costs. *Holloway v. Apex Pizza Hldgs., LLC*, AAA Case No. 01-23-0000-9555 (Schwartz July 2, 2024), as modified July 18, 2024 & Aug. 4, 2024. I have been awarded higher fee rates in several cases. *See, e.g., Pannell v. Parts Auth.,* LLC, AAA Case No. 01-20-0009-6223 (Weinstock Oct. 25, 2021) (approving $919.00 per hour rate in a Washington, D.C. and Maryland single-claimant arbitration alleging minimum wage violations resulting from under-reimbursed vehicle costs); *Farah v. Recruit Promaster, LLC*, Case No. 24-cv-1757-LAH (N.D. Ill. Dec. 10, 2024) (ECF 52) ($600.00 per hour recently approved in single-plaintiff employment discrimination claim); *compare Thompson v. Parts Auth., LLC*, Index No. 500141/2022 (Sup. Ct. of Kings Cnty., N.Y. Aug. 31, 2022) ($600.00 per hour approved in class minimum wage claim based on under-reimbursed vehicle costs) *with Thompson v. Parts Authority, LLC*, Index No. 500141/2022 (Sup. Ct. of Kings Cnty., N.Y. Aug. 23, 2022); *Ralph v. HAJ, Inc.*, 2021 U.S. Dist. LEXIS 59813, at *18 (S.D. Cal. Mar. 29, 2021) ($575.00 per hour approved in reimbursement and minimum wage claim based on under-reimbursed vehicle costs); *see also, e.g., Sarwi v. PJ Cheese, Inc.*, AAA Case No. 01-22-0002-1162 (Greene Mar. 6, 2023) ($550.00 per hour in central Florida single-claimant arbitration alleging minimum wage violations resulting from under-reimbursed vehicle costs).

16. I have been awarded fees at a $500.00 per hour rate numerous times in similar claims venued in small markets around the nation. All of those markets are far smaller than Denver, Colorado. *See, e.g., Castelazo v. PJ Cheese, Inc.*, AAA Case No. 01-23-0005-1944 (Vance June 24, 2024) ($500.00 rate approved in Alabaster, Alabama); *Wallace v. PJ Cheese, Inc.*, AAA Case No. 01-23-0005-0809 (Locus June 10, 2024) (same in Chesapeake, Virginia); *Maw v. PJ Utah, LLC*, Case No. 01-23-0005-0925 (Darden June 7, 2024) (same in Sunset, Utah); *Boyd v. PJ Utah,*

*LLC*, AAA Case No. 01-23-0005-0724 (Balitis June 7, 2024) (same in Draper, Utah); *Tillman v. PJ Cheese, Inc.*, AAA Case No. 1-23-0005-0569 (Harvey May 6, 2024) (same in Virginia Beach, Virginia); *Sorkin v. Ohio Pizza Delivery Co.*, AAA Case No. 01-23-0004-9453 (Zieser Mar. 20, 2024) (same in Akron, Ohio); *Rice Sr. v. PJ Cheese, Inc.*, AAA Case No. 01-22-0001-8878 (Rosenthal June 15, 2023) (same in Anniston, Alabama); *Compton v. N. Cent. Va. Rests., Inc.*, 2022 U.S. Dist. LEXIS 159070, at *14 & n.3 (W.D. Va. Sept. 2, 2022) (same in Harrisonburg, Virginia); *Rice Jr. v. PJ Cheese, Inc.*, AAA Case No. 01-20-0014-8150 (Bennett Apr. 13, 2022) (same in Anniston, Alabama); *Kirby v. Caudill Ventures, LLC,* No. 7:19-cv-170, ECF Nos. 24 (E.D.N.C. Aug. 28, 2020) (same in Wilmington, North Carolina); *compare Kirby v. Caudill Ventures, LLC*, No. 7:19-cv-170, ECF 21 (E.D.N.C. Aug. 21, 2020); *Sagendorf*, 2021 U.S. Dist. LEXIS 213619 (same in South Bend, Indiana); *Nelson v. PJ Cheese, Inc.,* AAA Case No. 01-19-0001-5314 (Kimmel Oct. 20, 2020) (same in Rome, Georgia).

