IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 19-cv-00799-JLK

ROBERT KNERR and
KARYN SQUIRES, on behalf of themselves and those similarly situated,

    Plaintiffs,

v.

BOULDER BJ, LLC,
ARVADA BJ, LLC,
WESTMINSTER BJ, LLC,
LAKEWOOD BJ, LLC,
TAMIAMI BJ, LLC,
SINGLEDECK, LLC, and
BASSAM "SAM" ASKAR

    Defendants.

---

## DEFAULT JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 55(b), the following Default Judgment is hereby entered.

Pursuant to the Order Granting Plaintiff Karyn Squires's Motion for Default Judgment (ECF No. 286) of Judge John L. Kane entered on September 10, 2025, ECF No. 288, it is

ORDERED that Plaintiff Karyn Squires' Motion For Default Judgment (Filed 6/18/25; Doc. No. 286) is GRANTED.   It is

FURTHER ORDERED that default judgment is hereby entered in favor of Plaintiff, Karyn Squires on her first claim, brought under the FLSA, and against Defendant Singledeck, LLC, in the amount of $46,656.90, which includes $13,255.45 in

actual damages, $13,255.45 in liquidated damages, and $20,146.00 in attorney fees. Post-judgment interest shall accrue on this amount at the legal rate of 3.75% per annum from the date of the entry of judgment, as set out in 28 U.S.C. § 1961.

Dated at Denver, Colorado this 11th day of September, 2025.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By:  s/  *B. Abiakam*

B. Abiakam
Deputy Clerk