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 24, 2025.

*/s/ Mark Potashnick*
Mark Potashnick, Declarant

# EXHIBIT A

| Date | Description | Time | Rate | Fee |
|---|---|---|---|---|
| 4/3/2025 | Researched and drfated motion for entry of default and default judgment | 2.2 | $ 550.00 | $ 1,210.00 |
| 4/3/2025 | Researched possible successor employer | 0.6 | $ 550.00 | $ 330.00 |
| 4/3/2025 | Spoke to plaintiff, obtained evidence for default judgment filings, performed cost-per-mile calculatins for default judgmnet filings | 2.3 | $ 550.00 | $ 1,265.00 |
| 4/4/2025 | Organized documents / vehicle cost evidence | 0.2 | $ 550.00 | $ 110.00 |
| 4/5/2025 | Researched and drfated motion for entry of default and default judgment | 1.8 | $ 550.00 | $ 990.00 |
| 4/10/2025 | Revised default judgment motion, emailed to plaintiff to review for factual accuracy | 0.8 | $ 550.00 | $ 440.00 |
| 4/11/2025 | Revised default judgment motion, prepared plaintiff's declaration in support of default judgment motion, prepared / compiled supporting exhibits, referenced exhibits in motion brief | 2.9 | $ 550.00 | $ 1,595.00 |
| 4/12/2025 | Prepared declaration in support of default judgement motion | 0.6 | $ 550.00 | $ 330.00 |
| 5/8/2025 | Reviewed court order | 0.2 | $ 550.00 | $ 110.00 |
| 5/8/2025 | Reviewed evidence of Mathew Payne's role in Singledeck, LLC | 0.6 | $ 550.00 | $ 330.00 |
| 5/12/2025 | Researched and drafted revised motion for entry of default judgment | 3.8 | $ 550.00 | $ 2,090.00 |
| 5/13/2025 | Revised motion for default judgment | 2.2 | $ 550.00 | $ 1,210.00 |
| 5/13/2025 | Emails with co-counsel regarding compliance with court order | 0.1 | $ 550.00 | $ 55.00 |
| 5/13/2025 | Emails with plaintiff regarding status and course of action | 0.1 | $ 550.00 | $ 55.00 |
| 5/13/2025 | Supplemented separate motion for default judgment | 0.2 | $ 550.00 | $ 110.00 |
| 5/15/2025 | Reviewed draft separate motion for default | 0.3 | $ 550.00 | $ 165.00 |
| 5/15/2025 | Referenced exhibits into motion for default | 0.2 | $ 550.00 | $ 110.00 |

| | | | | |
|---|---|---|---|---|
| 5/15/2025 | Finalized and filed motion for entry of default | 1.0 | $ 550.00 | $ 550.00 |
| 5/15/2025 | Revised motion for default judgment | 0.3 | $ 550.00 | $ 165.00 |
| 5/20/2025 | Spoke to court clerk regarding defendant's errant filing, called former defense attorney regarding correcting filing, obtained evidence to support possible motion to correct the record | 0.3 | $ 550.00 | $ 165.00 |
| 5/21/2025 | Drafted second renewed motion for entry of default, electronic case filing | 0.8 | $ 550.00 | $ 440.00 |
| 6/5/2025 | Drafted third renewed motion for entry of default | 0.4 | $ 550.00 | $ 220.00 |
| 6/13/2025 | Finalized and filed third renewed motion for entry of default judgment | 0.3 | $ 550.00 | $ 165.00 |
| 6/17/2025 | Reviewed court's order on entry of default | 0.1 | $ 550.00 | $ 55.00 |
| 6/17/2025 | Updated motion for default judgment, referenced exhibits | 1.8 | $ 550.00 | $ 990.00 |
| | Totals | 24.1 | | $ 13,255.00 |